UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| MELISSA BASTIAN, | : | **13-CV-5972 (ALC)** |
| Plaintiff, | : | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |
| -against- | : | **OF RECORD FOR PLAINTIFF** |
| NEW YORK CITY DEPARTMENT OF EDUCATION | : | |
| Defendant. | : | |

------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the Sworn Declaration of Joshua Beldner, counsel of record for Plaintiff, Joshua Beldner, Esq., will move this Court before the Honorable Judge Andrew Carter, at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY 10007, for an Order granting the application to withdraw as counsel for Plaintiff in this case.

Respectfully Submitted,

Dated: Brooklyn, NY
February 9, 2015

_____/S/_____
Joshua Beldner, Esq.
110 Green Street
Brooklyn, NY 11222
P: (516) 286-9628
F: (516) 432-3170

1