1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   ------------------------------------------X
    MELISSA BASTIAN,
4
                           PLAINTIFF,
5
            -against-        Case No.:
6                    13 Civ. 5972 (ALC)(GWG)

7   NEW YORK CITY DEPARTMENT OF EDUCATION,

8                          DEFENDANT.
    ------------------------------------------X
9

10                  DATE:  August 28, 2014

11                  TIME:  2:18 P.M.

12

13

14            EXAMINATION BEFORE TRIAL of the

15  Defendant, NEW YORK CITY DEPARTMENT OF

16  EDUCATION, by a Witness, DAVID FANNING,

17  taken by the Plaintiff, pursuant to a Court

18  Order and to the Federal Rules of Civil

19  Procedure, held at the offices of New York

20  City Law Department, 100 Church Street,

21  New York, New York 10007, before

22  Joshua B. Edwards, RMR, CRR, a Notary

23  Public of the State of New York.

24

25

1

2      A P P E A R A N C E S:

3

4      THE LAW OFFICE STEVEN A. MORELLI, P.C.
               Attorneys for the Plaintiff
5               1461 Franklin Avenue
               Garden City New York 11530
6               BY: JOSH BELDNER, ESQ.

7

8      ZACHARY W. CARTER, ESQ.
       CORPORATION COUNSEL
9      NEW YORK CITY LAW DEPARTMENT
               Attorneys for the Defendant
10              100 Church Street
               New York, New York 10007
11              BY: SEAN RENAGHAN, ESQ., Assistant
               Corporation Counsel
12              File #: 2013-041435
               Control #: DDD12522

13

14              *          *          *

15

16

17

18

19

20

21

22

23

24

25

1          D. FANNING

2     prevent you from testifying truthfully here

3     today?

4          A.    No.

5          Q.    Are you on any medication that

6     might inhibit your ability to testify

7     truthfully?

8          A.    No.

9          Q.    You are currently employed?

10         A.    I am.

11         Q.    Where are you employed?

12         A.    I am employed by the New York

13    City Department of Education.

14         Q.    What is your position with the

15    Department of Education?

16         A.    I am a principal.

17         Q.    Where are you a principal?

18         A.    A. Philip Randolph Campus High

19    School.

20         Q.    Where is that located?

21         A.    443 West 135th Street in

22    Manhattan.

23         Q.    How many students currently

24    attend Randolph?  I am just going to refer

25    to it as Randolph.

                    D. FANNING

1

2       A.      That's fine.

3       Q.      How many, currently?

4       A.      Roughly 1,350.

5       Q.      And that's grades 9 through 12?

6       A.      It is.

7       Q.      How long have you held that

8   position?

9       A.      Since December 6, 2011.

10      Q.      And do you know who held the

11  position prior to you?

12      A.      I do.

13      Q.      Who is that?

14      A.      Mr. Henry Rubio.

15      Q.      Do you know why Mr. Rubio left

16  A. Philip Randolph?

17      A.      No.

18      Q.      Do you know whether he was

19  terminated from employment?

20      A.      I don't know.

21      Q.      Now, as principal of A. Philip

22  Randolph, you are responsible for

23  overseeing the entire functioning of the

24  school, correct?

25      A.      I am.

1                    D. FANNING

2    and then I moved her somewhere else.

3         Q.    So, is it fair to say that at

4    the time you moved Ms. Bastian to that

5    initial office --

6         A.    Right.

7         Q.    -- there was a community

8    associate working in that office?

9         A.    Correct.

10        Q.    Which community associate was

11   that?

12        A.    Esperanza Cardi.

13        Q.    And then Ms. Cardi was moved

14   from that office somewhere else once

15   Ms. Bastian was moved to that office?

16        A.    Corrects.

17        Q.    Now, Mr. Garcia, he is from the

18   Dominican Republic, correct?

19        A.    I believe he is, yes.

20        Q.    And Mr. Rubio, your predecessor

21   as principal, he was also Dominican,

22   correct?

23        A.    I believe he is.

24        Q.    Now, do you recall any days in

25   which Mr. Garcia came to school wearing an

D. FANNING

Afro wig with a pick in it?

          A.     Yes.

          Q.     Do you recall when that was?

          A.     I don't know the exact date.

But I believe we have senior pride days on

Fridays in the second term where seniors

dress up.

          And there are some kind of

theme.  I believe there was a '70s theme.

So, Gilberto came in had with a giant Afro

with, like, a Jimmy Hendrix-style bandana

on and the Indian clothes that were popular

at the time.

          Q.     Like a dashiki?

          A.     No, no, not Indian, Native

American.  He was wearing, like, leather

stuff, like a leather vest and pants to

make him look like Jimmy Hendrix.

          Q.     Did you dress up that day?

          A.     No.  No one needs to see that.

          Q.     Did any other administrators

dress up that day?

          A.     Not to my knowledge.

          Q.     So, Mr. Garcia was the only

1          D. FANNING

2     one?

3          A.     He works in security.

4     Mr. Garcia works in security.  He would do

5     things, sometimes interact with the kids.

6     I didn't think anything negatively of it.

7               He was clearly trying to

8     emulate a known '70s character.  It was

9     funny.  The kids thought it was funny.  To

10    my knowledge, no one expressed being

11    offended by it.

12         Q.     Do you recall whether there was

13    a staff meeting that day?

14         A.     On a Friday?  Unlikely; it's

15    possible.

16         Q.     Do you recall Mr. Garcia at a

17    meeting walking in and gesturing to

18    Ms. Bastian and saying, "Fight the power,

19    sister"?

20         A.     No, not at all.

21         Q.     Did Ms. Bastian ever say

22    anything to you about Mr. Garcia dressing

23    in that manner that day?

24         A.     Not to my recollection.

25         Q.     Do you recall whether

D. FANNING

1
2    emotional disability.  Guidance counselors

3    have that.

4              They also push into classrooms

5    to counsel kids on sex issues, health

6    issues, condoms.  There is a lot of stuff

7    they do.

8         Q.    Do they all work in the

9    guidance suite?

10        A.    They do now.  They did last

11   year, but they did not prior to that year.

12   Prior to the year, we spread them around

13   the building with the idea that there would

14   be additional adult guidance on the floors.

15   I have since moved them back to the 108

16   suite.

17        Q.    To your knowledge, does

18   Ms. Bastian have a master's degree in

19   guidance counseling?

20        A.    She does, yes, and she has a

21   New York State license in counseling.

22        Q.    And how do you know that?

23        A.    Because she applied for the

24   position of guidance counselor.

25        Q.    Which one?

D. FANNING

2    A.    Very recently, subsequent to
3    her filing this lawsuit, I posted an
4    vacancy of which, when Ms. Kaalund retired.
5    Ms. Kaalund announced her retirement at the
6    end of this year.  This is all after she
7    filed all this.

8          I sent an e-mail out to the
9    faculty saying, hey, is anyone interested
10   in the counseling position?  Just so you
11   know, it's on the Open Market.  I posted
12   it.  The only person from the faculty who
13   applied was Melissa.  As a courtesy, I
14   included her in my hiring panel.

15         There are no rules as far as I
16   know about how you conduct hiring.
17   However, a best practice that I have done
18   at this school and the last school is that
19   we do have a hiring panel of teachers,
20   counselors, administrators when we do
21   interview candidates.

22   Q.    And that is the position that
23   was awarded to Ms. Moronta?

24   A.    She was selected.  The hiring
25   committee selected Ms. Moronta as her

1                    D. FANNING

2       choice.

3            Q.    Ms. Moronta, is she Hispanic?

4            A.    Yes.

5            Q.    Let me just backtrack a second.

6       You said you now there was going to be a

7       vacancy, so you sent out an e-mail to the

8       faculty?

9            A.    Mm-hmm, but I don't think I

10      have to.  I choose to.

11           Q.    You also posted it on Open

12      Market?

13           A.    Yes.

14           Q.    What is Open Market?

15           A.    This is complicated.

16           Q.    Sure.

17           A.    So, if I declare a vacancy,

18      when Ms. Kaalund told me she retired, I put

19      her into removal.  So, I created a vacancy

20      for a guidance counselor.  When you create

21      a vacancy on the school budget system, it

22      sends that information to something called

23      the Open Market system, which broadcasts

24      citywide saying that Randolph has a

25      guidance counselor position open.

1                    D. FANNING

2                People can see that citywide.

3    So, if you remember someone who a guidance

4    license and you were looking for a job, you

5    could go on that system.  You could not

6    only see that I had one, but you could see

7    where they were citywide.

8        Q.    So, it's like a central

9    database for New York City Department of

10   Education employees where they could look

11   to see what vacancies are available?

12       A.    Or perspective employees.

13   Like, if you were looking to get into

14   teaching and you had a teaching license or

15   you had a guidance license and you were new

16   to the system, you could also go on to this

17   and see if there were vacancies.

18       Q.    I see, okay.

19                If you have a vacancy --

20   obviously you did in this case -- are you

21   required to post it on Open Market?

22       A.    No, you are not.

23       Q.    Why did you do it in this

24   particular case?

25       A.    Because I was look for a

                    D. FANNING

vacancy.  I was looking for résumés.  I was
interested in interviewing multiple
candidates.

          Q.    Okay.

          A.    So, I wanted to make sure I put
it out there.

          Q.    If you had someone in mind that
you liked for the position --

          A.    I could.

          Q.    -- you could, I guess my
question is, you can hire that person
without actually posting the vacancy on
Open Market; is that correct?

          A.    I not only can, but I have.
Case in point, this year, I had a student
teacher had worked in my building for about
a year and a half.  I had observed her
several sometimes.  She was trained by
members of my faculty.

               I knew everything I wanted to
know about her.  When I hired her, I
created the vacancy and staffed her in that
position simultaneously.  So, that vacancy
never appeared on the Open Market.

D. FANNING

2    Q.    So, no one would have an
3  opportunity to apply for that position
4  because you knew you wanted that particular
5  candidate for the position?
6    A.    Correct.  I wasn't interested
7  in looking.  I am not required to canvas.
8  Like, for assistant principals or
9  principals, there is a legal requirement
10  that you canvas.
11    Q.    Right.
12    A.    I don't have a legal
13  requirement to canvas for a teaching
14  position.  If there was someone that I am
15  aware of that is licensed and qualified and
16  I wish to hire them, then I don't have to
17  canvas that position.
18    Q.    Understood.
19         Now, aside from sending an
20  e-mail and also posting on Open Market, did
21  you actually physically post a posting in
22  the school for this position mor no?
23    A.    I e-mailed people.  I am not a
24  big paper person.
25    Q.    Prior to your sending that

D. FANNING

1

2  e-mail and prior to your posting the

3  vacancy, did you know that Ms. Bastian had

4  a master's in guidance?

5      A.    She has mentioned that to me

6  frequently.

7      Q.    And so, you knew that she had

8  interest in a guidance position?

9      A.    I also specifically mentioned

10  it her.

11      Q.    But you did not feel, for

12  example, you just mentioned that you had a

13  candidate that you wanted specifically for

14  a position, so you posted the vacancy and

15  simultaneously appointed a candidate.

16          You did not do that with

17  Ms. Bastian in this case, correct?  So, for

18  example, you said that you canvassed

19  because you wanted to interview different

20  people for this particular guidance

21  position, correct?

22      A.    Correct.

23      Q.    And you knew at the time,

24  though, that Ms. Bastian had the

25  qualification to be a guidance counselor,

1              D. FANNING

2    correct?

3              MR. RENAGHAN:  Objection.

4         A.    I never actually observed her

5    acting in a guidance capacity.

6         Q.    I am not questioning your

7    judgment.

8         A.    There is a significant

9    difference between the two.  A student

10   teacher is like an intern.  I had someone

11   who worked as an intern for a year and a

12   half, so I kind of knew all their

13   qualifications.

