1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    -------------------------------------------------x

5    MELISSA BASTIAN,

6                              Plaintiff,

7              - against -

8    NEW YORK CITY DEPARTMENT OF EDUCATION,

9                              Defendant.

10   CV No.:  13-CV-5792

11   -------------------------------------------------x

12                          1461 Franklin Avenue
                             Garden City, New York
13
                             September 3, 2014
14                           10:04 a.m.

15

16

17        Deposition of the Defendant, by GILBERTO

18   GARCIA, pursuant to Notice, before Florence

19   Syskrot, a Notary Public of the State of New

20   York.

21

22

23               SANDY SAUNDERS REPORTING
                 254 South Main Street, Suite 216
24               New City, New York 10956
                      (845) 634-7561
25

1

2    A P P E A R A N C E S:

3    LAW OFFICE OF STEVEN A. MORELLI, P.C.

4    Attorneys for Plaintiff

5       1461 Franklin Avenue

6       Garden City, New York 11530

7    BY:    JOSHUA BELDNER, ESQ.

8

9    NEW YORK CITY LAW DEPARTMENT

10   OFFICE OF THE CORPORATION COUNSEL

11   Attorneys for Defendant

12      100 Church Street

13      New York, New York 10007

14   BY:    SEAN RENAGHAN, ESQ.

15

16

17

18

19

20

21

22

23

24

25

Garcia

1

2      A.      Basically yes.

3      Q.      Are you currently employed?

4      A.      Yes.

5      Q.      Whom are you employed by?

6      A.      By the New York City Department

7  of Education.  I work as an Administrative

8  Educator.  And I'm the Director for Student

9  Services for ESL and Assessment at what

10  they -- at a network.

11              The Department of Education has

12  sourced out basically, up to recently, the

13  support services for the schools.  So

14  therefore, instead of having districts, like

15  here in Garden City, they have networks that

16  work along with the Superintendent to provide

17  support to the schools.

18      Q.      The particular network that you

19  work at right now, is it called something?

20      A.      Yes.  It is CEIPEACFN 535.

21      Q.      Your position you said is

22  Director of Student Services?

23      A.      Yeah, for English As A Second

24  Language and Assessments.

25              We serve 38 schools between

                    Garcia

Brooklyn and Queens.

Q.     How long have you held the
position of Director of Student Services for
ESL and Assessments at -- I'm going to phrase
it as this network?

A.     I started in January of 2013.

Q.     Have you held that position
continuously from January 2013 to now?

A.     Yes.

Q.     Prior to January of 2013, where
did you work?

A.     I worked at A. Philip Randolph
High School.

Q.     That is a high school that is in
Harlem?

A.     West Harlem.

Q.     How long did you work at A.
Philip Randolph?

A.     I would say, rounding it, close
to five years.

       I started in August of 2008.  And
I worked there until January 2013.

Q.     Had you worked at A. Philip
Randolph prior to August 2008?

1                         Garcia

2        A.      No.

3        Q.      Prior to August 2008, where did

4    you work?

5        A.      I worked at a middle school.

6        Q.      Where?

7        A.      In Harlem, West Harlem.

8        Q.      What position did you hold at

9    that middle school?

10       A.      I was the Bilingual Coordinator.

11       Q.      How long did you work at that

12   middle school?

13       A.      I worked there from 2001 or 2002.

14   I'm trying to remember.

15       Q.      You can estimate.

16       A.      I believe it was 2002 I started

17   working there.  September 2002 until August

18   2008.

19       Q.      Most of my questions today will

20   focus on the period of time that you worked at

21   A. Philip Randolph from August 2008 to January

22   '13.  Okay?

23       A.      Yes.

24       Q.      At Randolph what position did you

25   hold at the time that you left?

1                         Garcia
2          A.      I was the Assistant Principal for
3     Security.  That is how I was intially hired
4     for, and Foreign Language.
5                   Then I acquired to be the -- also
6     the supervisor for one of the academies within
7     the school -- the school was divided by
8     academies -- which was the Engineering
9     Academy.
10         Q.      How many students were there at
11    the time you left Randolph?
12         A.      I would say approximately 1400.
13         Q.      You mentioned you were AP for
14    Security and Foreign Language and also
15    Supervisor for the Engineering Academy.
16                  When you were intially hired in
17    2008, were you hired into the AP for Security
18    role?
19         A.      Yes.
20         Q.      Prior to August 2008, had you
21    ever been an Assistant Principal before?
22         A.      No.  That was my first position
23    as an Assistant Principal officially.
24         Q.      At the time that you left in
25    January 2013, the Principal of the school, was

                        Garcia

1
2  knowledge, those were all African American
3  individuals?
4      A.      Some of them are mixed.  To my
5  understanding, some of them are from the
6  islands, just like I am.
7              Originally, I mean, I was born in
8  New York.  But my parents are from the
9  islands.
10     Q.      Who of those individuals are from
11 the islands?
12     A.      I don't remember offhand right
13 now which one of them.
14     Q.      They are all black, though?
15     A.      I'm black.
16     Q.      Well, you just mentioned -- you
17 are from -- where were you born?
18     A.      I was born in New York City.
19     Q.      Your parents were born?
20     A.      Dominican Republic.
21     Q.      Do you identify yourself as
22 Dominican?
23     A.      I would say Dominican descent.
24     Q.      Dominican American?
25     A.      Yes.

```
1                    Garcia
2    is a professional environment.  I address
3    people by their last name.
4         Q.    Like Miss Bastian?
5         A.    Yes.
6         Q.    You wouldn't call her Melissa?
7         A.    No.
8         Q.    Do you recall a day years ago
9    when you came to school wearing an Afro wig
10   with a pick in it?
11        A.    You say a day, right?
12              I recall half of my story.  I
13   recall for Halloween, I believe it was 2012.
14   Yes.  It was the last Halloween I was there,
15   dressing up as a hippie, putting a wig on.
16              You said there was also
17   something?
18        Q.    A pick?
19        A.    Like a comb, pick.
20              I don't remember putting a comb
21   pick.  And I didn't came dressed that way.  I
22   dressed actually in the afternoon.
23              Because that day we had a party
24   for the students in the school.  I promised
25   them that I was going to dress up for the
```

Garcia

party.  I was chaperoning for the party.

Q.     Do you recall Miss Bastian saying
anything to you that day --

A.     No.

Q.      -- about your manner of
appearance?

A.     No.

Q.     Do you recall anyone, whether
Mr. Fanning or any other administrator,
approaching you about your appearance that
day?

A.     No.

        They were in shock, because I was
always dressed with a suit and tie.  So to see
me dress down, with the glasses, the -- I got
a peace chain, and the bell bottom pants, the
shirt, and then the leather -- it was shocking
for them to see me dress down that way.

