ORIGINAL

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   ------------------------------------------------x

5   MELISSA BASTIAN,

6                         Plaintiff,

7           - against -

8   NEW YORK CITY DEPARTMENT OF EDUCATION,

9                         Defendant.

10  CV No.:  13-CV-5792

11  ------------------------------------------------x

12                    1461 Franklin Avenue
                      Garden City, New York
13
                      September 3, 2014
14                    2:04 p.m.

15

16

17       Deposition of the Defendant, by HENRY

18  RUBIO, pursuant to Notice, before Florence

19  Syskrot, a Notary Public of the State of New

20  York.

21

22

23            SANDY SAUNDERS REPORTING
          254 South Main Street, Suite 216
24            New City, New York 10956
                 (845) 634-7561

25

```
 1

 2    A P P E A R A N C E S:

 3    LAW OFFICE OF STEVEN A. MORELLI, P.C.

 4    Attorneys for Plaintiff

 5      1461 Franklin Avenue

 6      Garden City, New York 11530

 7    BY:   JOSHUA BELDNER, ESQ.

 8

 9    NEW YORK CITY LAW DEPARTMENT

10    OFFICE OF THE CORPORATION COUNSEL

11    Attorneys for Defendant

12      100 Church Street

13      New York, New York 10007

14    BY:   SEAN RENAGHAN, ESQ.

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    Rubio
 2        Q.     In each of those times, were the
 3   complaints made in that case, did they relate
 4   to racial discrimination?
 5        A.     I believe if it is two, both of
 6   them were.  Maybe one was not.  I don't
 7   remember.
 8        Q.     How old are you?
 9        A.     Forty.
10        Q.     Are you currently employed?
11        A.     Yes.
12        Q.     Where are you employed?
13        A.     Department of Education.
14        Q.     Is there a particular area within
15   the Department that you are working?
16        A.     I am a High School Principal.
17   I'm assigned to work for the Council for
18   School Administrators, which is the union for
19   the New York City school leaders.
20        Q.     Is that known as the CSA?
21        A.     That is correct.
22        Q.     What position do you hold within
23   the CSA?
24        A.     Aside from my full-time
25   employment, do you mean?
```

```
 1                    Rubio
 2        Q.     Maybe I'm confused.  You said you
 3   are a High School Principal?
 4        A.     Got it.  I understand.
 5        Q.     Where are you working full-time?
 6        A.     I work for the CSA.  I'm sorry.
 7   I work for the Department assigned to the CSA.
 8   And my title there is Intervenor.
 9        Q.     As Intervenor what are your job
10   duties?  What do you do?
11        A.     Sure.  I coach and mentor
12   Principals and Assistant Principals.
13        Q.     Is that your full-time job,
14   though?
15        A.     This is correct.
16        Q.     When you go to work everyday, you
17   are going to work at the CSA?
18        A.     I go to three different schools a
19   day.
20        Q.     Explain to me, on a normal day,
21   what does it entail?
22        A.     I do basically site visits to my
23   clients.  I go to their schools to provide
24   mentoring and coaching to the Principals and
25   the Assistant Principals.
```

Rubio

Q.      You do that every single day?

A.      No.

Q.      Do you have an office, like a central office?

A.      Yes.

Q.      Where is that located?

A.      40 Rector Street, which are the CSA offices.

Q.      On a normal day you would go to that office?

A.      Most days I'm at a school.  On average two days a month.  I would be at the office on average two days a month.

        Other than that, I'm in different schools coaching and mentoring Principals.

Q.      Prior to working at the CSA, where did you work?

A.      Sure.  I was the Principal of the A. Philip Randolph Campus High School.

Q.      Is that in New York City?

A.      Yes.

Q.      Is that in Harlem?

A.      Yes.

Q.      When did you begin working in A.

```
1                      Rubio
2    Philip Randolph?
3         A.      November of 2006.
4         Q.      When you began in November of
5    2006, what title did you hold at A. Philip
6    Randolph?
7         A.      High School Principal.
8         Q.      When did you leave Randolph?
9         A.      I think it was December of 2011,
10   I believe.
11        Q.      Do you recall who took over for
12   you?
13        A.      David Fanning.
14        Q.      At the time that you left in
15   December of 2011, what position did you hold
16   at Randolph?
17        A.      Principal.
18        Q.      You were Principal from November
19   2006 continuously until December 2011?
20        A.      That is correct.
21        Q.      Immediately thereafter you went
22   to work at the CSA?
23        A.      That is correct.
24        Q.      Do you know whether Mr. Fanning
25   is still Principal at A. Philip Randolph?
```

1                       Rubio

2         A.      That I know of.

3         Q.      I'm sorry?

4         A.      That I know of.

5         Q.      Do you have any reason to believe

6   that he is not the Principal at A. Philip

7   Randolph?

8         A.      No.

9         Q.      Were you involved at all in the

10  decision to have Mr. Fanning replace you?

11        A.      No.

12        Q.      The decision to leave the school

13  during the '11 '12 school year, was that a

14  voluntary decision?

15        A.      Absolutely.

16        Q.      Did anyone ask you to leave the

17  school at that point?

18        A.      No.

19        Q.      Why did you decide to leave

20  Randolph in December of 2011?

21        A.      What I'm currently doing is a

22  better job.

23        Q.      You were offered a better

24  position and you took it?