14             Melissa has told me about her

15   qualifications, but I had never observed

16   her in a guidance capacity, nor was I

17   convinced that she was definitely someone

18   that I necessarily wanted to hire.  So, I

19   did open it up to a hiring panel.

20        Q.    After you did open it up and

21   after you did canvas, you did receive an

22   application from Ms. Bastian?

23        A.    Mm-hmm, yes.

24        Q.    That included a résumé?

25        A.    It did.

D. FANNING

1

2    Q.    And references?

3    A.    Yes, I believe.

4    Q.    And Ms. Bastian was not

5    selected for the position, correct?

6    A.    To be clear, the guidance

7    counselors were interviewed by a panel of,

8    like, seven people that was very diverse,

9    which included two African-American

10    guidance counselors. And she was not

11    listed as even one of the top candidates.

12    Q.    Do you believe that Ms. Bastian

13    has the skills necessary to be a guidance

14    counselor?

15    A.    I believe Ms. Bastian has the

16    skills necessary to be a guidance

17    counselor. Unfortunately in this case, I

18    don't think she was the most qualified

19    amongst the applicants to be selected for

20    this position.

21    Q.    Understood.

22    But you do believe that she

23    does have the skills necessary to be a

24    successful guidance counselor somewhere at

25    some point?

1                     D. FANNING

2          A.     It would depend on the

3     applicant pool.  I don't know if she would,

4     under what circumstances, she would be the

5     best choice.  But the State of New York has

6     given her a license to be a guidance

7     counselor and she is licensed to be a

8     guidance counselor in New York State.

9          Q.     I understand that she wasn't

10    the best candidate here.  The panel felt

11    that someone else was a better candidate,

12    right?

13         A.     Several other people of the

14    candidates.

15         Q.     I am not saying this was your

16    decision.

17         A.     No, no, she wasn't even one of

18    the top candidates.  She didn't do very

19    well.

20         Q.     You say she didn't do very

21    well.  You mean at the interview?

22         A.     When I interview them, I do

23    like to see a dirty process.  There are

24    five questions that I pose to every single

25    candidate.  All the people on the hiring

D. FANNING

1

2    committee rate the response of each

3    candidate on a scale of one to five and

4    then they come up with a total number per

5    candidate.

6              So, when we finished the whole

7    process, every candidate has a total score,

8    which is a composite of all them being

9    added up. Ms. Bastian was the had the

10   lowest score out of about six candidates.

11       Q.    That said, she did not perform

12   well at the interview, right?

13       A.    No, not at all.

14       Q.    But do you believe that she

15   could be a good guidance counselor

16   somewhere?

17       A.    No.

18       Q.    Why not?

19       A.    Because I don't think she has

20   the background or the experience with

21   working with students and people that would

22   lead someone to be a good guidance

23   counselor. I think she is a great

24   secretary.

25              I don't think she has the same

D. FANNING

1
2    kind of, if you look at the résumés of
3    people who apply for these position, a
4    guidance counselor is a good job, very
5    well-paying job.
6              People have backgrounds in
7    social work.  They have advanced degrees.
8    They have worked with agencies.  And she
9    just doesn't have those qualifications it.
10   It's a tough applicant pool.
11        Q.   Now, you mentioned there were,
12   Hugh Ramirez, Burke, Maynard-Kaalund,
13   Florence something?
14        A.   Grosvenor.
15        Q.   And Estanfania Moronta?
16        A.   Right.
17        Q.   These are the current guidance
18   counselors at the school, correct?
19        A.   Yes.
20        Q.   Are you familiar with a
21   Mr. Ezequiek Perez?
22        A.   I am.
23        Q.   Who is Mr. Perez?
24        A.   Mr. Perez was a guidance
25   counselor at the time when I came to the

1               D. FANNING

2           C E R T I F I C A T E

3

4   STATE OF NEW YORK    )
                             : SS.:

5   COUNTY OF NEW YORK  )

6

7       I, JOSHUA B. EDWARDS, a Notary Public

8   for and within the State of New York, do

9   hereby certify:

10      That the witness whose examination is

11   hereinbefore set forth was duly sworn and

12   that such examination is a true record of

13   the testimony given by that witness.

14      I further certify that I am not

15   related to any of the parties to this

16   action by blood or by marriage and that I

17   am in no way interested in the outcome of

18   this matter.

19      IN WITNESS WHEREOF, I have hereunto

20   set my hand this 30th day of August 2014.

21

22

23   _____
        JOSHUA B. EDWARDS, RMR, CRR

24

25

## $

**$22,000** [1] - 23:10
**$600,000** [1] - 73:13

## '

**'70s** [2] - 55:10, 56:8

## 1

**1** [1] - 3:17
**1,350** [1] - 8:4
**100** [4] - 1:20, 2:10, 39:7, 74:14
**10007** [2] - 1:21, 2:10
**101** [1] - 38:8
**102** [3] - 38:8, 38:24, 38:25
**10308** [1] - 4:13
**104** [1] - 27:21
**108** [2] - 51:3, 61:15
**109** [1] - 48:10
**11530** [1] - 2:5
**12** [1] - 8:5
**12-month** [2] - 15:13, 15:22
**12:00** [2] - 27:13, 27:17
**13** [1] - 1:6
**135th** [1] - 7:21
**1461** [1] - 2:5
**15th** [1] - 82:16
**1:00** [2] - 27:13, 27:17

## 2

**2010** [1] - 74:5
**2011** [14] - 8:9, 12:2, 12:17, 17:7, 33:6, 38:12, 39:17, 48:6, 73:5, 74:5, 74:7, 76:18, 79:11, 79:24
**2012** [1] - 51:18
**2012/2013** [1] - 13:19
**2013-041435** [1] - 2:12
**2014** [3] - 1:10, 82:15, 92:20
**20___** [1] - 91:14
**23** [1] - 12:17
**28** [3] - 1:10, 22:21, 23:11
**2:18** [1] - 1:11

## 3

**30** [1] - 3:16
**30th** [1] - 92:20
**35** [2] - 22:21, 23:12
**37** [4] - 25:13, 25:19, 25:23, 26:3
**3:35** [1] - 91:6

## 4

**40s** [1] - 89:18
**443** [1] - 7:21

## 5

**50s** [1] - 89:12
**54** [1] - 4:12
**540** [2] - 12:24, 13:23
**5972** [1] - 1:6

## 6

**6** [3] - 8:9, 12:2, 76:18

## 7

**7** [1] - 39:17
**72** [1] - 78:15

## 8

**80** [1] - 78:16

## 9

**9** [1] - 8:5
**9:00** [1] - 82:24

## A

**ability** [1] - 4:24, 7:6
**able** [1] - 42:3
**absolutely** [3] - 12:16, 14:20, 24:20
**access** [1] - 24:9
**accommodate** [1] - 52:11
**according** [1] - 75:19
**account** [3] - 39:2, 40:11, 89:24
**accounting** [2] - 23:23, 23:25
**accusations** [3] - 31:9, 32:3, 32:4
**acting** [2] - 31:14, 68:5
**action** [8] - 30:12, 31:21, 35:16, 43:18, 44:19, 44:21, 47:5, 92:16
**actions** [1] - 45:2
**added** [2] - 11:22, 71:9
**additional** [2] - 47:25, 61:14
**address** [1] - 4:11
**adjoined** [2] - 47:17, 50:17
**adjoining** [3] - 45:18, 46:13, 49:7
**administer** [1] - 3:11
**administration** [2] - 35:14, 60:5
**administrative** [2] - 9:6, 15:13, 20:24
**administrators** [3] - 55:22, 62:20, 84:23
**Administrators** [1] - 89:9
**adult** [1] - 61:14
**advanced** [1] - 72:7
**advise** [1] - 35:9

**advised** [2] - 34:9, 84:2
**afford** [2] - 73:15, 73:22
**African** [11] - 19:14, 23:17, 23:19, 26:9, 26:15, 26:20, 26:25, 42:9, 42:15, 69:9, 86:10
**African-American** [9] - 19:14, 23:17, 23:19, 26:9, 26:15, 26:25, 42:15, 69:9, 86:10
**African-Americans** [2] - 26:20, 42:9
**Afro** [2] - 55:2, 55:11, 90:12
**afternoon** [2] - 4:14, 4:15
**agencies** [1] - 72:8
**agency** [1] - 24:11
**agree** [4] - 40:25, 41:2, 41:14, 52:9
**AGREED** [2] - 3:5, 3:21
**agreed** [2] - 52:11, 53:4
**aid** [1] - 23:9
**aide** [5] - 21:17, 21:20, 21:24, 22:2, 22:12
**aides** [8] - 21:21, 22:7, 22:23, 23:4, 25:25, 26:2, 26:6, 87:14
**air** [3] - 49:24, 53:3, 53:7
**ALC)(GWG** [1] - 1:6
**allegations** [1] - 31:24
**Altagracia** [1] - 59:3
**ALTAGRACIA** [1] - 59:4
**alumnus** [1] - 24:5
**American** [10] - 19:14, 23:17, 23:19, 26:9, 26:15, 26:25, 42:15, 55:17, 69:9, 86:10
**Americans** [2] - 26:20, 42:9
**Amin** [2] - 17:13, 19:18
**AMIN** [1] - 17:14
**Amish** [1] - 86:12
**amongst** [1] - 69:19
**Ana** [2] - 18:4, 20:3
**ANA** [1] - 18:5
**AND** [2] - 3:5, 3:21
**announced** [1] - 62:5
**annoying** [1] - 46:2
**annual** [2] - 28:18, 29:14
**answer** [7] - 4:23, 5:8, 5:13, 5:20, 5:24, 21:8
**Anthony** [1] - 11:22
**anymore** [1] - 46:15
**anyway** [1] - 46:16
**AP** [2] - 13:7, 13:9
**appearance** [1] - 78:2
**appeared** [1] - 65:25
**applicant** [2] - 70:3, 72:10
**applicants** [1] - 69:19
**application** [1] - 68:22
**applied** [2] - 61:23, 62:13
**apply** [2] - 66:3, 72:3

**appointed** [1] - 67:15
**appropriate** [1] - 60:6
**approximately** [2] - 22:6, 26:7
**are there** [4] - 10:25, 11:4, 17:2, 60:8
**area** [3] - 27:24, 57:11, 57:12
**areas** [1] - 84:8
**arrived** [1] - 88:9
**arts** [1] - 11:19
**aside** [10] - 6:18, 18:16, 19:15, 34:12, 37:13, 50:7, 66:19, 84:16, 84:23, 87:6
**asking** [2] - 41:2, 41:14
**aspects** [1] - 9:16
**assign** [1] - 87:3
**assigned** [1] - 48:7
**assigning** [1] - 22:3
**assist** [3] - 21:9, 21:10, 25:5
**assistance** [1] - 60:14
**Assistant** [1] - 2:11
**assistant** [15] - 10:14, 10:24, 11:12, 11:13, 11:15, 11:18, 11:20, 11:23, 12:3, 12:6, 12:8, 14:10, 35:5, 35:13, 66:8
**assisting** [1] - 53:19
**associate** [16] - 15:7, 15:10, 15:11, 16:12, 16:15, 17:23, 18:8, 21:6, 22:13, 22:17, 23:11, 24:19, 24:24, 54:8, 54:10, 87:15
**associates** [13] - 15:19, 16:23, 17:2, 17:10, 18:1, 21:5, 22:9, 23:6, 25:4, 25:22, 53:18, 87:18, 88:14
**assume** [1] - 5:24
**assuming** [1] - 17:5
**astride** [1] - 20:11
**attempt** [1] - 41:4
**attend** [1] - 7:24
**attendance** [1] - 53:21
**attorney** [4] - 5:18, 5:20, 6:13, 6:15
**Attorneys** [2] - 2:4, 2:9
**attorneys** [1] - 4:17
**August** [3] - 1:10, 82:16, 92:20
**authority** [2] - 14:18, 14:21
**authorized** [1] - 3:11
**available** [2] - 15:3, 64:11
**Avenue** [1] - 2:5
**average** [1] - 23:9
**awarded** [2] - 62:23, 89:22
**aware** [7] - 16:15, 30:13, 33:11, 35:7, 36:17, 42:8, 66:15