Q.     Did any other administrators that
day dress down or dress up like you did?

A.     No.  I don't remember.  I'm not
saying they did not.  I don't remember.

Q.     At some point do you recall Miss
Bastian complaining that you were playing your

1

2          A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK     )
                           :ss
5    COUNTY OF NASSAU      )

6

7          I, GILBERTO GARCIA, hereby certify

8    that I have read the transcript of my

9    testimony taken under oath in my deposition of

10   September 3, 2014; that the transcript is a

11   true, complete and correct record of my

12   testimony, and that the answers on the record

13   as given by me are true and correct.

14

15

16                            _____ 12/29/2014

17                            GILBERTO GARCIA

18

19

20   Signed and subscribed to before
     me, this  29th  day
21   of  December           , 2014.

22

23   Notary Public, State of New York

                                    ABUBAKAR ABDULAI
                            Notary Public - State of New York
                                    NO. 01AB6259596
                                  Qualified in Bronx County
                            My Commission Expires Apr 16, 2016

                                    12 - 29 - 14

24

25

1

2                    C E R T I F I C A T E

3

STATE OF NEW YORK    )
4                         ) ss.:
COUNTY OF NASSAU     )

5

6              I, FLORENCE SYSKROT, a Notary

7       Public within and for the State of New

8       York, do hereby certify:

9              That GILBERTO GARCIA, the witness

10      whose deposition is hereinbefore set

11      forth, was duly sworn by me and that

12      such deposition is a true record of the

13      testimony given by such witness.

14             I further certify that I am not

15      related to any of the parties to this

16      action by blood or marriage; and that I am

17      in no way interested in the outcome of

18      this matter.

19             IN WITNESS WHEREOF, I have

20      hereunto set my hand this 11th day of

21      September, 2014.

22
                    *Florence Syskrot*
23         ----------------------------

24               FLORENCE SYSKROT

25

1

2                   C E R T I F I C A T E

3

STATE OF NEW YORK    )

4                    ) ss.:

COUNTY OF NASSAU     )

5

6           I, FLORENCE SYSKROT, a Notary

7       Public within and for the State of New

8       York, do hereby certify:

9           That GILBERTO GARCIA, the witness

10      whose deposition is hereinbefore set

11      forth, was duly sworn by me and that

12      such deposition is a true record of the

13      testimony given by such witness.

14          I further certify that I am not

15      related to any of the parties to this

16      action by blood or marriage; and that I am

17      in no way interested in the outcome of

18      this matter.

19          IN WITNESS WHEREOF, I have

20      hereunto set my hand this 11th day of

21      September, 2014.

22

                 *Florence Syskrot*

23      - - - - - - - - - - - - - - - - - - - - - - - - -

24              FLORENCE SYSKROT

25

## $

**$5** 62:17 63:7

**$5.50** 62:21

## 1

**10** 29:23

**100** 36:16

**105.9** 104:12

**108** 36:16

**11** 81:16,18

**11416** 4:14

**12** 81:16

**121** 37:10

**13** 13:22

**1400** 14:12

## 2

**2000** 29:23

**2001** 13:13

**2002** 13:13,16,17

**2007** 43:17

**2008** 12:22,25 13:3,18,21 14:17, 20 15:5 23:8 40:5 42:8 43:5,8,14,24 85:19 86:7 93:12 96:25 97:24 98:5

**2011** 55:12 56:13 71:4 72:22 81:15, 17

**2012** 56:17 102:13

**2013** 12:7,9,11,23 14:25 21:20 36:10

## 3

**3020** 10:6

**3020A** 9:17

**38** 11:25

## 5

**535** 11:20

**55** 23:3 28:6

## 8

**8201** 4:13

**830** 20:9

**831** 20:9

## A

**ability** 4:25 8:12

**academies** 14:6, 8

**Academy** 14:9,15

**accurate** 56:13

**accused** 67:3 82:6

**acquired** 14:5

**acted** 71:12

**action** 71:13,15, 16 75:20

**active** 41:6

**ADASA** 38:12,18, 21 39:6,7 40:12,20 41:23,24 46:15,17 48:3,6 66:15

**add** 85:21

**added** 85:20

**addition** 7:4

**address** 4:11 102:2

**addressed** 97:10

**administrative** 11:7 49:17

**administrator** 53:2 103:10

**administrators** 38:16 39:11 40:9 103:20

**advance** 50:25

**affair** 30:2,23,25

**affinity** 94:8,10

**African** 32:4,13, 18,19,23 34:2 70:3,20 71:25 72:10 77:7 78:13 83:24 84:7 93:24 94:5,7,10

**Afro** 102:9

**afternoon** 102:22

**age** 33:22 105:16

**agree** 62:11 69:8, 15 74:11 93:22 94:6,20 101:22

**ahead** 47:9

**aligning** 59:24

**allegation** 17:19, 23 26:21 29:19 60:3 67:13

**allegations** 16:6, 7 23:3,7 26:14 28:6 30:9 35:4,8, 20

**alleged** 18:22, 30:23,25 81:12

**allegedly** 72:23 74:8

**American** 32:13, 18,20,22,24 34:2, 24 38:15 70:20 71:25 72:10 77:7 78:13 83:25 84:8 93:24 94:5,10

**Americans** 32:5 70:3

**Americans'** 94:8

**anger** 76:14

**annual** 20:7 99:25

**anonymous** 26:16 30:14

**answering** 58:24 61:6 67:10

**answers** 5:16

**anymore** 79:4

**AP** 14:13,17 20:11,13 21:10

71:5 73:18

**apologize** 50:25

**appearance** 103:7,11

**apple** 20:8,9

**approach** 80:21 93:6

**approached** 81:9 91:18

**approaching** 101:5,10 103:11

**approximately** 14:12

**area** 99:17

**areas** 58:13

**Armin** 51:4

**arrived** 45:6 47:25 58:16 66:3,4

**arrives** 61:24

**artificially** 82:6, 10

**Assessment** 11:9

**Assessments** 11:24 12:5

**assign** 18:18 19:9

**assigned** 21:12, 15 49:22 57:23 58:4

**assistant** 14:2,21, 23 15:8 36:4 37:23 44:16,19 47:13 51:19,23 53:21 65:22,25 69:21 78:22 81:10

**Assistants** 57:25

**Associate** 48:21, 23 49:15,21,25 50:6,13 51:21 52:4,15

**Associates** 49:7 50:21 52:8 55:13 56:18 57:21

**Association** 38:14

**assume** 6:6 54:7 80:19

**assumption** 54:8

**ate** 87:4,14,15 95:19

**attend** 28:25 40:2 64:13

**Attendance** 54:20,22

**attending** 39:3

**attention** 25:17 65:11 73:7,8 75:24 88:25 91:3,12 97:9 99:15

**attest** 70:19,23

**attorney** 5:21,25 6:20

**attorneys** 4:18

**August** 12:22,25 13:3,17,21 14:20 15:5 43:8,23

**average** 16:17 100:12

**avoided** 58:8

**aware** 30:10 41:13 77:16 78:12, 84:15 88:10 92:24 96:2, 9,14 97:2

## B

**back** 43:23 65:11 91:8 93:12 97:17 104:7,16 105:5,25

**backtrack** 31:22 35:2

**based** 33:21,22 41:19 49:13 54:25

**basement** 38:8

**basically** 11:2,12 15:14 20:3 28:10 37:17 42:19 58:4 72:19 79:10 82:4 83:3 88:24 91:11 94:15,19

**basis** 20:7 21:14 39:9 58:5 99:25

**Bastian** 4:19
24:13 25:25 26:17,
20 27:7 33:24
60:15 61:7 68:20,
22,25 72:4 73:6
76:17 77:5,16
78:5,9,11 80:3,18,
23 83:24 84:4,15
85:22,25 86:24,25
87:4,12,14,17
89:10,24 90:13,18
91:19 92:5,25
93:13 95:3 96:13
98:5,20 99:18
100:15,24 101:9,
14,23 102:4 103:3,
25 104:6,20