25        A.      I applied.  I was offered.  And I

Rubio

2     A.     The Dominican Republic.

3     Q.     Did you grow up at any point in the Dominican Republic?

5     A.     No.

6     Q.     Where did you move when you were five?

8     A.     Queens.

9     Q.     You would identify yourself as a Dominican American?

11     A.     American Dominican.

12     Q.     Are you familiar with the organization known as ADASA?

14     A.     Absolutely.

15     Q.     What does ADASA stand for?

16     A.     ADASA is the acronym for the American Dominican Association Supervisors and Administrators.

19     Q.     Are you a member of ADASA?

20     A.     Yes.

21     Q.     How long have you been a member of ADASA?

23     A.     I don't know.  I would have to guess roughly.  Roughly ten years.  Approximately ten years.

```
 1                         Rubio
 2        A.      Yes, he is.
 3        Q.      Do you recall when Mr. Calcano
 4   was intially hired?
 5        A.      I can't remember either.
 6        Q.      Were you involved in the decision
 7   to hire him?
 8        A.      Yes.
 9        Q.      It was while you were the
10   Principal of Randolph?
11        A.      Yes.
12        Q.      Mr. Calcano is Hispanic?
13        A.      Yes.
14        Q.      He is also Dominican, correct?
15        A.      That is correct.
16        Q.      Is he also a member of ADASA?
17        A.      I think he is.  I think he is
18   now.
19        Q.      After you departed Randolph, have
20   you remained in communication with
21   Mr. Calcano?
22        A.      Yes.
23        Q.      Are the two of you friends?
24        A.      I would say so.
25        Q.      Prior to hiring Mr. Calcano, did
```

```
                              Rubio
 1
 2    that space in the Guidance suite?
 3         A.      Yes, in those spaces.   In there,
 4    yes.
 5         Q.      Do you recall whether Miss
 6    Bastian ever asked you specifically to move
 7    from where she was working into the Guidance
 8    suite?
 9         A.      I don't remember.
10         Q.      The Guidance suite, did the
11    Guidance suite have air-conditioning?
12         A.      I think -- well, I believe when I
13    first came there as Principal, only one office
14    did.   And that was the office of the Assistant
15    Principal.
16              Over time I think, I'm not sure
17    when, we started putting ACs in all the
18    offices to kind of air condition the entire
19    suite.   Even that, I don't remember exactly.
20         Q.      But the Guidance suite, there is
21    an Assistant Principal that worked in that
22    suite?
23         A.      When I got there and maybe again
24    at some other point, who was in charge of the
25    Guidance Counselors and the Attendance, which
```

```
 1
 2                    A C K N O W L E D G M E N T
 3
 4    STATE OF NEW YORK      )
                             :ss
 5    COUNTY OF NASSAU       )
 6
 7              I, HENRY RUBIO, hereby certify that
 8    I have read the transcript of my testimony
 9    taken under oath in my deposition of September
10    3, 2014; that the transcript is a true,
11    complete and correct record of my testimony,
12    and that the answers on the record as given by
13    me are true and correct.
14
15
16
17                             HENRY RUBIO
18
19
20    Signed and subscribed to before
      me, this  18th  day   15
21    of   February      , 2014.
22
23    Notary Public, State of New York
24
25
```

STEVEN BEYLIS
Notary Public - State of New York
NO. 01BE6287345
Qualified in Kings County
My Commission Expires Aug 5, 2017

1

2                    C E R T I F I C A T E

3

STATE OF NEW YORK    )
4                            ) ss.:
COUNTY OF NASSAU     )

5

6            I, FLORENCE SYSKROT, a Notary

7      Public within and for the State of New

8      York, do hereby certify:

9            That HENRY RUBIO, the witness

10     whose deposition is hereinbefore set

11     forth, was duly sworn by me and that

12     such deposition is a true record of the

13     testimony given by such witness.

14            I further certify that I am not

15     related to any of the parties to this

16     action by blood or marriage; and that I am

17     in no way interested in the outcome of

18     this matter.

19            IN WITNESS WHEREOF, I have

20     hereunto set my hand this 11th day of

21     September, 2014.

22

23     _____

24            FLORENCE SYSKROT

25

## CORRECTIONS TO DEPOSITION

**Directions:** As you read your deposition, if you have any corrections to make, please itemize them below. Upon completion, follow the instructions in the cover letter.

Date of Deposition:                    September 3, 2014

Person Deposed:                    Henry Rubio

| Page | Line | Explanation/Change |
|------|------|---------------------|
| 9 | 18 | "I usually go to 1-3 schools a day" |
| 22 | 17 | "Assoc. of Dominican American Supervisors & Administrators" |
| 73 | 3 | "inputted by the Assistant Principal into a system ..." |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Sworn to before me this

18th day of February, 2015

_____                    _____
Notary Public                                                        Deponent

STEVEN BEYLIS
Notary Public - State of New York
NO. 01BE6287345
Qualified in Kings County
My Commission Expires Aug 5, 2017

**1**

**1** 69:8

**10006** 4:14

**11** 12:13

**12** 12:13 15:5

**1300** 15:5

**187** 47:23

**2**

**2006** 11:3,5,19 53:13 54:25 97:11, 15 98:5,19 99:18 100:17

**2010** 27:20 81:25

**2011** 11:9,15,19 12:20 20:8 27:4 29:21 33:5 41:19 49:6 58:7,24 62:19 80:11 86:25 91:6, 15

**4**

**40** 4:13 10:8

**4:05** 109:12

**A**

**ability** 4:24 7:2

**absolutely** 12:15 22:14 48:5 70:24 93:11,14

**accepted** 13:2

**access** 60:3 73:24 74:7

**accidental** 28:14

**account** 32:22

**Accounting** 54:3

**accumulation** 14:15

**accurate** 68:21 83:19,20 89:10

**accused** 94:21

96:9,25

**acronym** 22:16

**acronyms** 73:12

**ACS** 59:17

**actions** 102:17

**actual** 51:9

**actuality** 37:2

**ADASA** 22:13,15, 16,19,22 23:13 26:7 30:16 33:10

**addition** 42:21 68:24

**address** 4:11

**administrative** 15:11,21 19:10 34:12,14 49:24 50:6,14

**administrators** 22:18 51:15

**afforded** 94:17

**African** 49:3 62:5, 11 95:23 97:6 98:7,21 100:19 105:5

**afternoon** 4:15, 16

**agree** 50:17

**ahead** 91:12

**Aide** 40:5 42:25 43:10 60:16 61:8,9

**Aides** 40:12 42:17,22 43:18,23 44:7 51:16

**air** 59:18

**air-conditioning** 55:18 59:11

**allegation** 13:25 14:5,11 28:12 101:15

**allegations** 14:8 95:7 103:17

**alleged** 28:14 96:21

**allegedly** 62:20 63:24 95:12,

102:17 108:7

**allocated** 68:2

**allowed** 20:20

**allowing** 86:5

**Altagracia** 81:12

**American** 22:10, 11,17 49:3 62:5,11 95:23 97:6 98:7,21 100:19 105:5

**and/or** 67:25

**Anderson** 103:13

**annual** 17:8 18:19 52:6,8

**answers** 5:12

**anymore** 87:3,5

**AP** 27:17 29:5,22 31:21 32:2 66:15, 19

**apologize** 101:12

**applicant** 84:25

**applicants** 76:8

**applied** 12:25

**apply** 76:4

**applying** 78:17

**approach** 71:2

**approached** 102:5

**approval** 66:20

**approve** 77:2

**approximately** 7:21 15:3 22:25 24:10,14 27:18

**area** 8:14 44:21 58:18

**Armin** 37:23 39:17

**artificially** 14:2

**asks** 107:2

**assault** 96:13,16, 21

**assert** 102:24 105:8

**asserted** 96:3 97:17 98:9,23 100:2,8,21 102:11

**assign** 56:13

**assigned** 8:17 9:7 44:25 45:7,19 51:21,24 53:19, 57:21 60:2,5,8,21 61:14,16

**Assistant** 9:12,25 20:2,9 24:21 25:12 26:25 27:8 29:17 31:15 36:9 37:20 40:6 45:15,19,22, 23 46:11,15 57:25 59:14,21 60:4,20 63:7 64:8, 66:23 75:15,25 83:14 107:24