**B**

B-U-R-K-E [1] - 59:10
Ba [1] - 11:17
background [3] - 71:20, 78:2, 78:11
backgrounds [1] - 72:6
backtrack [2] - 48:4, 63:5
bandana [1] - 55:12
bank [1] - 15:12
based [6] - 22:18, 30:14, 32:5, 43:13, 44:5, 86:2
basic [2] - 21:13, 22:23
basis [1] - 87:9
BASTIAN [1] - 1:3
Bastian [77] - 4:18, 23:14, 27:9, 28:7, 28:10, 29:18, 29:22, 30:6, 30:10, 30:15, 30:22, 31:3, 31:8, 32:6, 32:20, 33:12, 33:16, 33:17, 34:7, 34:13, 36:3, 36:19, 36:25, 38:12, 38:18, 39:9, 39:16, 40:20, 41:7, 41:20, 42:14, 42:16, 43:2, 43:14, 43:19, 44:6, 44:7, 45:9, 45:13, 45:18, 45:19, 46:18, 47:4, 47:22, 48:2, 48:6, 48:13, 49:23, 50:7, 50:11, 51:10, 51:22, 53:23, 53:24, 54:4, 54:15, 56:18, 56:21, 57:6, 57:9, 57:23, 61:18, 67:3, 67:17, 67:24, 68:22, 69:4, 69:12, 69:15, 71:9, 80:25, 81:7, 84:18, 84:22, 87:13, 89:21
Bastian's [6] - 29:25, 39:2, 40:11, 44:11, 47:2, 89:11
Bates [2] - 38:7, 38:24
bathroom [1] - 22:3
Battista [3] - 18:6, 18:16, 20:5
bears [1] - 75:7
becoming [1] - 20:13
BEFORE [1] - 1:14
behalf [1] - 43:21
Beldner [1] - 4:16
BELDNER [7] - 2:6, 4:7, 37:4, 37:10, 37:14, 37:18, 91:2
believe [27] - 12:18, 12:24, 17:16, 19:13, 23:18, 33:5, 33:13, 33:17, 36:16, 42:23, 47:15, 54:19, 54:23, 55:6, 55:10, 69:3, 69:12, 69:15, 69:22, 71:14, 74:4, 74:13, 79:15, 79:17, 79:25, 81:23, 86:20
believed [1] - 42:4
better-suited [1] - 53:8
bilingual [1] - 74:21, 75:2,

75:4, 75:6, 75:21, 75:24, 76:20, 81:20, 81:24, 82:6
binary [1] - 29:8
bit [2] - 14:8, 53:8
black [2] - 86:6, 86:8
blood [1] - 92:16
board [1] - 80:9
body [2] - 26:15, 26:19
borough [1] - 80:12
boroughs [2] - 84:10, 84:11
Bostick [1] - 43:6
break [2] - 5:6, 5:10
breakfast [2] - 32:25, 34:4
breaks [1] - 5:7
brief [2] - 37:13, 37:20
briefing [1] - 83:13
bringing [1] - 73:12
broadcasts [1] - 63:23
Brooklyn [2] - 15:17, 15:18
budget [1] - 63:21
building [19] - 12:7, 18:10, 18:12, 21:12, 21:23, 25:3, 27:12, 50:21, 60:5, 61:13, 65:17, 73:2, 73:12, 73:15, 75:10, 76:15, 79:5, 84:23, 87:19
buildings [1] - 49:13
bulletin [4] - 83:18, 83:19, 83:23, 83:24
Buntschuh [2] - 11:15, 14:12
Burke [16] - 59:9, 59:10, 72:12, 74:25, 75:22, 76:7, 76:19, 77:14, 85:16, 85:17, 85:18, 85:23, 86:8, 86:9, 87:6, 87:11
Burke's [2] - 85:20, 86:13
button [2] - 84:3, 84:4
BY [3] - 2:6, 2:11, 4:6

**C**

C-R-U-Z [1] - 18:5
cabinets [3] - 52:20, 52:22, 52:24
cafeteria [1] - 21:25
Calcano [8] - 11:20, 85:7, 85:9, 85:15, 85:21, 86:4, 86:14, 87:8
calculate [1] - 23:8
call [3] - 25:9, 48:16, 59:15
calls [3] - 41:10, 60:23, 81:11
Campus [3] - 7:18, 10:7, 10:12
can you [6] - 11:7, 15:9, 21:2, 24:21, 45:16, 58:10
candidate [9] - 66:5, 67:13, 67:15, 70:10, 70:11, 70:25, 71:3, 71:5, 71:7
candidates [7] - 13:3, 62:21, 65:4, 69:11, 70:14, 70:18,

71:10
canvas [5] - 66:7, 66:10, 66:13, 66:17, 68:21
canvassed [2] - 13:3, 67:18
capacity [3] - 31:22, 68:5, 68:16
Cardi [4] - 17:18, 19:21, 54:12, 54:13
cares [1] - 30:16
CARTER [1] - 2:8
case [9] - 4:18, 5:22, 23:14, 64:20, 64:24, 65:16, 67:17, 69:17, 87:2
Case [1] - 1:5
categories [1] - 28:24
category [1] - 29:19
Caucasian [1] - 42:19
caulk [1] - 47:16
caulked [1] - 47:18
cc'd [2] - 38:21, 39:8
central [1] - 64:8
certification [3] - 3:8, 76:4, 82:2
certified [1] - 74:21
certify [2] - 92:9, 92:14
CFN [2] - 12:24, 13:23
chancellor [4] - 82:24, 82:25, 83:8, 83:13
Chancellor's [1] - 43:9
changed [2] - 14:9, 29:11
changes [1] - 50:20
character [1] - 56:8
charge [2] - 21:10, 25:4, 25:7, 35:19
charged [2] - 33:3, 36:6
charges [6] - 35:9, 35:10, 36:4, 43:21, 43:25, 44:2
checking [1] - 78:14
choice [2] - 63:2, 70:5
choices [1] - 29:9
choose [3] - 43:22, 52:17, 63:10
chose [3] - 31:20, 77:11, 77:14
chosen [1] - 77:13
Church [2] - 1:20, 2:10
circumstances [1] - 70:4
CITY [1] - 1:7, 1:15, 2:9
city [2] - 80:10, 83:10
City [9] - 1:20, 2:5, 4:19, 6:15, 7:13, 64:9, 75:17, 80:15, 85:24
citywide [3] - 63:24, 64:2, 64:7
Civ [1] - 1:6
civil [1] - 25:20
Civil [2] - 1:18, 16:4
claims [1] - 31:17
clarify [2] - 5:3, 5:23

classes [1] - 60:18
classrooms [1] - 61:4
clear [4] - 39:10, 41:17, 69:6, 86:25
clearcut [1] - 35:19
clerical [5] - 15:13, 15:22, 20:24, 21:7, 52:17
click [1] - 84:3
clothes [1] - 55:13
code [2] - 76:23, 82:3
collecting [1] - 21:12
college [1] - 49:14
combines [1] - 73:16
comfortable [1] - 52:10
coming [4] - 6:9, 21:24, 79:23, 80:20
comment [9] - 33:3, 34:8, 36:21, 38:17, 40:22, 42:4, 42:23, 43:15, 44:7
committee [2] - 62:25, 71:2
common [1] - 78:12
communicate [2] - 24:19, 24:24
community [27] - 15:7, 15:10, 15:11, 15:19, 16:11, 16:14, 16:23, 17:2, 17:9, 17:23, 18:8, 18:11, 21:4, 21:6, 22:8, 22:13, 22:17, 23:5, 23:11, 25:4, 25:22, 53:18, 54:7, 54:10, 87:15, 87:18, 88:14
compares [1] - 22:12
competent [1] - 30:20
complained [4] - 45:19, 57:10, 85:3, 85:9, 85:13, 85:18
complaining [1] - 31:13
complaint [21] - 32:6, 32:17, 32:19, 32:20, 33:12, 34:14, 34:16, 34:22, 39:25, 43:2, 43:10, 43:23, 44:11, 44:15, 45:8, 46:10, 46:18, 47:3, 57:13, 86:14, 86:19
complaints [10] - 29:22, 45:13, 46:25, 47:14, 47:23, 47:25, 84:18, 84:21, 85:21, 87:8
complicated [1] - 63:15
composite [1] - 71:8
computer [1] - 49:11
concern [1] - 35:7
concerns [1] - 47:11
concluded [1] - 91:8
conclusion [1] - 42:17
conditioning [3] - 49:24, 53:3, 53:7
condoms [1] - 61:6
conduct [2] - 31:3, 62:16
conference [2] - 27:22, 28:5
connection [2] - 42:12,

42:14
connotation [6] - 36:24, 40:16, 40:20, 41:8, 42:7, 42:9
consent [2] - 43:23, 44:12
considered [2] - 77:16, 82:8
contact [2] - 34:10, 35:12
contained [1] - 48:15
Continued [1] - 90:17
Control [1] - 2:12
conveniently [1] - 52:25
conversation [5] - 40:8, 44:22, 45:5, 47:21, 87:13
convinced [1] - 68:17
coordinator [2] - 17:22, 18:2
copied [2] - 39:18, 39:19
copies [1] - 24:11
copy [4] - 3:14, 3:17, 37:11, 37:15
CORPORATION [1] - 2:8
Corporation [1] - 2:11
corrects [1] - 54:16
Council [1] - 89:8
COUNSEL [1] - 2:8
Counsel [1] - 2:11
counsel [3] - 3:6, 3:17, 61:5
counseling [6] - 60:9, 60:21, 60:24, 61:19, 61:21, 62:10
counselor [32] - 59:24, 60:3, 60:4, 60:13, 60:15, 61:24, 63:20, 63:25, 67:25, 69:14, 69:17, 69:24, 70:7, 70:8, 71:15, 71:23, 72:4, 72:25, 74:4, 75:21, 75:23, 75:25, 76:8, 76:21, 81:3, 81:9, 81:23, 82:5, 82:6, 89:17, 89:22
counselor's [1] - 89:14
counselors [25] - 24:8, 50:25, 51:2, 51:4, 53:20, 58:7, 60:2, 60:8, 61:2, 62:20, 69:7, 69:10, 72:18, 73:16, 74:10, 74:16, 74:20, 79:13, 79:21, 80:6, 80:17, 80:21, 80:22, 82:19, 84:9
count [1] - 17:13
COUNTY [1] - 92:5
couple [5] - 50:22, 51:12, 51:14, 83:21, 84:8
course [1] - 16:2
COURT [1] - 1:2
Court [3] - 1:17, 3:13, 5:15
courtesy [1] - 62:13
Courtney [4] - 17:15, 19:9, 19:15, 19:20
COURTNEY [1] - 17:16
covers [1] - 27:12
create [1] - 63:20
created [2] - 63:19, 65:23
credibility [1] - 31:17

crisis [1] - 60:9
CRR [2] - 1:22, 92:23
Cruz [3] - 18:4, 20:3, 20:11
CSA [1] - 89:6
cultural [2] - 26:19, 26:24
current [3] - 10:24, 24:4, 72:17
Currently [1] - 84:6
currently [10] - 7:9, 7:23, 8:3, 10:14, 12:11, 13:13, 22:6, 52:21, 58:8, 58:9