**Bastian's** 93:6
97:7

**Batista** 51:10 53:7
57:16,17,18

**began** 99:4

**beginning** 46:7
57:11 64:18

**behavior** 69:20

**Beldner** 4:7,18
6:22 44:9 66:21
68:23 87:9 105:7

**bell** 103:17

**big** 29:24

**Bilingual** 13:10

**black** 32:22 33:8
34:14,15 70:2
72:14 78:2 94:18,
22 95:6,12,22 96:3
97:6,25 98:7 99:4

**board** 44:7 46:23
48:8,10,13,17

**book** 74:15,21

**born** 34:7,17,18,
19 41:17 105:10,
20,21

**bottom** 103:17

**bought** 100:3

**Boulevard** 4:13

**boxes** 49:19

**break** 5:7,12
23:17,20,22 66:20,

21 86:5 105:7

**breakfast** 84:25
85:20,21 86:10,11,
12,14 89:3,23,25
90:9,11,16,17,23
92:3 93:8 98:22

**breaks** 5:9

**bring** 31:9 49:19
60:10,21 61:13,16
65:10

**bringing** 75:24
76:10

**Brooklyn** 12:2

**brought** 25:17
88:25

**budget** 52:12,22

**building** 15:19,
20,24 37:14,15
38:6,7 100:2

**Burke** 26:6,7,18
30:7 33:25 69:4

**busy** 97:13,21

**butcher** 50:24
65:22

**buy** 100:11

**C**

**cabinet** 58:9

**cafeteria** 64:19,
21

**Calcano** 44:14,21
45:7,11 46:2,6,11,
15

**call** 38:9 91:2
102:6

**called** 4:2 11:19
26:20 43:23 72:24
74:8 91:12

**calling** 28:17

**card** 62:22

**Cardi** 51:6 53:7

**Casada** 51:13,14,
16,17

**Casarces** 53:8
65:21

**case** 4:19 6:3 8:20
27:15 30:17 39:9
59:25 75:15 95:18
96:12

**Casecarces**
51:24

**catechism** 95:20

**caught** 99:15

**cautious** 31:18

**ceased** 23:11

**CEIPEACFN**
11:20

**central** 21:4,7

**Cespitus** 70:16,
19

**chain** 103:17

**Chancellor's**
20:8

**change** 37:7

**changed** 75:4
99:13

**channeled** 21:3

**chaperoning**
103:2

**charge** 71:11

**charged** 93:19

**Chavez** 100:9

**chicken** 96:4,16
98:13

**child** 18:8 75:25

**children** 69:17

**choice** 88:18

**City** 4:12,20 11:6,
15 34:18 105:10,
17

**claimed** 33:20
67:21

**claiming** 33:15

**clarified** 89:16

**clarify** 5:5 6:4

**clarity** 25:8

**classical** 104:11,
21,23 105:2

**clerical** 49:22

**client** 24:11

**close** 12:20 53:22
100:17

**closer** 57:18

**closet** 36:23

**Code** 74:15,21

**college** 83:14
104:8

**color** 33:4

**comb** 102:19,20

**comfortable** 29:6
58:23 59:5 64:11
65:12

**comment** 74:12
76:18 77:6 80:24
81:10,12 84:16
92:10 95:11 96:13,
25 97:4,7 98:6,19

**comments** 69:9
70:2 88:8 96:6

**Commissioners**
19:16

**communicate**
44:11

**communication**
46:11 54:14

**community**
48:21,23 49:7,15,
21,24 50:6,13,21
51:20 52:3,8,15
55:13 56:18 57:20,
24 60:20 62:10
63:14

**complain** 88:4

**complained** 18:9
77:5 91:9,19
104:6,13

**complaining**
26:2 91:11 103:25

**complaint** 21:7,
17 67:18 68:7,8
77:14,16 80:2,18
81:2 84:15 92:25
93:7

**complaints**
20:23,24 30:9,11

66:24 67:17 68:14,
17,20,25

**completely** 23:17
74:12

**completing** 83:7

**complex** 15:21

**composed** 33:12
38:7

**concerned** 22:9,
12

**conclusion** 82:3

**conduct** 19:4

**conducted** 83:17

**conducting** 16:3

**conference** 37:22
76:12,13

**confirmed** 87:7

**connected** 95:14

**connotation**
93:23 94:7 96:3,10
97:6 98:7,9

**Conquest** 85:6
89:4,5,18 92:22

**considered** 22:24
23:2 59:23 62:18,
23

**consistency**
58:10

**constraints**
15:12

**contacted** 28:7

**content** 96:24

**context** 31:20

**continuously**
12:9 40:5

**conversation**
45:21 72:13 92:18
93:3,12 97:24 98:5

**conversations**
32:24 33:3 45:18
67:23

**cooked** 60:6

**Coordinator**
13:10

corporal 18:10

correct 17:8,17 32:2,8,14 36:3,6 38:16 41:9,20 44:17 45:19 47:10, 15,17 49:8 52:9 53:4 55:13 56:18 59:9 65:5 68:3 69:10,21 71:5,9, 20,25 72:5,8,10 73:19 78:2 82:21 83:11 94:8 98:2