**assistants** 36:22, 24 37:4 43:19 44:8 51:16

**Associate** 33:17, 25 34:2 35:12,20 36:4,8 42:25 43:6 44:24 50:11 57:25 106:22 107:12

**associates** 33:22 36:18,20,21,24 37:2,3,13 39:3 41:20 42:21 43:20 44:2,8,12,21 45:4, 18 50:9,13,20 57:21 106:7,14

**Association** 22:17

**assume** 5:25

**assuming** 20:25 49:12 55:13

**attached** 86:5,6

**attaching** 92:5

**attend** 46:23,25 68:4 105:12,20 106:14 107:8,14 108:2

**Attendance** 58:3, 5 59:25 60:17

**attended** 107:12

**attention** 63:25 64:6

**attorney** 5:17,19 6:11

**attorneys** 4:18

**auditorium** 54:8

**authority** 20:15, 17 21:3,10

**authorization** 32:23

**automatically** 70:19 83:9

**average** 10:13,14

**aware** 13:15 35:11 41:24 62:2,14,18, 24 66:9 79:13,14 80:7,8,18 108:5

**B**

**back** 17:13,17 68:9 72:22

**background** 92:24

**based** 52:20 70:17 75:5 83:13 88:4 91:10 104:9

**basically** 9:22 92:10

**basis** 48:3 96:4 97:19 98:10,24 100:3,9,22 102:6 103:2 105:9

**Bastian** 4:19 48:22 49:7 50:19 51:21 52:10,14,17, 21,23 53:6,13 54:15 55:21,25 56:8,13,21 59:6 60:5 61:18 62:3,9, 15,20 63:24 64:5 65:15,23 77:22 78:2,20 80:14 93:18 105:11,18, 107:22 108:6

**Bastian's** 49:19 52:3 57:17 106:20

**Batista** 38:5 39:23 40:10,24

**began** 11:4

**begin** 10:25

**beginning** 67:11
68:17 75:4

**behavior** 66:5

**Beldner** 4:7,17
25:10 33:20 44:23

**bilingual** 85:11,
24 86:2 89:9,13
90:9,10 91:23
92:17,19 108:22
109:5

**birthday** 42:13

**bit** 101:9

**black** 94:3,9,14
99:22 104:14,19,
21

**board** 24:13 26:10

**bolts** 92:9

**born** 21:14,17

**bottom** 16:24

**break** 5:6,8

**breakfast** 46:10

**bring** 63:25

**bringing** 64:4

**broad** 106:11

**Bronx** 31:15

**Brooklyn** 29:10

**brought** 7:11,14,
23 102:10

**budget** 75:6 83:8
85:20

**Business** 29:13

---

**C**

---

**C-a-s-a-r-e-s**
26:19

**cafeteria** 48:15,
16

**Calcano** 29:15,17
30:3,12,21,25 31:5
64:3,4,8 71:17,20
72:5,7

**calendars** 50:4

**call** 54:4 74:13
77:14 88:21,23

**called** 4:2 42:11,
13 62:20 65:15
73:3 87:6

**calls** 49:25

**Campus** 10:20

**candidate** 20:23

**candidates** 20:25
21:4

**Cardi** 37:25 39:19
40:8,22 58:3,8,25
60:2

**cares** 52:22

**Casada** 38:9,16
39:25

**Casado** 38:17,18
41:11,15

**Casarces** 26:16,
17,24 27:16 28:2,
19 29:2

**Casarda** 38:9,16

**case** 4:19 5:21 8:3
48:22

**cases** 43:15 65:3
107:25

**categories** 16:11,
20

**caused** 14:9

**central** 10:5

**certainty** 108:21

**certification**
78:12 85:11

**certified** 49:10

**Chancellor** 69:12

**Chancellor's**
67:13,14 68:18,20

**characterize**
47:25

**charge** 59:24 63:5

**Charles** 97:23
103:13

**circumstances**
18:13 25:23 28:9
34:7

**City** 4:12,20 7:11,
23 8:19 10:21

**City's** 13:11,18
65:20

**Citywide** 79:22

**Civil** 35:6

**clarify** 5:4,22
15:23 43:2 70:10
100:25 103:8

**clarifying** 101:8

**classes** 70:18

**clear** 102:2 103:4
108:10

**clerical** 34:15
49:24 50:6,14

**clients** 9:23

**close** 42:12

**coach** 9:11

**coaching** 9:24
10:16

**Code** 65:21

**colleagues** 75:21

**comment** 62:4,9,
16 63:10 66:7,10
108:7

**common** 108:2

**communication**
26:3 29:2 30:20
33:13 42:14 88:20
89:3 91:13

**community**
33:17,21,24 34:2
35:12,19 36:4,8,9,
18,20,21 37:2,3,12
39:3 41:19 42:21,
24 43:6,18,19
44:2,8,12,21,24
45:4,18 50:9,11,
13,20 51:16 57:20,
25 88:4 92:5
106:7,13,22
107:12

**complain** 55:25
56:3 61:18 67:5
71:3 94:12,16

**complained** 62:3,
9 103:20

**complaining**
71:18 103:9

**complaint** 62:15
69:10,23 70:3,4,13
71:7,24 72:4 108:6

**complaints** 8:3
68:15 71:9,10,11,
13 102:22

**completely** 109:5

**complexion**
99:23

**computer** 50:2
105:16

**concern** 13:3

**condition** 59:18

**conference**
48:17,18 67:25

**confidential** 51:7

**confuse** 102:3

**confused** 9:2
82:19 101:11

**congregate**
47:21

**considered** 65:24

**construction**
58:16

**consulted** 56:16

**contact** 82:15
91:7

**contacting** 50:3

**continuously**
11:19

**contracted** 88:7

**contractual**
51:18

**contractually**
50:24 77:16

**conversation**
80:22 81:2

**Coordinator**
88:14,16

**copies** 51:14

**copy** 67:13 69:9
78:16

**copying** 49:25
50:7

**correct** 7:20 8:21
9:15 11:20,23 13:8
14:25 15:8,9,12
17:3 18:4 20:3,12,
18 21:4,12 23:15
25:18 26:10 27:15,
24,25 29:19 30:14,
15 31:22 32:3,7,20
35:3,21 36:19
37:8,9 39:4 40:15,
17 41:21 42:15,18
45:12 48:25 49:18
54:22 57:17,23
64:19 66:17 67:23
72:7 74:23 78:25
79:4,9 80:4,15,20
81:15,22 82:4,6
84:8,12,23 85:7,9,
10,14 86:8,13,19
87:11,19 90:7,13,
20 93:19 95:9,13,
18 96:5 97:19
99:18 100:23
102:7,18 104:15
108:14