## D

Daniel [1] - 11:20
dashiki [1] - 55:15
data [1] - 21:13
database [1] - 64:9
date [3] - 13:18, 55:5
DATE [1] - 1:10
dated [1] - 39:17
David [1] - 4:10
DAVID [2] - 1:16, 91:11
day [15] - 12:18, 22:25, 27:14, 27:15, 33:9, 38:2, 39:3, 52:18, 55:20, 55:23, 56:13, 56:23, 90:13, 91:14, 92:20
days [4] - 3:16, 23:4, 54:24, 55:6
DC [4] - 25:13, 25:19, 25:23, 26:3
DDD12522 [1] - 2:12
deal [2] - 24:7, 24:10
Deborah [1] - 58:24
debt [1] - 73:13
December [13] - 8:9, 12:2, 12:17, 13:19, 17:6, 33:5, 38:12, 39:17, 48:5, 73:5, 76:18, 79:11, 79:24
decision [3] - 14:25, 36:5, 70:16
decisions [3] - 14:19, 73:14, 75:8
deck [1] - 14:8
declare [1] - 63:17
DEFENDANT [1] - 1:8
Defendant [2] - 1:15, 2:9
Defendant's [2] - 37:8, 38:5
definitely [2] - 51:20, 68:17
definition [1] - 88:4
degree [1] - 61:18
degrees [1] - 72:7
denomination [1] - 86:11
departed [1] - 12:14
DEPARTMENT [3] - 1:7, 1:15, 2:9
department [3] - 9:11, 27:24, 58:5
Department [8] - 1:20, 4:19,

7:13, 7:15, 14:24, 64:9, 75:11, 80:15
depend [1] - 70:2
depending [1] - 89:15
depends [3] - 22:25, 23:3, 35:18
deposition [7] - 3:8, 3:9, 3:14, 6:6, 6:9, 6:20, 6:23
designees [1] - 10:16
desk [1] - 27:13
details [1] - 87:5
determine [1] - 77:6
detract [1] - 31:18
did she [2] - 46:5, 81:20
did they [2] - 85:21, 88:2
did you [23] - 6:5, 6:8, 6:11, 6:18, 6:22, 15:16, 33:15, 33:22, 34:13, 43:14, 44:4, 46:17, 47:8, 49:5, 52:9, 52:13, 55:20, 64:23, 66:20, 67:3, 79:2, 86:23, 87:12
dies [2] - 60:10, 60:11
difference [3] - 24:22, 68:9, 90:8
direct [1] - 10:7
dirty [1] - 70:23
disability [1] - 61:2
disciplinary [5] - 30:12, 31:21, 35:16, 44:22, 45:4
discovery [1] - 38:7
discretion [1] - 22:22
discrimination [1] - 34:24
disparity [1] - 87:14
distraction [1] - 31:24
DISTRICT [2] - 1:2, 1:2
disturbing [2] - 45:21, 46:2
diverse [1] - 69:8
divide [2] - 26:19, 26:24
do they [2] - 61:8, 76:3
do you [61] - 6:2, 8:10, 8:15, 8:18, 9:17, 9:19, 12:14, 12:21, 13:12, 13:15, 16:7, 16:10, 18:16, 22:5, 22:11, 22:15, 23:21, 24:14, 31:12, 32:11, 33:4, 33:19, 35:13, 35:15, 37:10, 40:19, 41:12, 42:25, 45:12, 46:9, 48:6, 49:2, 49:23, 51:9, 54:24, 55:4, 56:12, 56:16, 56:25, 69:12, 71:14, 75:5, 77:23, 77:25, 79:18, 79:22, 80:25, 81:7, 81:13, 83:22, 83:23, 84:17, 84:21, 85:2, 87:6, 87:24, 88:8, 88:13, 88:23, 89:10, 89:13
document [2] - 38:25, 75:17
documents [3] - 6:22, 38:6, 38:8
DOE [2] - 10:11, 89:23
does he [1] - 19:11

does she [1] - 27:17
does that [2] - 48:21, 86:5
doesn't [4] - 35:22, 72:9, 75:14, 81:14
Dominican [2] - 54:18, 54:21
door [3] - 47:16, 47:17, 57:17
doors [1] - 47:18
dress [3] - 55:8, 55:20, 55:23
dressing [1] - 56:22
duly [2] - 4:3, 92:11
dungeon [1] - 52:14
duties [5] - 21:19, 24:17, 24:19, 24:22, 24:23

## E

e-mail [18] - 38:11, 38:21, 38:22, 39:6, 39:10, 39:12, 39:19, 43:5, 43:11, 62:8, 63:7, 66:20, 67:2, 82:23, 83:7, 83:16, 83:17
e-mailed [2] - 43:4, 66:23
early [1] - 51:17
easier [1] - 17:13
easy [1] - 80:11
eat [1] - 42:20
eating [1] - 42:10
Ed [2] - 14:24, 75:11
education [4] - 11:21, 75:18, 78:3, 78:21
EDUCATION [2] - 1:7, 1:16
Education [6] - 4:20, 7:13, 7:15, 60:22, 64:10, 80:16
EDWARDS [2] - 92:7, 92:23
Edwards [1] - 1:22
effect [2] - 3:12, 3:15
egregious [1] - 43:22
eight [3] - 19:6, 22:25, 74:9
Elvin [2] - 18:6, 20:5
emotional [2] - 31:10, 61:2
employed [4] - 7:9, 7:11, 7:12, 75:17
employee [5] - 31:18, 34:17, 34:18, 34:21, 52:17
employees [13] - 10:6, 10:8, 10:11, 15:14, 23:5, 23:6, 31:9, 32:3, 64:10, 64:12, 85:3, 85:12, 85:13
employees's [1] - 78:13
employment [2] - 8:19, 12:22
emulate [1] - 56:8
end [7] - 51:20, 58:13, 62:6, 73:2, 73:8, 77:8, 88:12
engage [1] - 21:6
engineering [1] - 11:16
English [1] - 11:19
entering [1] - 32:15
entrances [1] - 21:23
entry [1] - 21:13
Equal [1] - 34:11

Esperanza [3] - 17:18, 19:20, 54:12
ESQ [3] - 2:6, 2:8, 2:11
Estanfania [2] - 59:14, 72:15
ESTANFANIA [1] - 59:15
estimated [1] - 26:7
ethnicity [3] - 86:2, 86:5, 86:15
Eunice [2] - 11:11, 13:4
evaluation [2] - 28:19, 28:21
evaluations [5] - 28:14, 29:14, 29:18, 30:2, 30:8
event [2] - 79:3, 79:6
everybody [1] - 10:20
exact [2] - 55:5, 87:4
exactly [1] - 13:17
examination [3] - 91:7, 92:10, 92:12
EXAMINATION [2] - 1:14, 4:6
examined [1] - 4:5
example [3] - 16:7, 67:12, 67:18
except [1] - 3:22
exception [1] - 76:6
exceptions [1] - 80:13
excess [6] - 77:7, 77:10, 77:11, 77:14, 77:19, 88:17
excessed [5] - 73:2, 73:7, 73:10, 74:6, 79:4
excessing [1] - 75:8
exchange [2] - 38:11, 39:8
Exhibit C [2] - 37:8, 38:6
exists [2] - 48:23, 49:3
expect [1] - 21:5
experience [5] - 28:6, 30:14, 71:20, 78:10, 78:21
explain [1] - 21:2
explanation [1] - 75:7
express [4] - 34:7, 45:22, 46:4, 51:23
expressed [7] - 46:4, 47:11, 52:7, 56:10, 81:2, 81:4, 81:8
extensive [1] - 14:24
Ezequiek [1] - 72:21

**F**

F-A-N-N-I-N-G [1] - 4:10
facts [1] - 37:3
faculty [4] - 62:9, 62:12, 63:8, 65:20
failing [1] - 60:18
fair [4] - 14:17, 54:3, 77:18, 82:10
familiar [6] - 15:6, 16:13, 23:13, 36:23, 72:20, 73:23
Fanning [3] - 4:10, 4:14, 37:17
FANNING [2] - 1:16, 91:11

fast [1] - 4:25
Federal [1] - 1:18
Federation [1] - 25:15
feel [8] - 26:23, 31:12, 41:7, 43:15, 44:4, 44:9, 46:23, 67:11
felt [5] - 36:20, 44:14, 44:18, 45:6, 70:10
female [1] - 86:10
Fight [1] - 56:18
figured [1] - 77:18
file [9] - 34:16, 35:9, 35:10, 43:20, 43:23, 43:24, 44:2, 44:24, 45:4
File [1] - 2:12
filed [2] - 43:2, 62:7
files [1] - 78:13
filing [6] - 3:7, 21:11, 52:20, 52:21, 52:23, 62:3
filling [1] - 29:17
fills [1] - 29:13
find [4] - 35:8, 42:20, 44:25, 90:13
fine [2] - 8:2, 19:3
finish [1] - 5:12
finished [2] - 71:6, 84:15
first [12] - 4:3, 12:19, 32:17, 32:19, 33:8, 38:5, 39:15, 48:5, 48:20, 51:15, 53:5, 85:8
fit [1] - 35:17
five [5] - 58:9, 58:17, 70:24, 71:3, 73:18
floor [2] - 48:18, 48:20
floors [1] - 61:14
Florence [2] - 59:5, 72:13
follow [1] - 35:2, 35:7
following [1] - 84:7
follows [1] - 4:5
food [1] - 32:22
force [1] - 3:15
form [1] - 3:22
former [1] - 24:4
forms [1] - 21:12
forth [1] - 92:11
forwarded [2] - 40:2, 40:5
Foster [1] - 11:17
Foster-Ba [1] - 11:17
found [4] - 31:16, 36:5, 45:21, 45:25
four [1] - 59:7
fourth [1] - 40:12
Franklin [1] - 2:5
Fred [1] - 9:23
freeze [7] - 79:13, 79:19, 80:9, 80:16, 82:13, 82:19, 82:22, 83:2, 83:3, 83:9, 83:16, 83:22
frequently [1] - 67:6

Friday [1] - 56:14
Fridays [1] - 55:7
front [1] - 22:2
frozen [2] - 84:9, 84:10
full [1] - 23:10
full-time [1] - 23:10
function [1] - 59:23
functioning [1] - 8:23
funny [3] - 39:12, 56:9
FURTHER [1] - 3:21

**G**

G-R-O-S-V-E-N-O-R [1] - 59:6
G-R-U-L-L-O-N [1] - 17:21
Garcia [43] - 11:11, 13:4, 13:6, 13:21, 13:22, 14:4, 14:14, 32:7, 32:9, 32:21, 33:22, 33:25, 34:13, 38:18, 40:13, 43:14, 44:5, 44:23, 45:9, 45:14, 45:18, 45:20, 45:24, 46:17, 47:5, 47:21, 48:2, 50:17, 54:17, 54:25, 55:25, 56:4, 56:16, 56:22, 57:2, 57:6, 57:10, 84:19, 84:24, 85:5, 85:8, 89:4, 90:12
Garcia's [1] - 44:7
Garden [1] - 2:5
gender [1] - 86:2
Gerasimos [1] - 12:5
Gerry [1] - 12:3
gestures [1] - 5:16
gesturing [1] - 56:17
gets [2] - 31:10, 83:11
giant [1] - 55:11
Gilberto [3] - 13:6, 32:8, 55:11
give [2] - 5:14, 10:17
given [3] - 36:17, 70:6, 92:13
gives [1] - 84:4
goes [2] - 27:10, 84:4
Goodall [1] - 4:12
GOODALL [1] - 4:12
governance [1] - 9:16
government [1] - 24:11
grabbed [1] - 35:21
grade [2] - 80:12, 84:12
grades [2] - 8:5, 84:10
graduation [1] - 24:7
grandmother [1] - 60:11
great [2] - 71:23, 90:16
grits [13] - 33:2, 34:5, 34:8, 36:21, 36:24, 38:17, 40:16, 40:22, 41:9, 42:7, 42:10, 42:15, 42:20
Grosvenor [2] - 59:5, 72:14
Grullon [2] - 17:20, 19:25
guess [5] - 37:18, 48:16,