correction 97:8

corrective 71:15, 16 75:20

cost 62:23

Council 40:8

counseling 35:11

Counselors 61:11

country 62:2

couple 80:7 98:23 104:5

courses 82:14,24, 25 83:7

court 5:17 25:8

cousin 29:20

cover 61:3

created 31:5 48:25

credit 83:6,9,12

credits 83:13

criminal 29:4

CSA 40:6,7

CSI 68:10

culture 61:23 96:18

current 41:24

custom 61:23

customarily 21:17

——————

D

Daniel 44:14

Darius 77:21

darts 31:8

database 21:4,7

date 59:22

dates 56:6

David 7:12,13 15:2

day 54:25 84:19 85:18 87:12 91:20, 24 92:4 96:24 102:8,11,23 103:4, 12,21

days 80:7 104:5

dead 97:12

dealings 83:23

Dean 16:13 73:10 85:6

Deans 16:14,18, 19 17:3 61:15 73:20

December 55:12 56:13 59:17,18 81:15

decision 71:17

decisionmaker 71:20

decreased 65:9

degree 83:13

deliberately 31:5

deliver 84:20 92:13

delivered 84:21

Delroy 9:8

Department 4:12, 20 5:22 11:6,11 48:25 50:4 62:24 63:6 69:23 74:14

departure 43:25 46:9 57:19 83:20 104:19

departures 56:17

depends 83:12

deposition 6:12, 16 7:5,9,17 8:2,5, 16 9:9,22 24:20

79:14 80:5

Deputy 79:18

descent 34:23 39:13 41:8,20 45:12 46:2 47:20 53:14 66:12

description 37:12 50:5 52:11

designate 17:25

desk 37:24

determine 25:20

determining 17:16 73:15

development 39:8,23

difference 19:22, 25

direct 79:16,17

directly 55:4,5 60:17,18 61:14

Director 11:8,22 12:4 52:24

disciplinary 9:17 10:8,24 16:2,5,9, 11 17:4,12 71:23 75:20

discipline 17:16 35:7,25 71:9 74:15,21 75:15 76:7 93:14

disciplined 35:16

discriminated 68:2,6

discriminating 67:22

discrimination 20:4 33:16,20 67:4,17 68:14,25

discuss 27:19 84:24 89:19

discussion 6:23 87:10

dismissal 93:16

dismissed 86:4 88:2

districts 11:14

diverse 16:7 32:6, 16 39:18 58:11 64:17

divide 33:8

divided 14:7

divulge 9:6

document 73:24

documentation 45:15

documents 8:4 84:20,21,22 91:5, 14,15,16,17 92:4, 14

DOE 53:2 100:5

Dominican 34:20,22,23,24 38:15 39:12,15 41:8,14,18,20 45:12 46:2 47:20 53:14 66:12 105:18,19,20,22, 24,25