**corrected** 55:10

**correctly** 26:20
28:11 65:9 72:12
99:13

**Council** 8:17

**counseling** 77:24
78:4,8 80:25 92:4

**Counselor** 78:17,
21 80:15,19 81:14,
22 84:7,11,21,22
85:24 86:2,18
88:10 89:13 90:7,
9,10 91:24 92:2,9,
16,20

**Counselors**
59:25 79:3 92:13
108:23 109:6

**country** 21:22

**couple** 75:5

**coursework** 78:7

**court** 5:13

**Courtney** 38:10,
11,12

**cover** 78:17

covered 53:9

crafting 35:18

create 76:25 83:7

created 83:7
85:19,23

credit 13:22 14:15

criteria 20:22

CSA 8:20,23 9:6,
7,17 10:9,17 11:22
42:5

cultural 94:2,8

current 54:10

**D**

D-e-l 61:4

Daniel 29:15

database 73:7
74:12,13

David 11:13

day 9:19,20 10:2,
27:10 44:3 47:13,
15,18,23 63:21
92:8 106:6

days 10:12,13,14
43:17 46:10,13,24
47:3,8,10,12,13,
16,19,23 48:6,9,11
67:25 68:2 77:17

deal 64:21

dealing 51:6

Dean 64:12,14,16,
20 65:2,3

Deans 66:24

December 11:9,
15,19 12:20 20:8
27:4 29:21 41:19
49:6 58:7,24 80:11
86:25 91:6,15

decide 12:19

decision 12:10,
12,14 13:7 25:11
27:23 30:6 32:5
56:13 79:7 90:15,
107:19

decisions 63:19

defendant 95:6

degree 77:22
80:25

Del 60:23 61:5,14

Delroy 104:23

denied 106:3

deny 106:5 107:2

denying 107:24

departed 27:14
30:19

department 4:12,
20 7:11,17,24
8:13,15 9:7 15:14
20:19 28:5 32:9,19
45:8,11,12,13,15
65:24 73:25 74:17
76:2 79:21 83:10
84:2,25 86:3 94:25
104:8

departure 25:23
82:16 88:22 91:5,
14

depend 17:23,24
35:25 45:2 50:10

depending 18:11
21:5,13 34:6 65:3,
4,7 69:23 77:10

depends 17:19
34:3 60:9 72:16
75:2

deposed 7:22

deposition 6:7,
10,16,19 7:5,18

description 43:8

desk 57:13

determine 21:3,
11 63:15

determined 34:4
36:13 66:19

development
46:10 47:8,9,14,18
48:9 67:25 106:4,
9,12,15,21,24
107:9,13 108:3

differ 42:25 44:5

difference 36:11
43:13 91:25

differences 44:6

differently 102:12

direct 15:18 37:20
66:21

directed 107:14
108:4

directly 15:19
53:4,5 69:4 71:9
72:21

Director 69:16
75:15

disciplinary 28:6
63:18 65:5,7,24
66:18,22

discipline 20:15
63:4,5,16 64:17
65:20 66:25

disciplining
52:13

discriminated
70:17 71:3,4,20
72:8 96:4 97:18
98:10,24 100:3,9,
22 103:2 104:9
105:8

discriminating
102:6

discrimination
7:9 8:4 67:6,17
68:16 71:7,11,13,
24 72:4 94:21 95:8
96:10,25 102:15,
16 103:10,21

discussing 63:3

discussions
75:14

distinction 101:4

district 36:14
75:16 77:2

District/network
35:14

division 94:2,8

document 17:17
67:21

documents 6:18
16:8,10 18:24 19:3

DOE 20:22 28:17

73:8 74:5,8,9
76:18 79:2,8 84:6,
10,22,23 108:20

Dominican 22:2,
4,10,11,17 25:18
28:21 30:14 33:8
40:17,21 41:5,10,
17 82:6 87:21 91:3

downstairs 48:16

drafted 35:13

duly 4:3

duties 9:10 34:3,
7,9,13 49:19
50:14,18,25 51:2,
15 52:18 106:17

**E**

e-mail 32:17,22
69:19 72:21 80:7

e-mailing 76:12

e-mails 75:19,20
79:21 80:2

earlier 56:7 82:24

easy 60:3

eat 46:25 48:8

EBT 29:9,11

Education 4:13,
20 7:12,24 8:13
32:9 74:2 84:3
87:25

Edwardo 26:16

Election 47:15

electronic 73:7

Elvin 38:5 39:23
40:10

employed 8:10,
12 32:8

employee 62:5,
11 67:12,17 69:8,
19 70:13 84:25
105:18 107:2

employees 20:15
43:19,20 67:4
73:13,25

employment
8:25 20:18 32:15

encourage 69:9

encouraged 65:2

end 18:10,18,22
19:11,15 52:8

ensures 86:3

entail 9:21

Enterprise 29:12

entire 14:24 59:18

environment
56:4

Esperanza 37:25
39:19 40:8 58:3,25
60:2

essentially 43:3

ethnicity 104:10

evaluate 52:3

evaluated 16:2

evaluating 52:17

evaluation 17:10,
25 18:3,12,16,19,
23 19:16 52:11

evaluations 16:6
17:5 18:4,6,18
19:3,11 52:4,19

events 95:11,16

eventually 76:21
93:16

everyday 9:16

exact 14:11

EXAMINATION
4:6

examined 4:4

executive 23:8
24:13 26:9

expect 66:9

experience
52:16,20 79:17
84:2 88:4

explain 9:20
58:11 70:10 83:5

extent 20:19
80:23

Ezekiel 86:16

**F**

fact 57:20

Faculty 67:25

fair 24:8,12,16
27:21 42:16 65:20
80:13 93:15,25
94:7 104:3

fairness 66:13

familiar 22:12
24:17 25:22 26:15,
21 29:14 33:16
48:21 73:17 81:11
86:15 90:3 95:20
97:3,22 99:9
104:23

families 92:6,7

family 92:4

Fanning 11:13,24
12:10

fast 5:2

favorably 94:14

February 62:19

feel 65:14,16 69:5
70:16 102:5

feels 52:24 53:2

felt 71:4,19

fight 66:5

file 68:15 69:9

filed 103:16

files 51:8,13 60:4

filing 50:2

fill 17:5

filled 17:12 82:9
83:2 93:16 108:18

filling 49:25 68:7
72:25

final 16:23 17:7

find 14:14 58:10
79:16,20

finish 5:10

five-year 80:8

focus 92:7

focusing 55:10

Folks 64:25

follow 67:22
68:20

food 46:3,4,5,13,
18,20,24 47:4,20
48:12

foresee 106:2

forgot 54:2
108:25

formal 18:17

Forty 8:9

freeze 78:25 79:2,
6,14,21,23 80:9
85:25 86:10,12
87:16 89:6,13
92:12 108:19

freezes 80:3

friends 26:5 30:23
31:6

fucking 62:21

full 4:8

full-time 8:24 9:5,
13-34:18,25

funding 21:9

**G**

Galaxy 73:3 74:20
77:2 83:7,8,19,22

Garcia 24:18,20,
21 25:12,16 26:3,
12 61:19,22,24
62:4,10 63:8,11,
13,14,22,25 65:8,
11 71:5,8,10,15
72:5 108:7

gather 47:4

generally 34:14,
24 44:3 47:7,15
49:21 64:25 66:12,
14 67:2 69:18
72:24 73:2 105:21
106:2,13,16,25
107:4,11,16,18

generates 73:4

gestures 5:14

Gilberto 24:18,21
61:22 63:8

Giscombe 104:24

give 5:13 14:5
17:17 69:8 107:5

giving 5:12

Glen 98:15 103:14

good 4:15,16 36:6
38:23

grades 14:2,5

graduated 54:11

graduation 14:3

grant 105:21
107:2

grits 108:8

groups 15:17

grow 21:19 22:3

Grullon 38:3
39:21 41:2

guess 22:24 36:3
37:5 48:12 71:22
83:12

Guidance 15:14
56:18 57:4,7,8,16,
22 58:9,20 59:2,7,
10,11,20,25 77:22
78:17,21 79:2
80:14,19 81:14,22
84:7,11,21,22
85:24 86:2,18
88:10 89:13 90:6,9
92:12,15,20
108:22 109:6