65:11, 77:13, 83:20
guessing [4] - 22:10, 26:10, 37:2, 41:18
guidance [64] - 9:10, 11:22, 24:8, 50:15, 50:18, 50:19, 50:25, 51:2, 53:20, 58:4, 58:7, 59:24, 59:25, 60:3, 60:4, 60:8, 60:13, 60:15, 61:2, 61:9, 61:14, 61:19, 61:24, 63:20, 63:25, 64:3, 64:15, 67:4, 67:8, 67:20, 67:25, 68:5, 68:16, 69:6, 69:10, 69:13, 69:16, 69:24, 70:6, 70:8, 71:15, 71:22, 72:4, 72:17, 72:24, 74:3, 74:9, 74:20, 75:23, 76:8, 76:21, 79:13, 80:17, 80:21, 81:3, 81:9, 82:5, 84:9, 84:13, 89:13, 89:16, 89:22, 90:8
guy's [1] - 18:25

**H**

H-bank [1] - 15:12
H-U-H-G [1] - 59:2
hadn't [1] - 47:14
half [4] - 26:11, 26:12, 65:18, 68:12
hand [2] - 5:16, 92:20
handing [1] - 37:7
handing) [1] - 37:9
handling [1] - 53:19
happens [3] - 60:10, 60:12, 82:9
happy [4] - 5:7, 51:23, 51:25, 52:6
harassment [1] - 34:24
hard [1] - 30:23
have you [5] - 8:7, 16:22, 29:19, 29:24, 86:18
haven't [2] - 16:14, 27:5
head [1] - 5:16
health [1] - 61:5
hear [1] - 5:17
heard [1] - 81:5
held [5] - 1:19, 8:7, 8:10, 12:3, 13:7
hell [1] - 58:22
help [1] - 35:8
Hendrix [2] - 55:12, 55:19
Hendrix-style [1] - 55:12
Henry [2] - 8:14, 81:6
hereby [1] - 92:9
HEREBY [1] - 3:5
herein [1] - 3:7
hereinbefore [1] - 92:11
hereunto [1] - 92:19
hey [1] - 62:9
high [3] - 15:18, 25:2, 89:18

**High** [4] - 7:18, 10:7, 10:12, 15:17
**high-ranking** [1] - 25:2
**highest** [1] - 29:6
**hire** [7] - 14:22, 17:23, 18:2, 65:12, 66:16, 68:18, 76:5
**hired** [23] - 13:4, 14:14, 15:20, 16:14, 16:22, 20:16, 20:19, 58:14, 58:19, 59:12, 59:13, 65:22, 76:5, 77:23, 79:21, 80:4, 80:6, 80:20, 81:18, 81:22, 82:4, 82:5, 82:12
**hiring** [16] - 14:25, 22:22, 62:14, 62:16, 62:19, 62:24, 68:19, 70:25, 73:13, 77:21, 79:12, 80:5, 80:8, 83:25, 84:2, 84:7
**Hispanic** [13] - 19:8, 19:10, 19:19, 19:22, 19:23, 19:24, 20:2, 20:4, 20:6, 20:8, 20:10, 63:3, 87:22
**hmm** [5] - 15:24, 40:14, 63:9, 68:23, 84:13
**hold** [1] - 75:15
**holding** [1] - 79:4
**honest** [4] - 51:19, 87:5, 90:2, 90:8
**honestly** [1] - 20:18
**hope** [1] - 11:8
**hour** [1] - 23:7
**hourly** [1] - 22:23
**hours** [2] - 22:25, 23:2
**how are** [1] - 82:21
**how did** [3] - 45:22, 46:4, 76:25
**how do** [1] - 61:22
**how many** [12] - 7:23, 8:3, 10:24, 11:4, 17:9, 22:6, 22:25, 23:3, 26:8, 58:7, 59:6, 89:15
**Huascar** [2] - 17:20, 19:25
**HUASCAR** [1] - 17:20
**huge** [1] - 90:8
**Hugh** [2] - 59:2, 72:12
**human** [5] - 42:3, 42:5, 42:11, 42:18, 77:5
**humanities** [1] - 11:19
**hyphen** [1] - 58:25

**I**

**idea** [5] - 22:5, 40:19, 61:13, 77:25, 78:9
**identified** [1] - 19:7
**identifies** [2] - 19:13, 23:18
**identify** [2] - 19:9, 19:11
**IEP** [1] - 60:21
**immediately** [1] - 32:14
**IN** [1] - 92:19

**inappropriate** [4] - 43:16, 44:8, 44:18, 45:3
**inasmuch** [1] - 31:19
**incident** [4] - 34:2, 38:16, 43:3, 90:11
**include** [3] - 76:9, 86:6, 90:18
**included** [3] - 62:14, 68:24, 69:9
**Indian** [2] - 55:13, 55:16
**indicate** [4] - 36:3, 36:19, 37:24, 43:20
**indicated** [1] - 83:15
**indicating** [3] - 39:20, 42:6, 58:23
**individual** [7] - 10:17, 12:2, 13:6, 27:25, 59:17, 60:24, 81:17
**Individualized** [1] - 60:22
**individuals** [13] - 14:22, 16:22, 18:17, 19:6, 20:12, 20:23, 26:8, 31:11, 31:13, 73:10, 87:7, 88:18, 88:24
**infer** [4] - 41:15, 42:3, 42:6, 42:16
**inference** [3] - 40:24, 41:5, 42:21
**inferring** [1] - 41:19
**inform** [1] - 4:22
**information** [2] - 40:2, 63:22
**Ingrid** [2] - 11:15, 73:24
**inhibit** [1] - 7:6
**initial** [2] - 47:2, 54:5
**initially** [1] - 17:6
**inside** [1] - 52:19
**instructed** [1] - 5:19
**insulted** [1] - 40:17
**insulting** [1] - 90:14
**intelligent** [4] - 42:2, 42:5, 42:11, 42:18
**interact** [1] - 56:5
**interest** [3] - 67:8, 81:2, 81:9
**interested** [4] - 62:9, 65:3, 66:6, 92:17
**interior** [1] - 49:6
**intern** [2] - 68:10, 68:11
**interview** [5] - 62:21, 67:19, 70:21, 70:22, 71:12
**interviewed** [1] - 69:7
**interviewing** [1] - 65:3
**introduced** [2] - 37:5, 79:9
**investigate** [6] - 34:14, 34:20, 35:15, 35:23, 86:19, 86:24
**investigated** [1] - 86:21
**investigation** [1] - 87:4
**involved** [2] - 77:20, 80:5
**IS** [2] - 3:5, 3:21
**is it your** [1] - 42:13

**is that** [12] - 5:11, 15:25, 19:23, 25:15, 27:3, 27:23, 48:12, 48:18, 59:6, 62:18, 65:14, 80:11
**is there** [5] - 6:25, 18:6, 32:20, 34:25, 76:22
**island** [1] - 4:13
**issued** [1] - 28:15
**issues** [3] - 27:6, 61:5, 61:6
**IT** [2] - 3:5, 3:21
**item** [1] - 32:25

**J**

**January** [2] - 12:20, 13:19
**Jimmy** [2] - 55:12, 55:19
**job** [9] - 14:8, 17:25, 21:16, 30:20, 53:8, 64:4, 72:4, 72:5, 80:5
**jobs** [1] - 21:5
**joining** [1] - 78:3
**JOSH** [1] - 2:6
**Josh** [1] - 4:16
**Joshua** [1] - 1:22
**JOSHUA** [2] - 92:7, 92:23
**Judge** [1] - 3:13
**judgment** [1] - 68:7
**June** [2] - 74:6, 84:14
**jurat** [1] - 90:18
**jurisdiction** [1] - 87:3

**K**

**K-A-A-L-U-N-D** [1] - 58:25
**Kaalund** [7] - 58:24, 59:19, 59:21, 62:4, 62:5, 63:18, 72:12
**Kanika** [1] - 59:2
**KANIKA** [1] - 59:2
**keep** [1] - 47:8
**kid** [2] - 60:3, 60:10
**kids** [7] - 22:3, 49:13, 56:5, 56:9, 60:20, 61:5, 90:15
**Kierra** [1] - 11:17
**knowledge** [10] - 16:3, 29:24, 30:5, 30:11, 47:22, 47:24, 55:24, 56:10, 61:17, 88:16

**L**

**lab** [1] - 49:11
**language** [6] - 11:17, 11:19, 13:10, 13:11, 14:11, 83:24
**languages** [1] - 81:25
**larger** [1] - 53:24
**last** [10] - 11:3, 12:18, 17:15, 17:20, 18:19, 46:11, 59:4, 59:16, 61:10, 62:18
**Latino** [4] - 26:13, 26:15, 27:2, 32:24

**Latinos** [1] - 26:20
**Lauren** [1] - 73:7
**Law** [1] - 1:20
**LAW** [2] - 2:4, 2:9
**lawsuit** [2] - 62:3, 85:23
**lead** [1] - 71:22
**learned** [1] - 83:21
**leather** [2] - 55:17, 55:18
**leave** [1] - 88:2
**legal** [2] - 66:9, 66:12
**Leonardi** [1] - 11:23
**let's** [1] - 58:17
**lets** [2] - 46:7, 82:25
**level** [1] - 43:18
**levels** [2] - 80:13, 84:12
**license** [18] - 24:15, 61:21, 64:4, 64:14, 64:15, 70:6, 74:22, 75:2, 75:3, 75:4, 75:6, 75:13, 75:14, 75:15, 79:14, 80:22, 81:21, 82:12
**licensed** [5] - 24:17, 24:23, 24:25, 66:15, 70:7
**licenses** [1] - 74:24
**lifted** [1] - 82:15
**liked** [1] - 65:9
**line** [1] - 90:6
**lines** [2] - 84:8
**list** [6] - 17:11, 75:10, 75:20, 76:16, 76:19, 84:5
**listed** [7] - 59:8, 69:11, 73:18, 75:22, 75:24, 76:20, 82:13
**lists** [2] - 75:12, 75:13
**located** [2] - 7:20, 48:19
**location** [2] - 52:12, 53:6
**logbook** [1] - 22:3
**looks** [1] - 39:12
**lot** [4] - 22:8, 50:20, 59:25, 61:6
**loud** [1] - 5:14
**love** [1] - 58:22
**lowest** [2] - 71:10, 77:12
**lunch** [1] - 27:11