Dominicans 29:22

door 68:12

dozen 28:4

dress 102:25 103:16,19,21

dressed 102:21, 22 103:15

dressing 102:15

drills 16:4

Due 15:11

Dues 39:4

duly 4:3

duties 15:10 71:8

——————

E

earlier 55:9 93:11

east 37:13

eat 85:23 87:3,18, 19,20 90:10 94:22 95:12

eating 85:8,9 87:16 90:20 94:4, 17 95:4,5 96:4

educated 77:11

Education 4:13, 21 5:22 11:7,11 48:25 50:4 62:25 63:6 69:23 74:14

Educational 53:2

educator 11:8 29:3

educators 40:2

effect 83:10

eighteen 69:22

eighty 53:16 54:2 100:12

Ellen 22:6

Elvin 51:10

employed 11:3,5 49:7

end 28:18 55:21, 23 56:12,16 57:14 59:18

engaged 69:19, 24

Engineering 14:8,15 15:13

English 11:23 21:24

enjoy 62:6,8 63:20

entailed 71:8

entails 16:2 49:17

entering 21:6

entire 15:21 63:23

entrance 36:21 37:2,13,14

environment 22:13,14,18 102:2

equal 19:19 20:4 24:24 68:9

equally 70:6

ESL 11:9 12:5

Esperanza 51:6

**estimate** 13:15

**estimation** 54:2

**ethnic** 33:12 67:3

**event** 73:17

**events** 63:19

**everyday** 79:22, 23

**EXAMINATION** 4:6

**examined** 4:4

**executive** 44:6 46:23 48:8,10,12, 16

**exist** 67:14

**exists** 33:14

**exodus** 56:4

**explain** 22:17 87:11

**extend** 61:18,25 62:3

─────────
**F**
─────────

**face** 24:23

**fact** 71:19

**fair** 10:22 18:19 33:7 65:14 83:5

**familiar** 7:19 38:11 44:13 46:25 48:20 70:15 77:20 78:18

**family** 29:22,24 95:20,21 105:23

**Fanning** 7:12,13, 16 15:2 35:23 55:11,16,24 56:12 65:7,15 93:5 101:4,9 103:10 104:4

**farce** 31:4

**fast** 5:3

**February** 71:4 72:22

**fee** 39:2

**feel** 24:7 58:23

59:5 64:11 65:12 88:17

**felt** 24:3 25:25 26:4 27:8,21,25 88:11 89:2

**fight** 84:2,9 101:16

**file** 68:17,20,25

**filed** 68:6,13 81:2

**find** 31:3

**fine** 83:16

**finish** 5:14

**fire** 16:4

**floor** 37:10 38:3,4, 9

**floors** 38:5,8

**Florida** 38:9

**fluctuate** 16:15

**focus** 13:20 49:11

**focusing** 24:7 26:2

**food** 58:22 59:2,3, 7,11 60:6,24 61:4, 14,16,24 62:8,9 63:14,21,25 64:5, 23 90:9,21 94:12 95:14,24 96:10

**Foreign** 14:4,14 15:9 61:12

**form** 60:20 62:14

**formal** 35:6,25

**found** 35:20

**fourth** 38:9

**fraternal** 40:14,15

**Friday** 39:24

**fried** 96:4 98:12

**friends** 44:5

**front** 9:13 58:17

**fucking** 72:24 74:9

**full** 4:8

**full-time** 50:9,11, 14,16

─────────
**G**
─────────

**Gandhi** 100:8

**Garcia** 4:10,15 105:1,9

**Garden** 11:15

**gatherings** 60:23 64:7,15 65:4,9

**gave** 37:12 62:16, 20,21

**generally** 15:9 69:8

**gentleman** 9:19

**gentlemen's** 36:25

**Germans** 70:10, 13,21,24

**gestures** 5:18

**gift** 62:16,20,21 63:7

**Gilberto** 4:10

**girls** 83:25 84:8

**Giscombe** 9:8,21 26:13,18 27:16 33:25

**give** 5:17 60:2

**giving** 5:16

**glasses** 103:16

**Good** 4:15,16

**gossiping** 27:5

**grade** 81:22

**grades** 82:7,11,16 83:11

**graduate** 83:12

**grant** 5:8

**greatest** 75:9

**Greek** 47:11

**grit** 85:15

**grits** 84:17 85:13, 21,23,24 86:20 87:3,5,13,15,16, 18,19,20 89:21 90:4,24 92:11

93:2,24 94:8,17,23 95:4,5,12,17,19 96:7,12,23 97:6,25 98:8,15,19

**grounds** 86:3 88:2 93:14

**group** 77:12 95:15,17,25

**Grullon** 51:8 53:7

**guarantee** 53:18

**guess** 20:22 56:15 80:13

**Guidance** 61:10

**guys** 79:8

─────────
**H**
─────────

**half** 23:5 41:2 42:18 48:15 102:12

**halfway** 38:8

**Halloween** 102:13,14

**hand** 5:18

**handle** 17:21 27:11 52:12

**handled** 17:3 72:18

**happen** 18:24 64:9 73:4,14 92:21,22

**happened** 27:25 74:3 87:11 88:23 89:10,11 91:21 92:18 99:3

**happy** 5:4,8

**Harlem** 12:16,17 13:7

**head** 5:19 83:25

**heads** 84:2

**hear** 5:20 30:16 89:18

**heard** 67:11 78:16 96:5,7,16,18,23 98:13,14,16

**hearing** 9:13,14,

17 10:8

**hearings** 10:25

**held** 12:3,8 40:19, 24 41:3 42:11,25 46:20 48:5 52:14 87:10

**helping** 49:19

**Henry** 7:19 15:6

**hierarchy** 16:22

**high** 9:25 12:14, 15 83:13

**hippie** 102:15

**hired** 14:3,16,17 15:4 31:23 43:7 44:22 47:23

**hiring** 43:14,15

**Hispanic** 32:7,14 33:9,11 47:17 53:4 66:9 71:24

**hit** 18:10 31:8

**hold** 13:8,25 40:22 42:21

**holiday** 59:24

**Honestly** 22:11

**hooded** 99:5

**hostile** 22:18

**house** 60:7

**Huascar** 51:8

**hundred** 57:7 80:20 90:15

**hyphenate** 26:11

**hypothetically** 18:10

─────────
**I**
─────────

**identify** 34:21

**ignorance** 88:6

**ignorant** 88:12,14

**immediately** 99:13

**impacted** 30:18

**impromptu** 64:6

**improper** 88:7 93:19

**impropriateness** 16:7 17:24 18:4 22:25 25:5,10 35:17 62:19 75:25 88:6

**impropriety** 25:9

**inappropriate** 27:22 63:7 69:9 74:13 76:23 77:6 101:23

**inappropriately** 71:12

**inappropriateness** 25:11

**incident** 20:19,21 72:23 73:2,7 74:4, 6,7 77:4 81:5 88:3, 4,16, 91:20 95:16

**includes** 15:24

**including** 61:7

**individual** 10:3,6 25:20 30:3,20 31:23 44:8,14 47:2 51:13 52:2 70:16 75:18 77:21 78:19

**individuals** 22:22 24:9,16 26:3 30:10 33:23 34:3,10 45:18 49:7,14 50:19 52:6,7 53:3 54:9,15 67:20,24 70:9 77:7 90:10

**inflated** 82:16

**inflating** 82:6,10

**inform** 4:23 21:18 79:19

**informally** 67:25

**information** 45:14 67:19

**informed** 79:19

**Infraction** 74:16, 17,25 75:14

**infractions** 74:21

**inhibit** 8:12

**initially** 96:14

**Inside** 99:19

**Inspirational** 100:5

**institution** 15:21

**instructed** 5:24

**Instruction** 21:25

**intending** 98:19

**interact** 62:12 63:21

**interaction** 63:14

**internship** 29:18

**interpreted** 31:16 80:24

**interrogative** 26:24

**intervention** 75:19,22,23 76:9

**interview** 43:11, 17

**intially** 14:3,16 43:5

**intolerance** 77:18 80:25

**intolerant** 77:8,12 78:6,14 81:5

**investigate** 18:2, 18,20 19:9

**investigating** 18:25

**investigation** 16:6 19:5 20:18 27:2 28:8,12,15 35:22 67:5 82:10, 12,19,23 83:17,21

**investigations** 19:2,11,13, 20:17 26:15 35:19

**investigators** 28:25

**invitation** 61:19

**invite** 39:25 61:7 62:3 63:19 65:5

**invited** 60:15 61:5,17,22

**involved** 10:3

**71:17 73:15

**involving** 17:13

**islands** 33:5 34:6, 9,11 72:12

**isolated** 27:23

**issue** 97:12

**issues** 16:3,5,9, 12 17:13

**items** 22:19 33:22 89:19

**J**

**January** 12:7,9, 11,23 13:21 14:25 21:20 36:10

**Jerry** 78:19

**job** 43:24

**joined** 42:8 43:5 46:18

**Josh** 4:17

**Joyce** 26:10

**June** 39:10 56:17 57:13

**justice** 29:4

**K**

**kids** 96:6

**killing** 99:9

**kind** 35:7, 69:25 75:15

**kitchen** 29:18

**knew** 63:3

**knowing** 31:4

**knowledge** 9:16 32:24 33:3 34:2 42:10 45:11 46:20 47:18,19,22 50:17, 21 53:15,17 55:7 59:6 63:17 65:18 66:13,23 67:2,6,12 68:16,19,24 79:3 82:8,9 83:19 95:9, 24 97:5

**L**

**lactose** 77:7,12, 18 78:6,13 80:25 81:5

**ladder** 75:17 76:4

**ladies** 36:22,24

**Language** 11:24 14:4,14 15:9 21:25 61:13

**large** 32:4,12,13

**lasted** 23:12

**Leader** 22:4 79:18

**learn** 45:18 98:6

**Learner** 21:25

**leather** 103:18

**leave** 21:22 55:8 56:25 57:6,10,16

**leaving** 22:10 80:12

**left** 7:15 13:25 14:11,24 21:20 36:10 44:17 54:13 55:9,13 56:10,22 57:8,10,17,18 66:6 81:14,19,25

**letters** 28:11,14

**level** 62:12 74:15, 17,23,25 75:13 76:3

**levels** 74:20 75:7

**liberty** 27:18 84:24 89:18

**list** 50:18

**listed** 52:6 53:4 54:9 58:3

**Listen** 23:16

**lived** 27:4 105:16

**lobby** 36:21

**located** 36:13,20 64:16

**location** 36:14,18 37:7

**long** 12:3,18

**13:11 23:13 38:20 40:24 41:25 42:16, 25

**looked** 50:5 52:21 65:11

**lost** 97:17

**loud** 5:17 104:14

**louder** 104:2

**lunchtime** 61:5

**lying** 70:21 71:2

**M**

**M-a-l-c-i-a-d-e-s** 47:12

**M-i-l-c-a-d-e-s** 47:6

**made** 26:21 30:5, 10 35:4,19,20 59:21 67:16 74:12 77:6,14,16 80:3, 18,24 84:15,16 92:10,24,25 96:13 97:2 98:5

**main** 36:21 37:13 85:19 86:7

**maintained** 46:10 54:14

**major** 61:15

**make** 58:7,9 61:24 62:2 63:10 69:9,25 84:14 95:11

**making** 30:11 88:7 96:6 97:8 98:18

**Malcolm** 99:17, 22,24 100:10,14, 25 101:6,11

**male** 51:13

**males** 51:15

**Mallegan** 26:11

**man** 77:11

**management** 76:14

**mandated** 25:3, 19

mangu 90:7,12

manner 80:25 103:6

Manrique 51:2 53:6 54:18 55:8 57:2 58:15 85:5 86:15,16,18 89:6, 17 92:22

Martin 98:24,25 99:10

matter 18:2,18 19:9 27:19 77:2 84:24

matters 17:4 71:23

Mayo 47:2

meal 59:18

Meaning 58:12

medication 8:11

meet 6:15 7:3 39:21

meetings 39:3

Melissa 4:19 102:6

member 8:21,22, 25 17:20,24 29:17 38:18,20,22,25 39:2, 40:4, 41:6, 22,23,24 42:2,7 46:15,17 48:3 66:15 77:23