guidelines 66:23

guys 81:3

**H**

hacking 32:16

half 53:8

hall 57:4,6

hallway 81:5

hand 5:14

handed 17:13

handle 65:3

handled 66:15

handling 51:7,9

hands 54:7

happened 81:7
95:12 107:17

happy 5:3

harassed 70:16

harassment
67:6,16 68:3,15
70:6,11,12 101:6,
16

Harlem 10:23

Hartley 95:21
96:9,24 97:9
103:15

head 5:14

hear 5:16

heard 38:14

held 23:2,5,16
24:6,9,13 37:7
47:10

Henry 4:10

hesitating 27:9

High 8:16 9:3
10:20 11:7 29:9,
11,13

hire 20:18 21:4
25:12 27:24 30:7
37:6 76:21 79:19,
24 85:15 88:25
90:16,19

hired 27:17 30:4
32:2 34:6 36:18
37:12,16,19,21
39:2,7 40:4 44:14
50:21 76:23 81:21,
24 85:6,7,12,15
86:6,7,12 87:7,10,
15 88:14 89:5,9,
90:12 91:21 92:11,
15 93:3,4,8 108:22
109:4

hiring 26:12 29:4
30:25 31:5,7 36:13
79:2 82:13 87:23
88:18 90:23 92:12

hirings 44:14

Hispanic 25:16
28:19 30:12 33:6
40:14 41:4,6,9,16
62:19 82:3 87:18
90:25 91:9 94:2,8,
13,17

hold 8:22 11:5,15
23:7,11,20,23,25
49:7,14

holiday 42:11

honest 46:21

hours 34:23
43:16,24 44:3

HR 75:15

Huascar 38:3
39:21 41:2

Human 79:9,12

hundred 97:21

**I**

idea 81:6 99:21

identify 22:9

IEP 61:6

Immediately
11:21

implemented
13:22

inappropriate
28:13 63:10

incident 62:3,8

incidents 66:11

included 94:25

including 32:24

incorrect 85:14

increase 76:8

indirectly 15:20

individual 24:18
26:16,22 29:15
31:17 38:7,8 61:3
70:8 81:12 84:21
86:16 90:4 95:21
97:4,23 98:14
99:4,10 100:12
104:22,23

**individual's** 32:22

**individually** 7:15 95:6

**individuals** 20:18 32:24 35:8 37:7,11 38:15,25 39:2,7 40:13 42:3,8 60:11 61:10 73:23,25 93:5,9,17 94:13, 14,17 102:4,18 103:12,15,24 104:13,17,19

**inflating** 14:2

**inform** 4:22

**informal** 18:17

**information** 51:7 60:4 72:19

**informed** 80:3

**infraction** 65:4,5, 10,13,17

**infrequent** 47:21

**Ingrid** 90:4

**inhibit** 7:2

**initially** 54:24

**input** 72:18 75:10 76:20

**inputted** 73:3

**inquiring** 78:21

**instance** 51:5 70:17 75:4

**instances** 66:24 72:20

**instructed** 5:18

**instructing** 107:8

**intact** 80:10

**interchangeably** 24:4

**interest** 80:19

**interested** 75:22

**internal** 73:13,21

**internally** 85:18

**Intervenor** 9:8,9

**interview** 93:5

**interviewed** 80:14 93:9

**intially** 30:4 53:12

**intolerant** 62:6,12

**investigate** 70:2

**investigation** 13:11,12,18,19 14:9 28:15 32:19, 20

**invited** 48:7,10

**involved** 12:9 25:11 27:23 30:6 32:5,14 35:18 56:12,15 63:18 64:17 65:8 90:15, 18 107:19

**involvement** 66:21

**involves** 43:21 63:20

**issue** 19:18

**issued** 18:6

**issues** 68:3

**issuing** 52:10

**item** 85:20

**J**

**Jewish** 104:8,10, 18

**job** 9:9,13 12:22 36:5 42:24 43:7 44:5,7,9 52:18 84:19 109:7

**joining** 83:25

**Josh** 4:17

**Joyce** 97:4 103:14

**June** 47:17

**K**

**kind** 17:19,23,24 18:12 58:14,15,17 59:18 74:16 76:4 77:10,15 85:17

**kinds** 66:11

**knew** 29:7 78:9

**Knowing** 107:4

**knowledge** 28:16 35:5 51:6 66:12 77:21 80:5 96:23 100:10 102:24 103:9 105:7

**L**

**lactose** 62:6,12

**lag** 83:15

**language** 91:11

**large** 50:13

**lawsuit** 7:9,10 94:21,24 95:7,11, 16 96:3,7,12 97:18,21 98:13 99:3 100:6 101:21, 24 102:10,14,15, 16,22,25 103:5,8, 16,19 104:2,7

**lawsuits** 7:22 104:5

**leaders** 8:19

**learned** 89:20,24 103:16,20

**leave** 11:8 12:12, 16,19

**leaving** 13:4

**left** 13:14 15:4 20:7 24:24 25:6,20 26:2 27:3,5,6,7,14, 19 28:3,24,25 29:20 31:24 32:12 41:18,20,22 42:8 49:6 51:20 58:6,23 70:9 80:11 81:16, 17 86:25

**letter** 78:17

**level** 63:15 64:23 66:16

**levels** 36:4

**library** 48:17

**license** 49:15,17 79:3 85:7

**licensed** 49:12,13

**licenses** 80:10

**licensing** 86:4

**life** 21:21

**list** 37:10 39:13

**listed** 38:25 40:14 42:4

**located** 10:7

**logging** 32:21

**long** 22:21 23:16, 25 25:5 83:16

**lost** 95:14

**lot** 92:4

**loud** 5:13

**lunch** 53:10

**M**

**made** 8:3 13:7 14:8 62:2,4,10,14, 18,24 63:10 66:7,9 79:13,14 95:8 101:5,15 103:16 105:19,25 108:5,6, 7

**maintained** 26:3 88:20 89:2 91:6,13 96:19

**major** 36:11

**make** 85:16

**makes** 58:19

**making** 65:9

**male** 38:8

**manager** 36:13

**managing** 50:4 75:3

**Manhattan** 19:24, 25 21:18,19

**manner** 52:14

**Manrique** 37:14, 22 39:15 41:8

**Market** 73:18,20, 21,24 74:21 82:10, 21 83:3,11,22 89:17 108:13

**Master's** 77:22 78:3

**Math** 76:3 77:7

**matter** 63:9 105:19

**Mayo** 31:19

**measure** 66:18

**Mecca** 69:15 72:14

**medication** 6:25

**meet** 29:8

**Melissa** 4:19 48:22

**member** 22:19,21 26:7 30:16 33:10 66:8

**members** 46:3, 14,19,25 48:7 94:3,9,10

**mentioned** 15:18, 20 41:13 42:17 50:6,12 51:2 56:7 68:17 70:7 74:11 75:12 76:16 80:23 91:20 101:14

**mentor** 9:11

**mentoring** 9:24 10:16

**met** 4:18 29:6,9

**meted** 66:19

**middle** 13:5

**Milciades** 31:17

**mind** 81:4 96:14

**mini** 58:15,18

**Minigatos** 60:19 105:23

**minimum** 35:11 43:24

**minute** 63:4 79:16

**misbehavior** 65:25

**mistreated** 69:5

**mistreatment** 68:16 70:6,10

money 75:8

monolingual 79:3 80:10 85:7,25 86:8,10,12 87:16 89:6 92:12 108:19

month 10:13,14

monthly 48:3

move 22:6 55:22 59:6

moved 54:21 55:4 56:8

**N**

named 24:18 26:16 29:15 31:17 81:12 86:16 95:6, 21 97:4,23 98:14 99:5 100:12 104:23