**M**

**M-O-R-N-O-T-A** [1] - 59:16
**Magnus** [1] - 17:15
**MAGNUS** [1] - 17:15
**mail** [18] - 38:11, 38:21, 38:22, 39:6, 39:10, 39:12, 39:19, 43:5, 43:11, 62:8, 63:7, 66:20, 67:2, 82:23, 83:7, 83:16, 83:17
**mailed** [2] - 43:4, 66:23
**main** [1] - 21:7
**maintains** [1] - 24:3
**majority** [1] - 88:11
**Malcolm** [3] - 57:3, 57:11, 57:23

man [1] - 21:23
manager [1] - 22:23
mandated [1] - 60:21
mangú [2] - 32:24, 34:5
Manhattan [1] - 7:22
manner [2] - 31:4, 31:15, 56:23
Manrique [4] - 18:21, 18:22, 18:24, 20:7
marked [1] - 37:8
market [7] - 62:11, 63:12, 63:14, 63:23, 64:21, 65:14, 66:20
Market [1] - 65:25
marriage [1] - 92:16
mass [1] - 83:18
master's [2] - 61:18, 67:4
math [1] - 14:11
mathematics [1] - 11:14
matter [2] - 35:22, 92:18
Maynard [1] - 58:24, 72:12
MAYNARD [1] - 58:25
Maynard-Kaalund [2] - 58:24, 72:12
mean [8] - 14:23, 16:5, 22:15, 32:16, 49:2, 70:21, 75:14, 81:14
medication [1] - 7:5
meet [2] - 60:18, 79:2
meeting [2] - 56:13, 56:17
Melissa [5] - 4:18, 23:14, 24:12, 25:7, 25:11, 27:11, 39:16, 62:13, 68:14
MELISSA [1] - 1:3
member [1] - 28:18
member's [1] - 45:2
members [2] - 28:20, 65:20
Menegatos [13] - 12:3, 12:5, 12:11, 13:2, 13:25, 14:14, 33:13, 38:13, 39:9, 39:17, 43:8, 81:8, 89:5
Mennonite [1] - 86:11
mentioned [12] - 14:13, 16:21, 20:22, 27:8, 32:2, 33:14, 33:21, 57:6, 67:5, 67:9, 67:12, 72:11
mind [1] - 65:8
minimal [1] - 16:11
missing [1] - 17:19
mistaken [1] - 27:21
mistreated [2] - 85:25, 87:9
mistreatment [2] - 85:5, 85:15
mixed [1] - 26:15
mm [4] - 15:24, 40:14, 68:23, 84:13
Mm [1] - 63:9
mm-hmm [4] - 15:24, 40:14, 68:23, 84:13

Mm-hmm [1] - 63:9
molds [1] - 23:22
mom [1] - 60:10
moment [1] - 9:22
monolingual [11] - 74:22, 75:6, 79:14, 80:16, 80:21, 80:22, 81:21, 81:22, 82:3, 82:4, 82:11
month [2] - 23:5, 58:16
monthly [1] - 60:24
months [2] - 51:13, 51:14
mor [1] - 66:22
MORELLI [1] - 2:4
Moronta [9] - 59:16, 59:20, 62:23, 62:25, 63:3, 72:15, 76:7, 81:19, 82:13
move [1] - 52:12
moved [3] - 46:12, 51:3, 53:6, 53:10, 53:14, 53:17, 53:22, 53:24, 54:2, 54:4, 54:13, 54:15, 61:15
MR [13] - 4:7, 37:4, 37:10, 37:12, 37:14, 37:16, 37:18, 37:22, 41:10, 68:3, 81:11, 91:2, 91:4
Mr [88] - 4:14, 6:12, 6:18, 8:14, 8:15, 9:23, 11:20, 11:22, 12:11, 13:2, 13:21, 13:22, 13:25, 14:4, 14:14, 18:16, 19:9, 19:15, 19:20, 20:17, 20:20, 32:7, 32:8, 32:21, 33:13, 33:22, 33:25, 34:13, 37:17, 38:2, 38:13, 38:18, 39:17, 40:13, 43:8, 43:14, 44:5, 44:7, 44:23, 45:9, 45:14, 45:18, 45:20, 45:24, 46:17, 47:5, 47:21, 48:2, 50:17, 54:17, 54:20, 54:25, 55:25, 56:4, 56:16, 56:22, 57:2, 57:6, 57:10, 72:21, 72:23, 72:24, 73:12, 74:12, 75:5, 76:7, 76:10, 77:12, 77:19, 78:7, 81:2, 81:8, 84:19, 84:24, 85:5, 85:7, 85:8, 85:9, 85:15, 85:21, 86:4, 86:14, 87:8, 88:3, 88:15, 88:25, 90:12
Ms [126] - 11:11, 11:13, 11:15, 11:17, 13:4, 14:9, 14:12, 19:20, 20:11, 27:9, 28:7, 28:10, 29:18, 29:22, 29:25, 30:6, 30:10, 30:15, 30:22, 31:3, 31:8, 32:6, 32:20, 33:12, 33:16, 33:17, 34:7, 34:13, 36:3, 36:19, 36:25, 38:12, 38:18, 39:2, 40:11, 40:20, 41:7, 41:20, 42:14, 42:16, 43:2, 43:6, 43:14, 43:19, 44:6, 44:7, 44:11, 45:9, 45:13, 45:18,

45:19, 46:18, 47:2, 47:4, 47:22, 48:2, 48:6, 48:13, 49:23, 50:7, 50:11, 51:10, 51:22, 53:23, 53:24, 54:4, 54:13, 54:15, 56:18, 56:21, 57:6, 57:9, 57:23, 58:20, 58:24, 59:9, 59:19, 59:20, 59:21, 61:18, 62:4, 62:5, 62:23, 62:25, 63:3, 63:18, 67:3, 67:17, 67:24, 68:22, 69:4, 69:12, 69:15, 71:9, 73:24, 74:2, 74:3, 74:12, 75:22, 76:10, 76:11, 76:13, 77:11, 77:14, 77:19, 77:21, 78:18, 79:2, 80:25, 81:7, 81:18, 82:13, 84:18, 84:22, 85:16, 85:20, 85:23, 86:8, 86:9, 86:13, 87:6, 87:11, 87:13, 89:11, 89:21
multiple [1] - 65:3
music [3] - 45:20, 45:25, 46:22
musician [1] - 46:19
myself [1] - 35:6

## N

name [14] - 4:8, 4:16, 11:7, 11:9, 17:15, 17:21, 18:20, 18:25, 19:4, 58:10, 58:11, 58:17, 59:4, 59:16
named [3] - 12:3, 13:6, 18:20
names [1] - 19:17
native [1] - 55:16
nature [3] - 35:18, 85:20, 86:13
needs [1] - 55:21
negatively [1] - 56:6
net [1] - 78:25
network [5] - 12:24, 13:23, 13:24, 88:25, 89:4
NEW [6] - 1:2, 1:7, 1:15, 2:9, 92:4, 92:5
nice [2] - 49:20, 52:16
nods [1] - 5:15
non [1] - 46:13
non-adjoining [1] - 46:13
not-for-profit [1] - 49:12
NOTARY [1] - 91:16
Notary [3] - 1:22, 4:4, 92:7
notified [3] - 12:16, 43:8, 82:21
number [1] - 71:4

## O

oath [2] - 3:12, 4:22
objection [4] - 5:18, 41:10, 68:3, 81:11
objections [1] - 3:22
obligated [3] - 36:13, 36:14,

36:16
observed [3] - 65:18, 68:4, 68:15
obtain [1] - 16:8
obtaining [2] - 81:3, 81:9
obvious [1] - 36:7
obviously [6] - 41:21, 42:22, 47:3, 53:14, 64:20, 82:12
occasion [2] - 31:8, 31:20
occasions [1] - 86:22
October [2] - 58:13, 59:21
OEO [3] - 43:2, 44:10, 44:14
OF [5] - 1:2, 1:7, 1:15, 92:4, 92:5
offended [4] - 34:8, 36:2, 36:20, 56:11
offense [2] - 32:21, 34:6
offensive [2] - 42:23, 90:14
offer [1] - 32:24
offered [4] - 12:23, 32:25, 34:3, 34:5
offering [1] - 32:21
office [33] - 21:7, 21:18, 23:16, 23:21, 27:9, 27:13, 27:17, 27:19, 27:20, 28:2, 28:4, 32:23, 45:21, 45:25, 46:7, 46:12, 46:13, 46:14, 47:18, 48:10, 50:15, 51:4, 52:22, 53:11, 53:23, 53:24, 54:5, 54:8, 54:14, 54:15, 57:15, 57:18
Office [1] - 34:10
OFFICE [1] - 2:4
offices [4] - 1:19, 45:19, 51:2, 51:5
oh [5] - 46:6, 51:25, 52:7, 59:9, 80:3
okay [14] - 5:6, 37:18, 38:3, 38:8, 40:18, 42:22, 42:25, 53:17, 58:20, 59:17, 64:18, 65:5, 76:9, 80:3
ones [3] - 19:5, 76:2, 87:21
open [11] - 62:11, 63:11, 63:14, 63:23, 63:25, 64:21, 65:14, 66:20, 68:19, 68:20, 85:23
Open [1] - 65:25
opportunity [4] - 4:21, 36:18, 53:6, 66:3
Opportunity [1] - 34:11
opposed [1] - 25:13
orally [1] - 46:5
Order [1] - 1:18
organization [4] - 11:12, 12:6, 12:9, 49:12
organized [1] - 30:25
original [2] - 3:9, 3:17
OSI [2] - 86:21, 86:25
outcome [1] - 92:17
outside [1] - 43:18

overseeing [1] - 8:23

**P**

P-E-R-D-o-M-O [1] - 17:14
P.C [1] - 2:4
p.m [1] - 91:6
P.M [1] - 1:11
page [7] - 38:24, 38:25, 39:9, 39:14, 39:15, 40:11, 90:17
pages [1] - 38:5
paid [2] - 15:25, 26:5
panel [5] - 62:14, 62:19, 68:19, 69:7, 70:10
pants [1] - 55:18
paper [1] - 66:24
paragraph [1] - 40:12
paraprofessional [1] - 90:3
parent [2] - 17:22, 18:2
part [4] - 27:23, 31:5, 39:11, 39:15
parties [2] - 3:7, 92:15
Paulino [6] - 73:24, 74:2, 74:3, 76:13, 78:23, 79:2
pay [2] - 23:8, 87:14
paying [1] - 72:5
Pekow [2] - 11:13, 14:9
pending [1] - 5:9
people [18] - 17:19, 21:24, 25:5, 58:12, 64:2, 66:23, 67:20, 69:8, 70:13, 70:25, 71:21, 72:3, 72:6, 76:6, 77:7, 77:10, 78:16, 79:8
perceive [1] - 34:23
perceived [3] - 31:11, 85:4, 85:14
percent [2] - 39:7, 74:14
perception [1] - 85:25
Perdomo [2] - 17:14, 19:18
Perez [9] - 72:21, 72:23, 72:24, 74:12, 75:5, 76:10, 77:12, 77:19, 78:7
perfectly [1] - 5:6
perform [1] - 71:11
performance [6] - 28:8, 28:14, 28:19, 29:14, 29:21, 29:25
performed [1] - 20:23
period [3] - 30:2, 58:15, 82:18
permanent [1] - 24:9
person [6] - 24:10, 24:12, 62:12, 65:12, 66:24, 75:20
personnel [2] - 14:18, 51:6
perspective [1] - 64:12
persuasion [1] - 86:3
Philip [9] - 7:18, 8:16, 8:21, 10:6, 10:12, 15:15, 58:8, 78:3, 79:10
physical [1] - 11:21

physically [1] - 66:21
pick [1] - 55:2
picture [1] - 57:3
place [6] - 25:14, 79:13, 79:19, 79:23, 80:7, 84:3
places [1] - 51:4
plain [1] - 75:23
PLAINTIFF [1] - 1:4
Plaintiff [4] - 1:17, 2:4, 23:14, 38:7
Plan [1] - 60:23
play [2] - 45:20, 45:25
playing [2] - 46:22, 47:13
Please [2] - 4:8, 83:25
please [2] - 38:8, 47:8
plus [2] - 73:19, 73:20
point [12] - 12:25, 13:5, 45:17, 50:10, 51:17, 57:2, 65:16, 69:25, 74:9, 80:17, 80:23
policy [1] - 34:25
pool [2] - 70:3, 72:10
popular [1] - 55:13
Portals [2] - 77:2, 77:3
Porzelt [6] - 73:7, 74:12, 76:11, 77:11, 77:19, 78:18
pose [1] - 70:24
posed [1] - 5:21
position [34] - 7:14, 8:8, 8:11, 12:4, 12:23, 13:7, 13:23, 15:12, 15:25, 16:4, 16:8, 21:16, 23:21, 25:2, 61:24, 62:10, 62:22, 63:25, 65:9, 65:24, 66:3, 66:5, 66:14, 66:17, 66:22, 67:8, 67:14, 67:21, 69:5, 69:20, 72:3, 81:3, 81:10, 89:22
positions [2] - 14:22, 15:23
post [2] - 64:21, 66:21
posted [4] - 62:3, 62:11, 63:11, 67:14
poster [4] - 57:2, 57:11, 57:14, 57:24
posting [4] - 65:13, 66:20, 66:21, 67:2
power [1] - 56:18
practice [2] - 62:17, 78:12
precede [1] - 35:11
predecessor [1] - 54:20
prepare [2] - 6:5, 6:23
presented [1] - 43:13
prestigious [1] - 26:4
prevent [2] - 7:2, 21:23
previous [1] - 80:5
pride [1] - 55:6
Principal [3] - 77:2, 77:3, 83:12
principal [22] - 7:16, 7:17, 8:21, 10:21, 11:12, 11:14, 11:16, 11:18, 11:21, 11:23,