members 17:17 33:8,9,15,17,19 36:5 44:6 51:18 53:11 58:22 59:13 60:10,13

membership 39:18

memo 35:11 63:4

mention 53:9,12 89:21

mentioned 14:13 17:12 20:16 24:3 33:24 34:16 35:3 53:14 54:17 65:20 67:21,25 84:18 93:11 95:2,23

mentioning 27:10

met 6:17,24 43:13, 20,21

middle 13:5,9,12 22:10 81:25

Milcades 47:6

Milciades 47:10

million 29:23

mine 17:21 100:18

Minigatos 78:19, 20 79:13,15 80:6, 14,21 84:11,14 85:7,8 88:24 91:8, 10,18 92:4,8,23

minimum 49:24

minor 99:11

misconduct 18:20,22,23 21:17 25:11

misinterpret 76:21

misinterpretation 76:22

misinterpreted 31:13 76:17

misinterpreting 59:9

mistaken 56:21 57:9 90:5

mixed 32:2,10 34:4

Mohammed 100:8

moment 88:19 97:10

month 39:23,24

monthly 39:9

morning 4:15,16 88:25 89:11,12,20, 25 90:22,25 92:2 93:7

move 55:23

moved 55:20,22 58:19 81:22 105:17,23,25

moving 49:19

murder 98:24

music 104:11,21, 23 105:2

## N

named 44:14 47:2 51:13 70:16 77:21 78:19

names 50:25 65:22

nationality 45:16 53:24

nature 8:18

network 11:10,18 12:6 22:4 54:20, 23,24 55:10 79:18

networks 11:15

nigger 72:25 74:9 76:21

nods 5:18

Notary 4:4

notice 65:8

noticed 26:23

November 59:17

number 36:15,17 37:11 54:2 65:8 99:12

## O

oath 4:23 24:20

Obama 100:9

objection 5:22 41:11 42:3 98:21

occasions 26:13 31:21

occurred 60:24

October 39:10

OEO 19:18 20:2,3

offended 88:17 89:2

offensive 76:24 98:20

offered 21:23 22:2,3 43:24 85:3 90:12,17,20,23

offhand 19:24 34:12 72:13

office 9:10,12 18:9 19:2,10,12,19 20:16,19,20 24:24 26:15,21 27:14 28:7,23,25 29:5 36:11,13,14,19 37:2,7,16,24 38:2, 3 55:2,4 57:23 58:17,20 60:18 61:10 68:9 76:11 79:9 84:20 85:19 86:7,19 89:7,14 90:20 91:8 99:17, 19 100:17

officer 9:13

offices 21:3

official 38:25 40:19 46:21 48:5

officially 14:23 67:5,13

online 20:25 21:2 82:14,25 83:7

open 39:16 60:13

opened 60:19

opportunity 4:22 19:20 20:4 21:23 24:24 68:10

order 58:10,22 61:3 86:12,14

ordered 86:20 100:4

ordering 85:20 86:9,11 98:22

organization 38:12 39:7,14,16, 20 40:14,15,17 41:5 42:12,21 44:7

organizational 16:22

Originally 34:7

OSI 19:11, 20:23 29:6 30:9 68:10 83:18

outcome 16:8

Ozone 4:13 55:2

## P

P-e-p-i-n 47:12

Padva 22:6

paid 50:7 100:5

pants 103:17

parameter 19:4

parent 76:12,13

parents 34:8,19 41:18 72:12 105:17,21

Park 4:14 55:2

part 8:15 9:21 10:10 48:9,12,16 61:13 88:6

parties 63:19

parts 33:5

party 102:23 103:2

past 10:24

pattern 28:17

pay 97:9 100:4

paying 39:2,4

peace 103:17

pending 5:11

people 25:25 28:17 32:18 33:4 40:2 55:20,21 56:5 67:11 70:2,20 78:13 86:9 88:7 93:24 94:22 95:12 96:3 97:6,25 98:7 102:3

Pepin 47:3,6,13, 17,19,22,25 48:3

perceive 98:11

percent 53:16 54:2 57:7 80:20 90:15

Perdomo 51:4 53:6

**perfectly** 5:7

**period** 13:20 21:8 55:16,19 80:9

**periodically** 39:9

**person** 30:22,24 31:5 32:19,20 49:21

**personally** 61:9 63:15

**pertaining** 20:20

**Philip** 7:23 8:22 9:25 12:13,19,24 13:21 22:14 38:24 45:6 72:7 97:18

**phrase** 12:5

**pick** 102:10,18,19, 21

**place** 23:6,10 24:2 61:4

**placement** 37:16, 18

**plate** 60:21

**play** 61:15 104:11, 23

**playing** 103:25 104:14

**pocket** 60:6

**point** 16:15,18 23:2,4 28:13 31:7 82:20 87:23 88:10 103:24

**points** 21:12

**poor** 62:2

**population** 29:22 31:25

**portion** 32:4,12, 13

**posed** 6:2

**position** 11:21 12:4, 13:8,24 14:22 22:2,3,7 40:22,25 42:23 43:2,18 48:7,9,11 49:2 50:7,9 58:6 81:23

**positions** 15:12

40:20 41:4 42:11, 14,21

**post** 100:19

**poster** 99:16 100:14,22,25 101:6,11

**posters** 99:21 100:2,5,12,18

**power** 101:17

**preparation** 6:16

**prepare** 6:11 7:4, 8 8:5

**present** 40:5 92:13,15

**presentation** 20:6

**presented** 10:13 25:14

**President** 42:15, 17,20,24 43:4

**prevent** 8:8

**prevention** 16:11

**previous** 10:16

**Principal** 7:14,22 14:2,21,23,25 15:5, 17:8,10,25 18:17 19:8 21:12, 18 35:6 36:4 41:7 44:16,20 47:14,23 51:19,23 55:12,17 58:21 65:8,23,25 69:21 78:22 81:9, 10