names 40:18

nature 7:7

needed 45:11

negative 61:25

newspaper 76:10

Nigeria 99:20

nigger 62:21

nods 5:14

normal 9:20 10:10

North 19:24

Notary 4:3

noted 109:12

notice 101:3

November 11:3, 4,18 47:15 53:13 54:24 97:11,14 98:5,19 99:17 100:16

number 36:18 37:6 43:16 67:15 69:8 77:17

nuts 92:9

**O**

O-r-b-e 61:4

oath 4:22

object 99:7

objection 5:17 84:13

observation 18:21

observations 18:17

observing 52:16

obtained 78:11, 14

occur 47:5 48:2,6

occurred 95:17

OEO 69:16,22 70:12 71:25 72:4, 10

offered 12:23,25

office 10:4,5,11, 14 13:11,18 48:19 54:3,12,14,15,18, 22 55:2,5,6,8,11, 14,17 56:2,21,24 57:2,3,5,7,12,17 59:13,14 72:15 81:5

officer 15:16

offices 10:9 45:5, 6 57:10,11,16,22 58:2,9,13,15, 59:18

official 23:2 64:21

online 72:17 76:13,17

open 73:17,20,21, 24 74:8,21 75:7,8 82:9,21 83:3,11,22 89:16 108:13

operation 14:25

opportunity 4:21

opposed 66:4 92:7 107:15

Orbe 60:23 61:5, 14

order 35:9 46:3,4, 18,20 49:13 76:20

ordered 46:5,10, 13,15,24 47:4,20

Oreoluwa 99:5,10

organization 22:13 23:3,8,14,21 24:14 70:2

organizations 88:5

original 37:5

overlap 50:18

overtime 77:15

**P**

p.m. 109:12

paid 35:2

paper 77:7

paperwork 49:25

Parent 88:14,15

parents 21:22 60:3

part 13:4 14:19 61:15 96:6,12 97:20 98:12 99:2 101:21,24 103:4, 19,25

part-time 43:24

participate 48:7

Paulino 90:4,6, 16,22,25 91:7,14 92:11 93:13 108:12,25

pay 36:12

pending 5:7

people 73:4,15,21 104:14

Pepin 31:17 33:6, 14

percent 97:21

Perdomo 37:23 39:17 40:3,19,20 42:11

Perez 86:16

87:18,24 88:17,21 89:3,5,16,20 90:19 93:8 108:11

perfectly 46:21

performance 16:2,5,25 17:5,10 18:3,23 19:3,11,16 52:3,4,11

performed 50:9, 19,20 51:3 52:18

period 14:20 15:6 53:3,10 54:18 80:8 93:2

permitted 105:12 106:8,14,20,22

person 70:16 75:17 76:20 77:3 86:4,5 100:13

personnel 51:8, 10

Peterkin 98:15 103:14

Philip 10:20 11:2, 5,25 12:6 14:23 24:22 27:2 81:15 95:13,18 99:16 100:15 105:2

phone 28:14 49:25

phones 50:7

Phyllis 100:12 103:13

physically 75:8 77:5

picture 81:4

pictures 28:13

place 67:4 89:6 108:19

Plaintiff 48:22

play 34:15

point 12:17 13:16 22:3 33:2 34:22 51:25 53:8,21 54:16,21 59:24 60:17,23 64:10,12, 17 72:8,17 76:23 78:24 79:5 95:24

policy 67:3 68:14

pool 76:8

portion 50:13

posed 5:20

position 8:22 11:15 12:24 20:23 21:3,6,13 23:8,10, 17,23 24:2,13 35:19 36:2 49:5,7 68:6,8 72:23,25 74:5,19 75:23 77:4,11 78:18 80:15 82:8,9,20,25 83:17,18 84:8,12 85:24 88:11 89:14, 15,19,23 92:25 93:6,10 106:20

positions 23:3,5, 20 24:6 34:17,18 35:3,6 37:7 73:2 77:19 78:22 79:23 80:4 108:10,18

positive 61:25

possess 20:23

post 74:20 75:12 76:9,16,19 77:5 83:17

posted 76:24 77:13,16 82:9,21 83:2,19 89:16 108:13

poster 77:6

posting 76:13

postings 77:13, 14

practice 70:23 76:16

preferential 94:18

prepare 6:6,19

prerequisite 84:20

presence 62:4,10

President 23:12, 13,19,24 24:4,5

pretty 38:23 41:10, 44:17,18 84:16

**prevent** 6:22

**previous** 91:9

**previously** 101:2

**Principal** 8:16 9:3 10:19 11:7,17,18, 25 12:6 13:17 14:6,18,20,23 15:7 17:4 19:6,7,14,20 20:14 21:10 24:22 25:12 27:2,8 29:18 30:10 31:15 32:3 34:5 35:14,17,23 37:17,18 39:4 40:6 45:16,20,22,23 46:2 47:6 52:2 53:12 54:24 56:10 59:13,15,21 60:18 61:12,17 63:6,7 64:9,24 68:7 72:25 75:15, 79:25 83:14 87:7,11 88:24 90:13 93:24 94:6 95:13,18,25 97:7, 11 98:2,5,19 99:17 100:16 105:3 107:24

**Principals** 9:12, 24,25 10:16 20:2,9 37:20 46:12,16 60:20 66:23 79:22

**prior** 10:17 23:19 26:12 29:4 30:25 31:5 39:7 40:4,7 61:17 82:12 83:25 84:7,11,22 85:3 87:23 88:10,14,17 94:22 97:10,14 98:4

**problem** 64:22

**procedure** 67:3, 9,20,22 68:14 69:2

**proceeding** 7:8

**process** 67:10 68:19 69:2

**profession** 107:8

**professional** 46:9 47:14,18 67:24 106:4,8,11, 14,21,24 107:12 108:3

**promotion** 21:8, 9,11

**promotions** 21:8

**pronunciation** 99:12

**protected** 70:18

**protection** 44:5

**protections** 44:8, 9

**provide** 5:11,24 9:23 52:4

**provided** 46:14 78:16

**public** 4:4 14:14

**pupil** 51:10,22 54:2 56:25 57:2,3, 5,17 60:6

**pursuing** 78:7 80:24 81:10

**put** 74:21 75:18,20

**putting** 59:17

---

**Q**

---

**qualification** 84:18

**qualifications** 21:2 35:12,13,19, 24 36:12

**Queens** 87:8

**question** 5:2,4,7, 10,20 6:2 19:8 21:7 31:4 36:3,6, 15 37:5 43:4,12 66:6 68:9,10,12,13 70:5 71:23 72:22 83:12 102:9,23 106:10