12:4, 12:6, 12:9, 14:10, 14:17, 18:14, 20:13, 35:6, 50:11, 54:21, 83:10, 83:11
principal's [1] - 27:13
principals [5] - 10:15, 10:25, 35:14, 66:8, 66:9
prior [14] - 8:11, 15:15, 20:13, 20:20, 30:2, 61:11, 61:12, 66:25, 67:2, 74:4, 78:3, 78:20, 79:23, 80:19
problem [1] - 47:19
Procedure [1] - 1:19
proceed [1] - 34:19
process [3] - 34:25, 70:23, 71:7
produced [1] - 38:6
professional [2] - 31:4, 31:14
profit [1] - 49:12
program [1] - 60:7
promotions [1] - 15:3
proof [1] - 24:6
provide [3] - 5:12, 5:13, 5:24
psychologists [1] - 51:7
PUBLIC [1] - 91:16
Public [3] - 1:23, 4:4, 92:7
pull [1] - 77:6
pulled [1] - 76:18
pupil [2] - 23:23, 23:25, 25:8
pursuant [1] - 1:17
pursue [2] - 34:18, 36:4
push [1] - 61:4

**Q**

qualification [1] - 67:25
qualifications [10] - 16:11, 16:16, 16:18, 68:13, 68:15, 72:9, 78:2, 78:10, 78:14, 78:21
qualified [3] - 66:15, 69:18, 76:2
Quesado [2] - 19:4, 20:9
question [20] - 5:2, 5:4, 5:9, 5:12, 5:21, 5:25, 39:22, 41:12, 41:13, 41:25, 43:7, 44:4, 44:17, 65:12, 78:6, 78:18, 78:23, 79:22, 81:13, 85:8
questioning [1] - 68:6
questions [5] - 4:23, 70:24, 91:5

**R**

R-A-M-I-R-E-Z [1] - 59:5
race [3] - 85:22, 86:16, 87:10
racial [4] - 27:6, 36:9, 42:7, 42:8
racially [2] - 33:3, 36:6

racially-charged [1] - 33:3
Ramirez [5] - 59:3, 59:4, 72:12, 76:10, 77:21
Randolph [22] - 7:18, 7:24, 7:25, 8:16, 8:22, 10:7, 10:12, 12:19, 12:22, 13:7, 15:16, 16:24, 17:3, 17:10, 18:7, 22:7, 32:15, 58:8, 63:24, 78:4, 79:11, 80:20
range [2] - 22:18, 22:21
ranking [1] - 25:2
rate [3] - 22:24, 28:7, 71:2
rated [2] - 28:9, 29:19
rating [1] - 30:7
ratings [2] - 28:22, 29:2
read [4] - 39:5, 39:24, 39:25, 40:3
reason [5] - 5:2, 6:25, 57:17
reasons [1] - 77:9
recall [40] - 12:14, 13:12, 13:15, 16:20, 18:17, 19:5, 32:11, 32:18, 32:19, 33:4, 33:19, 36:22, 37:25, 45:12, 46:9, 48:3, 48:6, 49:23, 50:5, 51:9, 51:21, 52:15, 54:24, 55:4, 56:12, 56:16, 56:25, 57:13, 57:22, 58:3, 83:22, 83:23, 84:17, 84:21, 85:2, 85:6, 85:10, 87:4, 87:16, 88:8
receive [3] - 28:18, 46:24, 68:21
received [2] - 30:6, 83:7
recently [4] - 11:22, 29:12, 62:2, 83:20
recess [2] - 13:18, 37:20
recollection [5] - 22:19, 32:5, 50:2, 56:24, 57:4
record [4] - 4:9, 24:9, 37:23, 92:12
records [12] - 24:4, 25:8, 48:12, 48:14, 48:15, 48:17, 49:22, 51:10, 52:14, 52:23, 53:19, 53:20
refer [4] - 7:24, 38:5, 49:21, 52:13
referenced [1] - 87:17
references [1] - 69:2
referencing [1] - 57:23
referred [1] - 38:16
referring [5] - 28:13, 32:4, 36:25, 40:21, 86:4
refers [1] - 40:15
reflecting [1] - 50:22
refused [1] - 32:23
regard [3] - 11:9, 27:7, 43:3
regarding [13] - 6:19, 34:23, 38:17, 45:9, 45:13, 46:19, 48:2, 78:6, 84:18, 84:22, 85:24, 86:14, 87:13

register [1] - 5:15
regular [2] - 76:8, 76:21
Regulations [1] - 43:9
related [2] - 38:15, 92:15
relates [2] - 86:14, 86:15
relating [1] - 36:21
relations [1] - 31:19
relationship [1] - 88:14
relatively [1] - 52:24
relatives [1] - 42:19
religion [2] - 86:2, 86:3
remark [1] - 36:6
remember [8] - 13:17, 18:19, 19:2, 50:21, 51:19, 53:16, 57:25, 64:3
removal [1] - 63:19
Renaghan [3] - 6:12, 6:18, 38:2
RENAGHAN [8] - 2:11, 37:12, 37:16, 37:22, 41:10, 68:3, 81:11, 91:4
repeat [1] - 5:3
replace [3] - 14:3, 14:15, 59:21
report [8] - 9:17, 9:19, 9:24, 10:2, 25:5, 36:9, 36:11, 36:16
Reporter [1] - 5:15
reporting [1] - 35:24
reports [1] - 10:10
representing [1] - 4:18
Republic [1] - 54:18
request [2] - 44:11, 52:12
requesting [1] - 24:6
required [3] - 4:23, 64:21, 66:7
requirement [2] - 66:9, 66:13
research [1] - 49:13
reserved [1] - 3:23
resign [1] - 13:21
resignation [1] - 12:17
resigned [2] - 12:21, 88:19
resources [1] - 77:5
respect [2] - 15:2, 40:21
respective [1] - 3:6
response [1] - 71:2
responsibilities [1] - 10:17
responsible [10] - 8:22, 9:2, 9:5, 9:9, 9:15, 10:18, 10:19, 10:22, 24:2, 60:5
restrictions [2] - 84:2, 84:7
retired [2] - 62:4, 63:18
retirement [1] - 62:5
retiring [2] - 58:12, 59:18
review [1] - 6:22
reviewed [1] - 29:25
right [21] - 10:15, 11:4, 27:22, 37:19, 39:6, 39:18, 39:20, 39:21, 40:17, 41:16,

41:25, 53:15, 54:6, 57:7, 57:20, 66:11, 70:12, 71:12, 72:16, 80:10, 90:14
rights [1] - 36:17
RMR [1] - 1:22, 92:23
Ronda [2] - 11:13, 14:9
room [28] - 27:21, 27:22, 28:5, 48:12, 48:15, 48:17, 48:18, 48:21, 48:23, 48:24, 49:2, 49:6, 49:7, 49:15, 49:20, 49:22, 50:8, 50:12, 51:11, 52:6, 52:9, 52:10, 52:14, 52:16, 52:19, 53:2
rose [2] - 31:19, 43:17
roughly [1] - 8:4
Rubio [13] - 8:14, 8:15, 20:17, 20:20, 54:20, 73:12, 81:2, 88:3, 88:6, 88:15, 88:25, 89:4, 89:5
rules [3] - 14:23, 14:24, 62:15
Rules [1] - 1:18
running [1] - 79:6
résumé [1] - 68:24
résumés [2] - 65:2, 72:2

## S

salaried [1] - 23:6
salary [5] - 22:11, 22:12, 89:11, 89:14, 90:5
satisfactory [4] - 28:9, 28:13, 29:3, 29:7, 29:20, 30:7
save [1] - 73:6
saying [5] - 43:12, 46:4, 56:18, 62:9, 63:24, 70:15
scale [1] - 71:3
School [4] - 7:19, 10:7, 10:12, 15:17
school [59] - 8:24, 9:3, 9:16, 10:6, 10:9, 10:21, 12:12, 12:15, 13:2, 13:13, 13:16, 13:20, 15:4, 15:19, 20:13, 21:15, 21:16, 21:20, 21:21, 21:24, 22:2, 22:6, 22:12, 22:23, 23:4, 23:9, 25:23, 25:24, 26:2, 26:6, 26:8, 26:14, 29:23, 30:3, 30:17, 33:8, 34:22, 35:15, 48:5, 51:20, 54:25, 57:3, 58:4, 59:24, 62:18, 63:21, 66:22, 72:18, 74:5, 79:7, 85:3, 87:7, 87:14, 88:9, 88:10, 88:12, 89:8, 89:24
school's [3] - 9:6, 9:14, 24:3
schools [1] - 79:6
science [1] - 11:16
score [2] - 71:7, 71:10
scrolled [2] - 39:24, 40:7
sealant [1] - 47:15

sealing [1] - 3:7
SEAN [1] - 2:11
second [5] - 38:25, 39:9, 40:11, 55:7, 63:5
secretarial [1] - 24:15
secretaries [4] - 25:3, 29:9, 29:10, 29:15
secretary [14] - 23:24, 24:2, 24:18, 24:23, 24:25, 26:3, 27:10, 27:12, 48:14, 52:23, 71:24, 89:11, 89:18, 90:6
security [9] - 9:14, 11:14, 13:9, 14:10, 56:3, 56:4
selected [4] - 62:24, 62:25, 69:5, 69:19
send [1] - 25:10
sending [2] - 66:19, 66:25
sends [1] - 63:22
senior [1] - 55:6
seniority [12] - 75:9, 75:19, 76:19, 77:7, 77:13, 77:15, 77:17, 89:20, 89:23, 90:5
seniors [1] - 55:7
separate [4] - 46:13, 57:15
September [1] - 74:18
Service [1] - 16:4
service [3] - 3:16, 12:18, 89:16
services [1] - 11:24
sessions [1] - 60:25
seven [2] - 69:8, 73:15
sex [1] - 61:5
share [1] - 57:12
she's [8] - 17:24, 23:23, 25:12, 27:16, 46:13, 52:22, 75:3, 81:23
shot [1] - 60:11
shuffled [1] - 14:7
sides [1] - 52:20
signed [3] - 3:10, 3:12, 3:15
significant [1] - 68:8
simultaneously [2] - 65:24, 67:15
single [1] - 70:24
sister [1] - 56:19
sits [1] - 22:2
sitting [1] - 52:18
situation [2] - 43:22, 44:10
six [4] - 11:6, 58:11, 58:14, 71:10
skills [3] - 69:13, 69:16, 69:23
social [2] - 11:18, 72:7
solved [1] - 47:19
somebody [1] - 59:12
someone [7] - 20:20, 25:8, 35:20, 35:21, 43:4, 43:12, 58:14, 64:3, 65:8, 66:14, 68:10, 68:17, 70:11, 71:22,