**Principal's** 76:11

**principals** 21:13

**prior** 12:11,25 13:3 14:20 25:24 37:9 38:2, 41:3 42:20 43:7,14 46:6 54:10,12 97:4,7,24

**private** 9:5,6

**privy** 67:18

**procedure** 83:3

**proceeding** 8:19 10:4

**professional**

29:8,12 39:8,22 40:17 102:2

**program** 82:14

**progressive** 76:6

**projects** 83:25 84:8

**promised** 102:24

**proper** 21:3 62:24

**protocol** 73:21 74:22 83:4

**provide** 5:14 6:5 11:16 19:3 62:14

**provided** 60:5

**public** 4:4 9:3 70:25

**punishment** 18:11

**purchased** 59:12, 14 64:23

**purpose** 62:9,11

**purposely** 59:21

**put** 61:3 63:2,3 84:8 99:16,21,25 100:18 101:2,6,11

**putting** 100:14,19 102:15,20

**pyramid** 16:21

**Q**

**qualifications** 49:24

**Queens** 12:2

**question** 5:3,5, 11,14,25 6:7 20:22 25:24 26:22 27:7 29:25 43:13 44:24 45:2,22 47:24 56:15 58:24 64:2, 25 65:17 77:13,15 80:13 84:5 89:8 91:4 93:22 94:24 95:8 97:23 98:4 100:13

**questioned** 82:13,21 83:2

**questioning** 94:17 95:3

**questions** 4:24 9:11 13:19 26:24 27:8,21 29:14 83:6

**quick** 23:22

**quickly** 31:22 105:6

**quietly** 89:16 91:3

**quote** 72:24

**quotes** 100:6

**R**

**race** 33:17,18,21 70:6 96:10

**races** 33:13

**racial** 67:3,17 93:23

**racially** 93:19

**racist** 69:9

**radio** 104:2,7,11, 12,13,17

**raised** 105:12,14

**Randolph** 8:23 9:25 12:13,19,25 13:21,24 14:11 22:15 32:2 37:7 38:24 41:8 44:2,17 46:7,10 47:14 49:6,9,12 50:15,22 52:8,18 54:11,12, 13 55:8 57:21 66:2 69:21 70:9,17 72:8 77:24 80:23 97:19

**range** 75:3,23

**ranged** 75:16

**realize** 97:16 98:8

**realized** 28:16

**reason** 5:2 8:7 48:18 50:2 58:25 91:22

**reassigned** 19:7

**recall** 26:4,12 28:21,22 51:18 56:24 57:2 58:18 64:10 72:22 73:2,

4,6,12 76:16 78:4 81:6,8 93:10 98:23 99:5, 100:14,24 101:4, 102:8,12,13 103:3,9,24

**recalling** 59:16

**receive** 75:13

**received** 21:16 30:8

**recently** 11:12

**recess** 66:22 105:8

**recollection** 65:18 86:6

**record** 4:9 6:22, 23 9:3 27:13 87:8, 9,10

**Recording** 40:23

**records** 27:11,12 72:19,20,21 89:15

**refer** 70:9 101:13, 23

**reference** 27:15 90:24

**referenced** 72:4 84:11,17 93:2

**referral** 75:17

**referrals** 73:21,22 74:23

**referred** 20:5 47:2 70:12,20

**referring** 37:19 58:2 88:21

**register** 5:18

**regulation** 63:6

**regulations** 20:8

**related** 10:24 80:2 82:13,23 83:6,9

**relates** 80:17

**relevant** 24:17,21

**remember** 9:18 10:7 13:14 19:25 29:16 34:12 36:15, 18 43:6 46:19 48:7,8,9,10,19 69:6 72:13 74:3

85:7 89:12,13 90:6 91:7,23 93:9 97:18 99:23 100:7,10,19, 21 102:20 103:22, 23 104:4

**Renaghan** 6:20, 24 7:4,7 23:19 41:11 42:3 66:19 87:8 98:21

**repeat** 5:4

**rephrase** 44:23, 25 45:2

**report** 18:16 19:7 24:23 25:2,6,15,23 88:15

**reported** 16:24 17:5,7 19:3 20:19, 23, 24:25 73:18

**reporter** 5:17 25:3,9,19

**reporting** 73:7

**representing** 4:19

**reprimanded** 70:25

**Republic** 34:20 105:18,20,22,24

**requested** 27:10, 11

**required** 4:24 20:10

**respectful** 30:19, 22

**response** 16:4 27:17 29:21 87:22, 23

**responsibilities** 15:10 71:8

**responsible** 17:15 21:6

**result** 35:7

**revolving** 68:11

**reword** 94:24

**Rockaway** 4:13

**role** 14:18 61:16

**roles** 49:14

**roof** 38:10

**room** 36:15,24,25 37:10,22 38:9

**rooms** 37:17

**rounding** 12:20

**Rubio** 7:20,22,25 15:6 31:23 35:10 41:7,20 42:10 43:7,10,14,20 44:3,11,22 47:23 58:21 59:12,15 63:18 65:16 68:2, 17,20 69:2,5 81:14 82:5,20

**Rubio's** 35:5 57:22 83:19

**rude** 49:4 50:3

**rule** 63:6

**rumor** 25:16

**rumors** 27:4 67:11,16

**S**

**safety** 15:15,18, 23 16:3

**sanity** 22:12

**scarves** 84:2

**scheduled** 80:8, 11

**school** 7:14,15 8:23 9:25 12:14,15 13:5,9,12 14:7,25 15:5 16:13 19:8 22:10,13 27:3 28:19 33:9,10 36:5 46:10 49:16 55:5, 13 56:12,16 57:11, 14 58:5,8,13,22 59:2,8,11 60:8,24, 25 63:20 64:16,19 69:16 72:19,20 74:22 81:14,20 82:2 83:14,20 97:13 99:4,20 102:9,24

**schools** 11:13,17, 25 49:10 55:6

**SCI** 19:14,23

83:18

**seconds** 94:16

**secretary** 40:23 72:7,16

**security** 14:3,14, 17 15:9,14,18,23 20:12,13 21:10 71:5 73:19

**semester** 82:4

**send** 28:10

**sense** 62:10 77:14

**September** 13:17

**serve** 11:25

**services** 11:9,13, 22 12:4 52:24

**set** 74:22

**sharing** 100:18

**shelf** 49:20

**shirt** 103:18

**shock** 103:14

**shocking** 103:18

**short** 55:15,18

**shortly** 38:23 80:11 104:18

**show** 62:10 99:8

**sic** 100:8

**side** 37:13,15

**similar** 8:20 51:16 52:3

**sister** 101:14,17, 19,24

**sit** 85:10

**sitting** 74:2

**situated** 37:23

**situation** 9:20 25:14 27:24 31:3 41:16 63:3 85:13, 16

**situations** 29:15

**social** 62:8,12 63:14

**solidarity** 99:8

**solution** 104:15

**Sonya** 26:7

**sort** 26:2 63:13 64:15 97:2

**sourced** 11:12

**South** 94:12 95:19

**southern** 94:12

**space** 37:3,4,8 60:2 64:20

**Spanish** 66:11

**speak** 5:2 7:8,11, 25 45:16 79:13

**speaking** 78:4 101:5,10

**Special** 19:12,16 20:17 26:15 28:8

**specifically** 39:12 72:18 74:3 80:2 91:23 99:22 100:10,13

**speculation** 41:12 42:4

**spell** 47:8

**spoke** 66:11 92:5, 9

**spoken** 7:16

**staff** 8:21,22,25 15:24,25 16:6 17:13,16,20,24 20:7 21:11 27:4 29:17 30:15,17 32:10,12,14 33:8,9 36:5 58:2,22 59:13,19 60:10,14, 16 61:4,16,19 77:23