**questions** 4:23 14:18 101:2,9 102:20 109:11

**quote** 38:24 62:20 63:23 64:4

**quoted** 65:22

**quoting** 54:6

---

**R**

---

**race** 7:9 96:5

97:19 98:11,25 100:4,10,23 102:7 103:3 105:9

**racial** 8:4 94:21 95:8 96:9,25

**Ramirez** 81:12,21 82:3,8,12,16,21 83:18 84:3 85:6 86:7,11 89:24 90:19 93:4 108:11

**Ramirez's** 85:3

**Randolph** 10:20 11:2,6,8,16,25 12:7,20 13:17 14:21,24 19:20 20:5,7 24:22 25:6, 20 27:2 28:24,25 29:5,18,21,25 30:10,19 31:8,9, 21,24 33:21 35:17 37:13 38:15 39:4,8 40:4,7 42:8,20 44:25 48:24 49:2 58:7,24 68:6 71:2 72:24 81:15 82:17 83:25 85:4 86:19 87:12,13 88:11 90:7,13,23 91:18 93:25 94:7 95:13, 18,24 97:7,10,14, 25 99:17 100:16 105:3

**range** 34:8,10 65:5 66:2,3,22,25

**ranges** 65:21

**rated** 16:20

**rates** 14:3

**rating** 15:15 16:23 17:8,20,21,24

**ratings** 16:11,16, 17

**reason** 4:25 6:21 12:5

**reasonable** 106:3

**reasons** 107:7

**reassigned** 27:10 28:4,10

**reassignment** 28:7

**recall** 11:11 14:4 20:8 25:9,14,15 28:11 30:3 33:2 35:23 46:17 47:11 52:9,12,13,15 53:18 54:16, 55:17,21 56:17 57:24 58:7 59:5 60:13 61:20 62:8 64:2,4,7 71:18,22 72:3 74:11 78:5, 15,19,20,23 80:9, 16 82:22 84:4 85:13 86:9 88:13 90:2 93:21,23 96:6,11,13,15,18, 22 99:13 105:11, 13 107:10 109:2

**receive** 16:5 17:9 19:10 21:11 67:20, 21

**received** 71:24 78:3 79:25

**receives** 67:12,17

**recently** 54:11

**recollection** 109:4

**record** 4:9 36:25 101:13 102:2

**records** 50:4 51:9,11,13, 53:22, 24 54:4,6,9,10 55:9 56:22

**recovery** 13:22

**Rector** 4:13 10:8

**reduced** 34:23

**refer** 53:25

**reference** 87:7 88:22,24 108:8

**referenced** 44:13 63:23 93:17 103:24 104:14,18

**referred** 31:19 38:14 53:23 55:8 63:11

**referring** 67:16 99:11 102:21

**reflected** 52:19

**register** 5:14

**regular** 42:14

**regulation** 69:9

**regulations** 67:13,15 68:19,21 69:13

**relate** 8:3 14:19 32:16

**related** 13:21 32:18,21 62:25 95:11,16 102:17

**relating** 13:22 62:15 72:5

**relation** 56:20

**relationship** 42:12

**relevance** 99:8

**religion** 69:6

**remained** 25:5 28:25 30:20 33:13 82:15

**remember** 8:7 14:11 24:10 26:20 27:11,22 30:5 33:4 36:23 38:19,20,21 41:12 51:23,25 54:20 55:3,4,6,16, 19,20,24 56:5,6 58:24 59:9,19 61:23 62:13,17,23 63:2 67:15 69:13 71:14,21 72:11,12 73:9,11 78:13,14 80:6,12,22 81:8,9 82:2,11 83:23,24 84:16 86:14 88:2, 8,12,16 89:11 90:8,11 91:22 92:14,21,22 95:4 96:8 97:2 101:23 103:21 104:6 106:18

**reminded** 36:7

**Renaghan** 6:13, 15 84:13 99:6 109:10

**repeat** 5:3,22 31:3

**replace** 12:10

**report** 19:21,23 69:10,11,20,22 70:15,19,20,21

71:7,25

**reported** 20:12 72:7,9,10,12,14 105:22

**reporter** 5:13

**reporting** 72:3

**reports** 14:13 15:18 18:21

**representing** 4:18

**Republic** 22:2,4

**request** 105:19, 24,25 106:3

**required** 4:23 35:8 68:4 70:21 71:25 76:18 77:16

**requisite** 21:2,9

**Resources** 79:10,12

**respect** 7:22 21:7 71:17

**response** 65:8

**responses** 65:6

**responsibilities** 44:4,10 106:18

**responsibility** 43:15 70:14

**responsible** 14:24 15:7,10,13

**resume** 78:16

**Roger** 95:21 103:14

**role** 34:15

**rolls** 44:10

**room** 48:13,17,18 53:22,24 54:4,5,6, 7 55:9 57:18 60:6, 7,12

**roughly** 22:24 27:19

**Rubio** 4:10,15 33:1,16 109:1

**S**

**Salau** 99:5,10,12 103:13

**Santana** 72:15

**satisfactory** 16:18,21,25 17:21

**school** 8:16,18,19 9:3 10:12,20 11:7 12:12,13,17 13:4 14:25 15:4,16 16:3 25:24 27:17 28:3 29:9,11, 33:13,22 40:5,6,12 41:18,20 42:17,22,25 43:10, 18,23 44:7,22 46:3,14,19 47:12, 23 49:7,8,10,14,23 50:24 51:15 52:22 53:11,14 55:23 56:17 60:16 61:8, 9,11,13,15,16 63:5 64:21 67:4,11,12 73:14 75:4,5 77:6, 13,17 78:10,18,22 80:11,20 81:22 87:8,9 91:6,15 92:2 94:4,9,10 98:18 99:15 105:14 107:7