82:6
somewhere [5] - 54:2, 54:14, 69:24, 71:16, 89:12
Sonia [4] - 59:9, 74:25, 85:17, 85:18
sorry [2] - 19:23, 44:20
south [1] - 42:19
SOUTHERN [1] - 1:2
space [2] - 49:9, 53:10
speak [9] - 4:24, 6:8, 6:11, 6:19, 23:8, 24:13, 33:15, 33:22, 37:3
speaking [1] - 34:12
speaks [1] - 81:25
specific [4] - 50:6, 84:20, 84:25, 85:11
specifically [6] - 32:2, 32:23, 67:9, 67:13, 86:3, 87:16
speculate [1] - 41:14
speculation [2] - 41:11, 81:12
spell [1] - 59:13
spelling [1] - 17:17
spoke [5] - 33:17, 43:12, 47:3, 47:4, 47:7
spread [1] - 61:12
SS [1] - 92:4
staff [5] - 9:7, 10:9, 28:18, 45:2, 56:13
staffed [2] - 65:23, 75:16
Stamp [1] - 38:25
stamped [1] - 38:7
standalone [1] - 28:2
started [3] - 32:14, 60:17, 74:17
starting [1] - 89:16
starts [1] - 40:13
STATE [1] - 92:4
State [7] - 1:23, 4:4, 61:21, 70:5, 70:8, 76:4, 92:8
state [1] - 4:8
Staten [1] - 4:13
STATES [1] - 1:2
stenographer] [1] - 58:23
Stephanie [1] - 59:15
stereotypical [5] - 36:24, 40:15, 40:20, 41:8, 42:4
STEVEN [1] - 2:4
STIPULATED [2] - 3:5, 3:21
stopped [1] - 79:8
stops [1] - 46:7
storage [1] - 49:8
Street [4] - 1:20, 2:10, 4:13, 7:21
string [2] - 39:11, 43:5
student [5] - 11:24, 26:14, 26:19, 65:16, 68:9
students [7] - 7:23, 24:4, 26:24, 27:7, 30:17, 60:6,

71:21
**studies** [1] - 11:18
**stuff** [5] - 21:13, 22:4, 49:14, 55:18, 61:6
**style** [1] - 55:12
**subject** [1] - 30:11
**subjective** [2] - 35:20, 35:25
**subpoenas** [1] - 24:12
**Subscribed** [1] - 91:13
**subsequent** [1] - 62:2
**successful** [1] - 69:24
**suite** [10] - 48:11, 49:11, 49:20, 50:15, 50:18, 50:19, 51:3, 57:15, 61:9, 61:16
**suited** [1] - 53:8
**summary** [1] - 83:13
**superintendent** [1] - 9:20
**supervise** [2] - 21:22
**supervising** [3] - 10:18, 10:20, 30:15
**supervision** [4] - 9:3, 9:6, 9:10, 9:13
**support** [3] - 11:24, 31:17, 51:6
**surmising** [1] - 37:3
**surprising** [1] - 42:21
**suspect** [1] - 50:4
**suspended** [1] - 60:16
**sustain** [1] - 73:15
**sworn** [4] - 3:10, 4:3, 91:13, 92:11
**system** [4] - 63:21, 63:23, 64:5, 64:16

**T**

**takes** [1] - 87:2
**talk** [2] - 45:16, 46:17
**tasks** [3] - 20:24, 21:3, 60:2
**Tatiana** [2] - 18:22, 20:7
**teacher** [6] - 28:17, 45:2, 45:5, 58:2, 65:17, 68:10, 84:8, 90:4
**teachers** [5] - 9:3, 21:13, 29:11, 62:19, 78:15
**Teachers** [1] - 25:16
**teaching** [3] - 64:14, 66:13
**Technical** [1] - 15:17
**technical** [1] - 15:18
**technically** [2] - 10:5, 17:24
**telephones** [1] - 21:8
**temporarily** [1] - 58:13
**ten** [3] - 22:9, 23:5, 26:7
**ten-month** [1] - 23:5
**tensions** [1] - 27:6
**term** [2] - 15:7, 55:7
**terminated** [1] - 8:19
**test** [1] - 16:8
**testified** [1] - 4:5
**testify** [1] - 7:6

**testifying** [1] - 7:2
**testimony** [1] - 92:13
**thank** [1] - 91:3
**thanked** [1] - 43:11
**THE** [2] - 2:4, 58:21
**theme** [1] - 55:10
**there's** [2] - 36:4, 77:4
**thereafter** [1] - 18:15
**thinking** [2] - 41:22, 41:24
**tight** [3] - 49:16, 49:18, 49:19
**TIME** [1] - 1:11
**times** [1] - 31:6
**title** [7] - 17:25, 21:16, 25:13, 26:4, 53:9, 78:15
**titles** [2] - 14:9, 26:3
**today's** [3] - 6:6, 6:20, 6:23
**total** [2] - 71:4, 71:7
**tough** [2] - 17:19, 72:10
**track** [1] - 60:19
**trained** [1] - 65:19
**transcript** [1] - 24:6
**transfer** [6] - 51:24, 52:2, 75:9, 75:20, 79:6, 79:7
**transferred** [2] - 50:12, 50:14, 51:10
**transitional** [1] - 58:15
**treatment** [1] - 31:11
**TRIAL** [1] - 1:14
**trial** [1] - 3:23
**trips** [1] - 49:14
**trouble** [1] - 60:17
**true** [5] - 74:19, 80:18, 81:15, 89:3, 92:12
**truthfully** [1] - 4:23, 7:2, 7:7
**Tuesday** [2] - 82:24, 83:14

**U**

**UFT** [3] - 25:12, 26:3, 28:20
**understand** [11] - 4:25, 5:19, 5:22, 6:2, 41:12, 41:13, 43:24, 43:25, 44:13, 46:3, 70:9
**understanding** [7] - 36:15, 41:7, 42:13, 52:5, 74:8, 79:12, 80:14
**understood** [5] - 5:25, 22:20, 66:18, 69:21, 81:16
**unfortunately** [1] - 69:17
**unhappy** [1] - 51:24
**union** [5] - 25:18, 25:19, 25:21, 25:23, 89:8
**UNITED** [1] - 1:2
**United** [1] - 25:15
**unlikely** [1] - 56:14
**unreasonable** [2] - 46:23, 47:13
**unsatisfactory** [1] - 29:3
**unsigned** [1] - 3:14
**update** [1] - 83:25

**V**

**vacancies** [2] - 64:11, 64:17
**vacancy** [12] - 62:4, 63:7, 63:17, 63:19, 63:21, 64:19, 65:2, 65:13, 65:23, 65:24, 67:3, 67:14
**vacant** [2] - 53:13, 53:15
**vanilla** [1] - 75:23
**varies** [5] - 22:14, 22:15, 80:12, 89:15
**variety** [2] - 51:5, 60:2
**vast** [1] - 88:11
**ventilation** [2] - 50:3, 50:5
**verbal** [1] - 46:18
**verbally** [1] - 46:6
**versa** [1] - 57:21
**vest** [1] - 55:18
**via** [1] - 83:17
**vice** [1] - 57:21
**vicinity** [1] - 57:7
**virtue** [1] - 48:16
**volume** [2] - 46:24, 47:13
**voluntary** [1] - 88:21

**W**

**waived** [1] - 3:9
**walk** [2] - 21:11, 57:18
**walking** [1] - 56:17
**wall** [1] - 57:16
**walls** [3] - 49:4, 49:10, 49:17
**Walsh** [1] - 9:23
**wanted** [6] - 65:6, 65:21, 66:4, 67:13, 67:19, 68:18
**warrant** [1] - 44:14
**warranted** [2] - 44:10, 45:7
**was he** [1] - 10:8
**was it** [3] - 53:11, 74:8, 79:11
**was that** [3] - 53:13, 54:10, 79:25
**was there** [2] - 18:9, 32:12, 73:4, 74:15, 74:17, 79:8
**wearing** [2] - 54:25, 55:17
**website** [1] - 77:4
**week** [2] - 12:19, 82:24
**weekly** [1] - 60:24
**Weekly** [1] - 83:12
**weeks** [1] - 83:21
**well-paying** [1] - 72:5
**were you** [1] - 33:11
**West** [1] - 7:21
**What are** [1] - 21:19
**what did** [2] - 33:25, 46:21
**What is** [8] - 4:11, 7:14, 24:2, 24:21, 35:4, 59:23, 60:20, 63:14
**what was** [6] - 18:24, 32:17, 37:7, 41:6, 43:13, 83:22
**what's** [1] - 15:11

**whatsoever** [1] - 50:3
**when you** [15] - 5:13, 11:25, 17:6, 18:13, 18:18, 28:12, 48:4, 51:9, 63:20, 79:4, 79:10, 83:7, 83:21, 87:18, 87:22
**where are** [2] - 7:11, 7:17
**Where is** [2] - 7:20, 27:20
**where was** [1] - 48:9
**WHEREOF** [1] - 92:19
**Whereupon** [2] - 37:20, 91:6
**who are** [1] - 42:19
**who is** [13] - 8:13, 9:21, 11:13, 11:15, 11:17, 11:20, 11:23, 14:6, 18:3, 48:13, 72:23, 74:2, 86:10
**who was** [4] - 52:17, 53:18, 74:6, 75:20
**who were** [1] - 20:12
**wig** [2] - 55:2, 90:12
**window** [1] - 47:16
**windows** [4] - 48:21, 48:25, 53:3, 53:7
**winter** [1] - 13:18
**wish** [1] - 66:16
**wished** [2] - 43:10, 43:20
**Witness** [1] - 1:16
**witness** [7] - 3:10, 3:16, 3:18, 4:3, 91:7, 92:10, 92:13
**WITNESS** [2] - 58:21, 92:19
**woman** [1] - 18:20
**word** [2] - 40:16, 41:9
**wore** [1] - 90:12
**work** [24] - 10:11, 10:12, 10:15, 12:12, 15:16, 16:23, 21:25, 22:24, 23:2, 23:4, 23:7, 27:18, 28:7, 50:8, 52:10, 53:5, 57:11, 57:12, 58:8, 61:8, 72:7, 89:4, 89:5, 89:19
**worked** [8] - 28:10, 57:7, 65:17, 68:11, 72:8, 74:4, 75:3, 78:24
**workers** [1] - 25:21
**working** [16] - 15:15, 17:3, 17:10, 21:7, 22:7, 27:16, 30:15, 49:23, 52:6, 54:8, 71:21, 75:13, 75:21, 79:7, 88:25, 89:2
**works** [9] - 18:7, 23:16, 23:20, 27:9, 30:23, 46:6, 56:3, 56:4, 89:5
**world** [4] - 11:16, 13:10, 13:11, 14:11
**wouldn't** [1] - 39:23
**write** [2] - 44:23, 45:3
**wrong** [2] - 17:17, 59:14

## Y

**yeah** [8] - 46:6, 51:16, 52:7, 57:8, 76:24, 77:4, 79:25, 83:11

**year** [21] - 11:3, 13:20, 23:10, 28:10, 28:17, 46:11, 51:21, 61:11, 61:12, 62:6, 65:16, 65:18, 68:11, 73:3, 73:8, 74:5, 77:8, 82:16, 88:12, 89:23

**years** [3] - 50:22, 74:6, 89:16

**YORK** [6] - 1:2, 1:7, 1:15, 2:9, 92:4, 92:5

**York** [20] - 1:19, 1:21, 1:23, 2:5, 2:10, 4:4, 4:13, 4:19, 6:16, 7:12, 61:21, 64:9, 70:5, 70:8, 75:17, 80:15, 85:24, 92:8

**young** [1] - 18:20

**yourself** [1] - 16:22

## Z

**ZACHARY** [1] - 2:8