**start** 59:15

**started** 12:7,22 13:16 15:13 23:6,7 35:18 38:24

**state** 4:8 5:21

**stated** 104:6

**statement** 93:20

**states** 32:21 41:17 94:12

**stating** 78:5

**station** 104:11

**stayed** 31:15 44:2 55:24

**staying** 95:21

**Stenna** 26:10,18 30:6 33:25 68:11, 13

**steps** 31:19

**stereotype** 78:12 94:22 95:10

**stereotypical** 70:2 93:23 94:7 96:3,10 98:7,9

**stop** 15:22

**story** 31:6 102:12

**student** 11:8,22 12:4 18:9,13,14 27:12,14 31:25 52:24 64:21 71:9, 12,14,24,25 72:21, 23 73:15 74:8 76:10 82:6,11 83:10

**student's** 76:18

**students** 14:10 15:24,25 16:5,10 17:4 32:7 71:22 83:6 99:4,12 102:24

**stuff** 9:4 97:22

**stupid** 72:24 74:8

**subject** 28:11,14 35:6,11,21,24

**subjected** 66:25

**substantiate** 92:21

**substantiated** 23:4

**suit** 103:15

**summer** 43:16 82:14,24

**summons** 29:2

**Superintendent** 11:16 76:2

**supervise** 61:11

**supervised** 16:23 17:10 36:5,8 60:11 61:14

**supervisor** 14:6, 15 60:17 79:16,17

**Supervisors** 38:15 40:8

**support** 11:13,17 49:16 55:5 58:2 59:19

**supportive** 49:18

**supposed** 87:16, 19

**supposedly** 25:18

**suspended** 35:11

**suspension** 76:2

**sweatshirts** 99:5

**sworn** 4:3

**system** 20:25 21:2 76:7

### T

**tactful** 88:14

**talk** 15:17

**talked** 71:7

**talking** 36:23 47:4 72:3

**tasks** 15:11

**Tatiana** 51:2 54:18

**teacher** 18:12, 54:20,22 70:17 75:24

**teachers** 36:8 61:19

**Team** 16:4

**telling** 76:16 92:20

**tenure** 35:5 57:22

**term** 48:21 70:24

**terminology** 17:2

**terms** 22:12 41:16 49:18

**testified** 4:5 9:9, 14 10:23 97:24

**testify** 8:12 10:14, 15,21

**testifying** 8:8

**testimony** 10:23

**thanking** 59:19

**Thanksgiving** 59:17,22

**thing** 5:13 49:20 97:14

**things** 5:19 24:22 25:17 26:25 45:19 97:14

**thought** 88:5,9 97:11

**threw** 104:16,17

**throw** 31:7

**tie** 103:15

**time** 5:6,20 7:14, 23 9:24 10:10,23 13:20,25 14:11,24 15:4 21:8,9 23:16 26:14 27:17,18,22 28:9 37:6 42:15,18 43:19 44:17 47:14 55:3,16,19 64:11 71:5 75:19 76:5 79:24 80:9 82:7 86:18 92:12,13 95:19 96:13 97:18 104:7

**times** 16:8 17:25 18:17 19:3 22:20 24:4 26:23 28:4 32:18 59:2,7 60:6, 19,21 63:22 64:17 67:21 90:19 94:13

**titles** 40:20 46:21 48:5

**today** 8:9 13:19 25:4 72:5 74:2 80:8,14

**today's** 6:12,16 7:5,8 8:2,5

**told** 59:25 65:21

72:11 80:4 84:23 91:8, 92:10 93:12 104:16,25

**tone** 94:14

**totally** 31:4 85:14 101:25

**touch** 44:2

**track** 57:8

**treated** 70:5 71:22

**Trevon** 98:24 99:9

**true** 82:5 94:21 95:10

**truthfully** 4:25 8:8,13

**turned** 85:22,25

**type** 62:18 69:19 73:17 94:22

**types** 63:18

**typical** 94:12

### U

**uncomfortable** 28:24 29:13 30:17 31:10

**understand** 5:3, 23 6:2,8 9:7 17:3 23:14 25:22 27:6 48:20 53:3 64:4 66:18 77:9 97:20

**understanding** 26:19 34:5 41:15, 19 45:23,25 65:3 83:15

**understood** 6:6

**unfortunate** 99:9

**union** 40:10,11,12

**United** 41:17

**unity** 99:9

**Unprofessional** 29:10

**unsubstantiated** 35:9,21

**upstairs** 49:19

### V

**vacation** 80:10,12

**valid** 28:20

**Vasoline** 84:8

**verbally** 18:11

**verified** 45:14

**Vice** 42:24 43:4

**vicinity** 100:15

**Virginia** 32:21

**volume** 104:2

### W

**wait** 15:16 28:18

**walls** 100:2,18

**wanted** 86:12,13 89:22,25

**watched** 22:19 24:4

**watching** 22:22

**watermelon** 96:21

**Waters** 77:21 78:5

**wear** 83:25

**wearing** 99:5 102:9

**week** 6:18,25

**west** 12:17 13:7 37:11,15

**whatsoever** 83:22

**whomever** 62:4

**wig** 102:9,15

**Withdrawn** 44:9 68:23

**woman** 30:18,21

**word** 18:3 76:21, 23,24

**words** 88:19

**work** 11:7,16,19 12:12,18 13:4,11

21:24 30:15 46:7 49:22 54:25 58:20 79:4,6,8 81:21

**worked** 12:13,23, 24 13:5,13,20 29:17 50:20 52:7 53:21 58:12 99:18 100:16

**working** 13:17 38:24 49:6,13 52:17 54:10 57:21 58:16 60:17 69:20, 23 70:8 80:22 86:18

**workplace** 69:10, 12

**works** 54:19

**world** 33:6

**worry** 31:11

**write** 15:17

**wrong** 31:12,14, 17 88:18

### Y

**year** 16:15,16 20:7 22:10 28:19 29:23 41:2 42:18 43:15, 16 48:15 55:21,24 56:2,12,16 57:11, 14 58:5,8 64:19 75:4 76:3 82:2 100:12

**yearly** 21:14 58:5

**years** 12:21 20:14 23:5 50:19 69:22 88:21,22 98:23 102:8

**York** 4:12,14,20 5:21 11:6 32:21 34:8,18 105:10,12, 17