**school's** 19:9 83:8

**schools** 9:18,23 10:16 88:5

**Sean** 6:11

**search** 74:15,16 75:18

**secret** 51:6

**secretarial** 49:17 57:3,13

**secretaries** 49:23 50:25 51:18

**secretary** 24:5 49:8,10,14,20 50:19 51:3,5,9,12 53:16 54:12

**secretary's** 53:9 54:3

**Security** 63:8 64:24

**selected** 84:8,12 88:11

**selection** 85:4

**seminars** 105:15

**send** 69:18 72:20

**sense** 58:19 85:16

**separate** 43:7 57:15

**September** 81:24

**Sergio** 60:16,21 61:7,13

**service** 35:6 92:5

**services** 92:4,5

**session** 77:14 107:13 108:3

**set** 67:22 72:17

**severe** 65:10,12, 18,24

**shared** 80:24

**sheet** 77:7

**shifted** 101:9

**showing** 28:12

**shows** 83:10

**sign** 17:16,22 19:2,15

**signs** 67:18

**similar** 36:8

**single** 10:2 69:7

**site** 9:22 74:16,21 76:13

**sites** 76:17

**sitting** 96:23

**situation** 62:19 63:16

**slash** 43:20

**smaller** 57:11,15, 22

**smiling** 79:15

**social** 90:10 91:21,23 92:2,3, 20,24

**someone's** 32:17

**someplace** 107:23

**somewheres** 66:4

**sort** 36:5 44:14 50:4 56:8 64:20

**space** 55:22,23 58:14,20 59:2 60:24,25 61:4

**spaces** 56:8,9,14 59:3

**speak** 5:2 6:9,16 65:11 68:18 85:21

**speaking** 34:24 64:25 91:11 106:25 107:11

**Special** 13:12,19

**specific** 51:15 68:2 106:17

**specifically** 35:23 49:21 59:6 61:24 71:15 92:23 93:21 96:8 102:21

**speculation** 84:14

**spell** 26:18 61:2

**spiraled** 28:15

**spoke** 6:13

**spread** 44:15,16

**staff** 15:11,21 19:10,18 46:3,14, 18,25 47:4,8,9,20 48:7,9 66:8 67:5 68:3,14 94:2,3,8,9

**staffing** 107:7

**stand** 22:15

**stands** 29:12

**started** 59:17

**state** 4:8 49:11

**States** 21:15,23

**stationed** 57:21

**stayed** 42:7

**Staying** 69:3

**Stenna** 97:4,13,17 103:14

**storage** 54:7

**Street** 4:13 10:8

**student** 14:2 28:12 48:16 62:20 63:3,5,10,24 64:17 65:14,22,25 66:8

**students** 13:23 14:16 15:3 28:13 51:10 52:22 54:11 63:20 64:14 92:6

**stupid** 62:21

**subject** 69:3

**substantiated** 32:18

**sued** 101:5

**suing** 104:8

**suite** 56:18 57:8,9, 14,16,22 58:9,21 59:2,8,10,11,19, 20,22

**summary** 18:23

**summative** 18:19

**Superintendent** 19:25

**supervise** 15:19

**supervised** 15:20

**supervising** 15:7,11,14

**supervision** 37:21

**supervisor** 34:5 45:13,14

**Supervisors** 22:17

**support** 34:15 107:5

**suspect** 107:23

**sworn** 4:3

**system** 13:21 73:3,5,10,15 75:10 108:13

**systems** 50:2

**T**

taking 77:3

talked 18:3

talking 18:20,22 38:20 55:13 56:25

Tatiana 37:14,22 39:15 41:8

teacher 17:9,14, 18 18:9,14 61:6 63:11 69:4 75:12, 22 76:3 77:8 95:24 97:7,25 98:17 99:14,16 100:15 105:2

teachers 15:8,21, 25 16:12 17:6 18:15 19:9 51:14 67:5 68:14 75:16, 25 101:5,14,24 102:11 104:8,18

teachers' 15:25

teaching 34:10 68:6 72:23

Technology 29:13

telling 81:9 83:14

ten 22:24,25

ten-month 43:19

tenure 36:17 37:6, 22 40:7 99:15

term 33:17 51:5

terminated 33:3

terminating 32:14,15

Terminology 85:17

terms 99:7

test 35:9

testified 4:4 80:17

testify 7:2

testifying 6:22

testimony 89:8

thing 5:9 51:19 72:18 74:10 76:4

93:12

things 5:15 50:3, 5,7 69:8 76:6 91:11 92:8 105:16 106:25

thinking 91:8

thought 82:24 91:20

time 5:5,16 11:14 13:10,13,14 14:20 15:6 16:13,14,15 20:3,7,11 24:23 27:3,6,7,13 29:20 31:23 35:15,17,22 36:2 51:20 53:3,19 54:18 55:7 58:6,23 59:16 68:2 69:7,14 78:2 83:15 85:12 86:11,24 89:5,12 93:2 109:12

times 7:21,25 8:2

title 9:8 11:5 43:7

titles 36:8

today 6:23 7:19 47:12 96:24

today's 6:7,10,16, 19

told 69:20 78:7 80:2 93:17

touch 42:7

training 105:12, 15,16,20 106:9

transfer 73:13 74:4

transferring 73:22

treated 94:13 102:12

treatment 94:18

trigger 70:15

triggers 70:19

true 40:9,11 96:22 107:21

truthfully 6:22 7:2

twelve-month 43:20

twos 66:4

type 50:18 62:15, 16 70:3,4

typical 92:8

typing 50:3

**U**

ultimately 15:15 21:5 63:17 86:6

uncomfortable 56:4

understand 5:2, 18,21,23 6:3 9:4 14:12 15:24 18:20 20:21 65:20 85:22 102:9 103:11

understanding 14:7 102:13

understood 5:25

unhappy 70:13

union 8:18

United 21:14,23

unsatisfactory 16:18,21 17:2 52:10

**V**

vacancies 73:10 74:8,17,18 76:17 93:16,18

vacancy 73:4 75:7,9,13 76:19,23 83:7 85:20 89:21, 25

vacant 68:5 72:23 73:2 74:19 77:4

vacation 43:21

vaguely 88:7

variety 76:5

Vice 23:24 24:4,5

Victor 38:24 39:25 41:11,15

violent 66:5

visits 9:22

vivid 96:14

voluntary 12:14

**W**

wanted 21:4

ways 50:23

website 73:8,9, 74:14 83:11

weekly 48:3

weird 58:16

whatsoever 52:14

window 57:13

windowless 56:2

windows 55:15

withdrawn 25:10 33:20 44:23

word 65:18,19 86:6

words 18:16 54:23 58:10 65:15

work 8:17 9:6,7, 16,17 10:18 11:22 27:17 39:7 42:4 43:23 45:19 49:24 50:9 53:2 55:22,23 56:4,9 58:17,20 61:15,16 84:21 88:7 92:24 97:10

worked 31:14 38:15 43:16,17 44:21 48:24 49:2 53:5 54:15,17 58:12 59:21 60:16, 24 84:6,10 85:4 87:24 88:5,9 90:7

Worker 90:10 91:21,23 92:2,3,20

working 8:15 9:5 10:17,25 25:2 27:4 28:17 29:21,25 33:22 50:2 52:20 53:13,16 54:25 57:6 58:8,25 59:7 60:6,11 70:25 84:3 86:22,24 87:8,9

88:4 98:18

works 91:18

Wow 62:22

written 16:8

wrong 32:21 64:19 78:25

Wyatt's 53:10

**Y**

year 12:13 13:5 18:7,10,18,22 19:12,15 23:18 25:7 27:18,22 36:2 43:17 44:14,17,18 47:24 52:8 60:9 67:12 68:18

years 21:20,21 22:24,25 24:7, 44:15 48:14 53:8 60:10,18 64:10 66:3 72:17 84:2 87:24

York 4:12,13,14, 20 7:11,23 8:19 10:21 49:10