UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

MELISSA BASTIAN,

                              Plaintiff,

           -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                          Defendant.

------------------------------------------------------------------------ x

**DECLARATION OF
MALLORY O. SULLIVAN IN
SUPPORT OF
DEFENDANT'S MOTION
FOR SUMMARY
JUDGMENT**

13 Civ. 5972 (ALC) (GWG)

        **MALLORY O. SULLIVAN** declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

        1.     I am the First Deputy Director of the Office of Personnel Investigation ("OPI") for the New York City Department of Education ("DOE"). OPI, an office within the DOE's Division of Human Resources, handles administrative tasks including pre-employment background checks, employee arrest notifications and security clearance, as well as reassignments for the DOE. In my capacity as First Deputy Director, I am familiar with and have authorized access to DOE employee records, including electronically maintained employee profiles. Such profiles include biographical information, as reported by the employee, and include data such as name, date of birth, and self-identified race and/or ethnicity.

        2.     Further, in my capacity, I am aware that DOE maintains demographic data for all DOE schools, which is accessible via DOE's public website. I am also aware that DOE schools maintain books and records pertaining to current staff listings and organizational charts.

        3.     I make this declaration based upon my review of DOE's books and records, and conversations with DOE employees.

4.	A. Philip Randolph High School ("A.P. Randolph") is a DOE High School located in the West Harlem area of Manhattan.

5.	As of February 20, 2015, the self-reported ethnicity of the student population at A.P. Randolph is approximately: 60% Hispanic, 32% Black, 5% Asian, 2% White, <1% Native American, Native Hawaiian or Pacific Islander, or Multi-Racial, and 1% unreported. A true and correct copy of A.P. Randolph's School Register, which is a publicly available document reflecting this information is annexed hereto as Exhibit "1."

6.	From approximately August 2004 to November 2006, the Principal of A.P. Randolph was Maurice Collins ("Principal Collins"). True and correct copies of A.P. Randolph's Staff Directories from the 2006-2007 through 2011-2012 school years, which are publicly available documents that memorialize a portion of Principal Collins' time at the school, and provide information about additional staff at the school, are annexed hereto as Exhibit "2."

7.	From approximately November 2006 to December 2011, the Principal of A.P. Randolph was Henry Rubio ("Principal Rubio"). True and correct copies of A.P. Randolph's Staff Directories from the 2006-2007 through 2011-2012 school years, which are publicly available documents that reflect this information, are annexed hereto as Exhibit "2."

8.	In August 2008, Kanika Hugh was hired under Principal Rubio to work as a Guidance Counselor at A.P. Randolph in the title of Guidance Counselor Secondary. True and correct copies of A.P. Randolph's Staff Directories from the 2006-2007 through 2011-2012 school years, which are publicly available documents that reflect this information, are annexed hereto as Exhibit "2."

9.	According to DOE records, Ms. Hugh self-identifies her ethnicity as Black.

10.     In September 2009, Sonia Burke was hired under Principal Rubio to work as a Guidance Counselor at A.P. Randolph in the title of Bilingual Guidance Counselor Spanish Secondary. True and correct copies of A.P. Randolph's Staff Directories from the 2006-2007 through 2011-2012 school years, which are publicly available documents that reflect this information, are annexed hereto as Exhibit "2."

11.     According to DOE records, Ms. Burke self-identifies her ethnicity as Black.

12.     New York State Department of Education records indicate that Ms. Burke possessed both a School Counselor certification and a Bilingual Education Extension from the State at that time. A true and correct copy of New York State Department of Education certification information for Ms. Burke, which is a publicly available document that reflects this information, is annexed hereto as Exhibit "3."

13.     In September 2010, Altagracia Ramirez was hired under Principal Rubio to work as a Guidance Counselor at A.P. Randolph in the title of Guidance Counselor Secondary.

14.     According to DOE records, Ms. Ramirez self-identifies her ethnicity as Hispanic.

15.     In October 2010, Lauren Casey was hired under Principal Rubio to work as a Guidance Counselor at A.P. Randolph in the title of Guidance Counselor Secondary.

16.     According to DOE records, Ms. Casey self-identifies her ethnicity as White.

17.     In March 2011, Ezequiel Perez was hired under Principal Rubio to work as a Guidance Counselor at A.P. Randolph in the title of Guidance Counselor Secondary.

18.      According to DOE records, Mr. Perez self-identifies his ethnicity as Hispanic.

19.      In April 2011, Ingrid Paulino was hired under Principal Rubio to work as a Guidance Counselor at A.P. Randolph in the title of Bilingual Guidance Counselor Spanish Secondary.

20.      According to DOE records, Ms. Paulino self-identifies her ethnicity as White.

Dated:      New York, New York
              February 27, 2015

By: _____
            Mallory O. Sullivan

# Exhibit 1

# A. PHILIP RANDOLPH CAMPUS HIGH SCHOOL

DAVID FANNING, PRINCIPAL
443 WEST 135 STREET, MANHATTAN, NY 10031
PHONE: 212-926-0113

DOE Home Page  >  SchoolPortals  >  M540  >  Statistics & Budget

Qualify for Free
Meals & Support
School Funding!

APPLY NOW!

**M540**

About Us

  Overview

  Photo Album

  Statistics & Budget

  Maps & Directions

News & Information

  Events

  News and Announcements

Academics & Activities

  Athletics & Fitness

  Mathematics

  Science

  Social Studies

Parents

  Parent Support

Students

  Student Support

Educational Support

  Admissions and Graduation
  Requirements

  Food Services

  Health

  Transportation

**School Search**

School Name, Number, or Address

[          ]  GO

Advanced Search

Register

Data as of February 20, 2015, provided by ATS and refreshed mid-month.

| Pie Graph | Bar Graph | Tabular | |
|---|---|---|---|
| Total Student Population | | | 1,333 |
| **School Level** | | | |
| High Schools | | 1,333 | 100% |
| **Gender** | | | |
| Female | | 645 | 48.39% |
| Male | | 688 | 51.61% |
| **Ethnicity** | | | |
| Not Reported | | 18 | 1.35% |
| HISPANIC | | 800 | 60.02% |
| AMER. INDIAN OR ALASKAN NATIVE | | 3 | 0.23% |
| ASIAN | | 62 | 4.65% |
| NATIVE HAWAIIAN/OTHER PACIFIC ISLANDER | | 4 | 0.30% |
| BLACK | | 420 | 31.51% |
| WHITE | | 22 | 1.65% |
| MULTI-RACIAL | | 4 | 0.30% |
| **English Language Learners (ELL)** | | | |
| ELL | | 95 | 7.13% |
| **Special Education** | | | |
| General Ed | | 1,186 | 88.97% |
| Least Restrictive Environment | | 114 | 8.55% |
| Most Restrictive Environment | | 33 | 2.48% |

# Exhibit 2

**A. Philip Randolph Campus High School at City College**
135th Street and Convent Avenue New York, New York 10031

**PRINCIPAL** -   Maurice Collins

| **ASSISTANT PRINCIPAL ADMINISTRATION** | | **ASSISTANT PRINCIPAL SUPERVISION** | |
|---|---|---|---|
| Shep Brown | A.P. Organization I.A. | Kierra Foster-Ba | English/Social Studies |
| David Loughlin | A.P. Security | Rosalie David | Mathematics/Business/Tech |
| Virginia Tomlinson | P.P.S./Spec.Edu | Purnell Hurd | Phys Ed/Hlth/Art Music/World Lang |
| | | Ingrid Buntschush | Science/Athletic Director |

| ATTENDANCE TEACHER | SPECIAL ED COORDINATOR | SCHOOL AIDES | |
|---|---|---|---|
| Perez Elbia | Marc Haynes | Bryant Pearline | Nunez Lourdes |
| | | Cannon Monica | Perez Maria |
| **CAFETERIA STAFF** | | Calderon Joseph | Pinto Hilda |
| Contreras Maria | **GUIDANCE COUNSELORS** | Chevere Nancy | Ramsey Quasey |
| Daniels Belinda | Grosvenor Florence | De la Mota Sergio | Sistrunk Moses |
| De la Cruz Candida | Leon Cesar | Garcia Ernesto | Verdejo Robert |
| Eusebio Carmen | Medina Juan | Hernancez Iris | Waters Darius |
| Eyzaguirre Martha | Kaalund Deborah | King Tashima | Woodson Jason |
| Granado Mary | Sanger D. | Legrand Alex | |
| Guzman Juannys - **Mgr.** | | Lewis Michael | |
| Snell Stacie | | Luna Monick | |
| Wilfred Ray | **HEALTH CLINIC** | Mercardo Wendy | |
| | Engles Toni (Med Off. Asst.) | Morris Michael | |
| **CIVIL SERVICE** | Gidwani Sonia (Doctor) | | |
| Dumont George | Andrea Lumm (Nurse Practitioner) | **SCHOOL BASED SUPPORT TEAM** | |
| Maldonado Ramon | | Allison Landy (Hearing Teacher) | |
| | | Risa Marlen (Social Worker) | |
| **COLLEGE ADVISOR** | **LAB SPECIALISTS** | Williams Tamara (Psychologist) | |
| Brennen Dennis | Hartman William | A. Horowitz (Speech Teacher) | |
| | Rosenthal Stuart | | |
| **CUSTODIAL STAFF** | **LIBRARIAN** | **SCHOOL SAFETY** | |
| Custodian – Frank Valdez | Epstein Susan | Jackson Richard Level III | |
| Anglero John | | Corbin Margaret | |
| Caraballo Wilson | **PARA PROFESSIONALS** | Daniels Thomas | |
| Duarte Lenore-Secretary | Cuevas Reyita | Fussel William | |
| Pradel Jacques | Fiallos Reyna | Jabbar O | |
| Rodriguez Miguel | Galindez Americo | Moore Ada | |
| Suarez Anthony | Lopez Miladys | Richards Vincent | |
| Tarat Mohammed | Roundtree Sarah | Santiago Carmen | |
| Warren Dario | | | |
| | **PARENT COORDINATOR** | | |
| | Kinard Malinda | **SECRETARIES** | |
| | | Bastian Melissa | |
| **DEANS** | | Braunstein Rita | |
| Caban William | **PROGRAM CHAIR** | Hernandez Elaine | |
| Dorset Ted | Gerin Rob | Mack Sharon | |
| Giscombe Delroy | | Williams Dawn | |
| Robert Rogers | | Wyatt Alice | |
| | **S.B.I.** | | |
| | Thompson Charles | | |

| ART | MATHEMATICS | SCIENCE |
|---|---|---|
| Biles Roy | Alusick John | Bahoritsch Linda |
| Zirkerlbach John | Bunting Craig | Carbone Joseph |
| | Bradley Clifton | Carrasco Alicia |
| **BUSINESS** | Brower Ben | Davidson Dan |
| Gerlich Mark | Csendes Emily | Driscoll Mary |
| | Evans Teri | Eagle Saul |
| | Freese Jay | Fisher Robert |
| **ENGLISH** | Gandhi Raman | Greenland Thomas |
| Benjamin Tracie | Haines Anneliese | Hartley Roger |
| Bell Stephen | Jacoby Alex | Krishna Rajkumary |
| Bohrer Heidi | Levy Amos | Marcucio Jeffrey |
| Chavez Regina | Perez Kyria | McLean Shayron |
| Colmenares Juan (ESL) | Peterkin Glenn | McShall Nicole |
| Downing Kelly | Robinson Marvin | Myles Mitzila |
| Epstein Susan | Rogers Robert | Petersen Chris |
| Frye Charles | Seidman Adam | Salau Oreoluwa |
| Gennaro Melinda | Surdovel David | Stena Joyce |
| Kavanaugh Adelena | Tetteh Issac | VanInwegen Katharine |
| Kozodoy Elizabeth | Tillman Ahlia | Vora Shreedevi |
| Lowenthal Evan | Walker Laginne | Wang Renhong |
| Navarro Didiel | | Wilson William |
| Paulino Nelson | | |
| Sacks Adam | | |
| Schott Danny | **PHYSICAL ED/HEALTH** | |
| Self Charles | Anderson Phyllis | |
| Stallone Colette | Bridges Christine | **SOCIAL STUDIES** |
| Taylor Jennifer | Carrow Jonathan | Armetta John |
| Toomer Jeanette | Giscombe Delroy | Choma Elizabeth |
| Tramantano Adam | Lewis Ian Gary | Curran Patrick |
| Wasserman Michael | Pichardo Robert | DaSilva Renato |
| White Ron | Pruiss Mark | Espin Erick |
| | Sanchez German | Friedman Eric |
| | Sophinos Angelo | Garcia Fareedah |
| | Suncar Jose | Gerin Robert |
| **FOREIGN LANGUAGE** | Weiss Blossom | Hillman Mazine |
| Brown Haughton | Williams Norman | Kagan Marc |
| Caban William | | Kaskey Robin |
| Cuevas Johnny | | Kuhr Monte |
| Gomez Liliana | | Paikin Harry |
| Harris Briana | | Runcie Berte |
| Mesa Juan | | Williams Richard |
| Saint-Fort Lucas | | |
| Villeneuve Paul | | |
| VanZwaren Mildred | | |
| | | **SPECIAL EDUCATION** |
| | | Austin Reggie |



A.PHILIP RANDOLPH CAMPUS HIGH SCHOOL
135th Street and Convent Avenue
New York City, New York 10031

SCHOOL ORGANIZATION CHART FALL 2007-2008
Principal: Henry Rubio

**Assistant Principal Administration**
Gerry Menegatos, AP Organization
Glenn Raysor, AP Security, I.A.

**Assistant Principal Supervision**
Kierra Foster-Ba English/Social Studies/ESL
Rosalie David-Math/Business/Technology
Aquenette Purnell Hurd-Phys. Ed.; Health;
Art/Music and World Languages
Ingrid Buntschuh - Science

| Attendance Teacher | Special Ed Coordinator | School Aides |
|---|---|---|
| Johnson, Chris – 8084 | Del Orbe, Altagracia 2510 | Cannon, Monica – 1091 |
| | | Calderon, Joseph – 3190 |
| **Cafeteria Staff** | **Guidance Counselors** | Chevere, Nancy – 8121 |
| Carr, Robin – Bookkeeper – 8085 | Grosvenor, Florence 1666 | DeLaMota, Sergio – 1067 |
| Contreras, Maria – 8086 | Kaalund, Deborah 1065 | Hernandez, Iris 18122 |
| Daniels, Belinda – 8087 | Medina, Juan – 1064 | King, Tashima – 8123 |
| Reyes, Carmen – 8088 | Perez, Elbia – 1067 | LeGrand, Alex – 8124 |
| DeLaCruz, Candida – 8089 | Sanger, Dalila – 1068 | Lewis, Michael – 8125 |
| Granado, Mary – 8090 | | Mercado, Wendy – 1080 |
| Guzman, Juannys – Mgr – 8091 | **Health Clinic** | Nunez, Lourdes – 8127 |
| Reed, LaShawn – 8092 | Bryant, Pearline – 6061 | Perez, Maria – 8126 |
| | Gidwani, Sonia 6061 | Ramsey, Kwasi – 8128 |
| **CIVIL SERVICE** | Lumm, Andrea – 6061 | Verdejo, Roberto – 8129 |
| Dumont, George – 8093 | | Waters, Darius – 8129 |
| Maldonado, Ramon – 3080 | **LAB SPECIALISTS** | **SCHOOL BASED SUPPORT TEAM** |
| | Hartmann, William 8112 | Marlen, Risa (Social wkr) |
| **COLLEGE ADVISOR** | Rosenthal, Stuart – 8113 | Hector, Arlene (Psych) – 1093 |
| Brennan, Dennis – 1062 | | Roberts, Jan (Speech) – pending |
| | **LIBRARIAN** | |
| **CUSTODIAN STAFF** | Epstein, Susan – 2170 | |
| Valdez, Frank – 1530 | | **SCHOOL SAFETY** |
| Caraballo, Wilson – 1530 | **PARAPROFESSIONAL** | Jackson, Richard –Lvl III – 8133 |
| Pradel, Jacques – 1530 | Roundtree, Sarah – 2510 | Corbin, Margaret – 8134 |
| Rodriguez, Miguel – 1530 | | Daniels, Thomas – 8135 |
| Sepulveda, Henry – 1530 | **PARENT COORDINATOR** | Fussel, William – 8136 |
| Suarez, Anthony – 1530 | Kinard, Malinda – 1130 | Jabbar, O. – 8137 |
| Tarat, Mohammed – 1530 | | Moore, Ada – 8138 |
| Warren, Dario – 1530 | **PROGRAMMING** | Richards, Vincent – 8139 |
| **DEANS** | Gerin, Robert 926-3502 | Santiago, Carmen – 8140 |
| Caban, William – 3193 | Petersen, Chris- 926-3502 | Santiago, Lissette – 8141 |
| Giscombe, Delroy – 3194 | | |
| Dorset, Ted – T/TH/FRI - 3195 (P/T) | **SOUND BUSINESS INSTITUTE** | **SECRETARIES** |
| Rogers, Robert – 8061 | Thompson, Charles -1094 | Bastian, Melissa – 1062 |
| Vora, Shreedevi - 3197 | | Braunstein, Rita – pending |
| | | Hernandez, Elaine – 1600 |
| | | Williams, Dawn – 1069 |
| | | Wyatt, Alice –1059/7059 |

## FALL 2007 ORGANIZATION CHART

| ART / MUSIC | MATHEMATICS | SCIENCE |
|---|---|---|
| Biles,Roy | Alusick, John | |
| Greenland, Thomas | Apostle, Greg | Bahoritsch, Linda |
| Zirkelbach, John | Csendes, Emily | Bulahan, Catherine |
| | Evans, Teri | Davidson, Daniel |
| **ENGLISH** | Freese, Jay | Eagle, S. |
| Bell, Stephen | Fullwood, William | Marcucio, Jeffrey |
| Colmenares, Juan | Haines, Anneliese | McLean, Sharyon |
| DePeralta, Tiffany | Levy, Amos | McShall, Nicole |
| Downing, Kelly | Reisman, Jordana | Myles, Mitizila |
| Fletcher, Donna | Robinson, Marvin | Petersen, Chris |
| Frye, Charles | Rogers, Robert | Salau, Oreoluwa |
| Lowenthal, Evan | Schneider, John | Samonte, Anthony |
| Margraf, Trevor | Seidman, Adam | Tuttle, Katherine |
| Monforte, Theresa | Smedberg, Matthew | Vora, Shreedevi |
| Navarro, Didiel - ESL | Surdovel, David | Wang, Renhong |
| Reznick, Inna | | Wilson, William |
| Rogoff, Elizabeth | **PHYSICAL ED/HEALTH** | |
| Sandberg, Kimberly | Anderson, Phyllis | |
| Stallone, Collette | Bridges, Christine | |
| White, Ron | Carrow, Jonathan | |
| | Giscombe, Delroy | **SOCIAL STUDIES** |
| | Lewis, Gary | |
| | Pichardo, Robert | Choma, Elizabeth |
| | Pruiss, Mark | Curran, Patrick |
| | Sanchez, German | DeGregorio, Carlo |
| | Suncar, Jose | Espin, Erick |
| **WORLD LANGUAGE** | Weiss, Blossom | Friedman, Eric |
| Brown, Haughton | Williams, Norman | Gerin, Robert |
| Gomez, Liliana | | Hernandez, Tomas |
| Harris, Briana | | Kaskey, Robin |
| Parish, Julia | | Kuhr, Monte |
| Paulino, Nelson | | Nunez, Jose |
| Saint-Fort, Lucas | | Paikin, Harry |
| VanZwaren, Mildred | | Williams, Richard |
| Villeneuve, Paul - Coordinator | | |
| | | |
| | | |
| | | **SPECIAL EDUCATION** |
| | | Austin, Reggie-Resource Rm. |
| | | Benjamin, Tracie - English |
| | | Bradley, Clifton - Math |
| | | Cespedes, Rosa - Soc. St. |
| | | Thompson, Gloria - English |
| | | |
| | | |
| | | |
| | | |



# THE NEW YORK CITY DEPARTMENT OF EDUCATION
JOEL I. KLEIN, *Chancellor*

A. PHILIP RANDOLPH CAMPUS HIGH SCHOOL AT CITY COLLEGE
135th Street & Convent Ave.
New York, New York 10031

HENRY RUBIO, Principal
Telephone: (212) 926-0113
Fax: (212) 281-2726

## SCHOOL ORGANIZATION CHART
## FALL 2008
## Henry Rubio, Principal

**Assistant Principals Administration**
Gerry Menegatos, AP Organization -1600

Gilberto Garcia, AP Security IA - 3190
Mayo Pepin, AP Technology IA - 1600

**Assistant Principals Supervision**
Kierra Foster-Ba English/Social Studies/ESL - 4550
Rosalie David-Math/Technology - 3570
Ingrid Buntschuh – Science - 5500

| ATTENDANCE TEACHER | SPECIAL ED. COORD. | SUPPORT STAFF |
|---|---|---|
| Calcano, Daniel - 1070 | Del Orbe, Altagracia - 2510 | Batista, Elvin - 1051 |
| | | Cannon, Monica – 1091 |
| **CAFETERIA STAFF** | **GUIDANCE COUNSELORS** | Calderon, Joseph – 3190 |
| Carr, Robin – Bookkeeper -8085 | Grosvenor, Florence – 1666 | Chevere, Nancy - 1156 |
| Contreras, Maria - 8086 | Hugh, Kanika– 1063 | Escobar, Maria- 1600 |
| Daniels, Belinda -8087 | Kaalund, Deborah – 1065 | DeLaMota, Sergio – 1067 |
| Reyes, Carmen - 8088 | Sanger, Dalila – 1068 | Hernandez, Iris – 8122 |
| DeLaCruz, Candida - 8089 | | King, Tashima – 8123 |
| Granado, Mary -8090 | | Lewis, Michael – 8125 |
| Guzman, Juannys, Mgr. -8091 | **HEALTH CLINIC** | Manrique, Tatiana- 0 |
| Reed, LaShawn -8092 | Bryant, Pearline – 6061 | Nunez, Lourdes - 1075 |
| | Gidwani, Sonia - 6061 | Sutton, Robert - |
| **CIVIL SERVICE** | Lumm, Andrea - 6061 | Venet, George– 8124 |
| Dumont, George - 8093 | | Verdejo, Roberto – 8129 |
| Maldonado, Ramon -3080 | | Waters, Darius – 8130 |
| Cardi, Esperanza - 1069 | **LAB SPECIALISTS** | |
| Perdomo, Amin - 1558 | Hartmann, William – 8112 | **SCHOOL BASED SUPPORT** |
| | Rosenthal, Stuart – 8113 | Marlen, Risa (SW) – 1092 |
| **COLLEGE ADVISOR** | | Hector, Arlene (Psy) - 1093 |
| Brennan, Dennis – 1062 | **LIBRARIAN** | Roberts, Jan (Speech) - 6112 |
| | Epstein, Susan – 2170 | Coffey, Elizabeth-1067 |
| **CUSTODIAL STAFF** | | **SCHOOL SAFETY MAIN DESK - 1058** |
| Caraballo, Wilson – 1530 | **PARAPROFESSIONALS** | Jackson, Richard, Lvl III-8133 |
| Pradel, Jacques – 1530 | Roundtree, Sarah - 2510 | Corbin, Margaret – 8134 |
| Rodriguez, Miguel – 1530 | Phelps, Tanya | Daniels, Thomas – 8135 |
| Sepulveda, Henry - 1530 | **PARENT COORDINATOR** | Fussel, William – 8136 |
| Suarez, Anthony – 1530 | Kinard, Malinda – 1130 | Jabbar, O.- 8137 |
| Tarat, Mohammed –1530 | | Forman, – 8138 |
| Warren, Dario -1530 | **PROGRAMMING** | Richards, Vincent – 8139 |
| **DEANS** | Gerin, Robert – 926-3502 | Santiago, Carmen – 8140 |
| Giscombe, Delroy - 3190 | Petersen, Chris – 906-3502 | Santiago, Lissette – 8141 |
| Dorset, Ted – T/TH/FRI (P/T) - 3195 | | |
| | **SOUND BUSINESS INSTITUTE** | **SECRETARIES** |
| | Thompson, Charles - 1094 | Bastian, Melissa – 1560 |
| | | Wyatt, Alice – 1059/7059 |



# THE NEW YORK CITY DEPARTMENT OF EDUCATION
JOEL I. KLEIN, *Chancellor*

A. PHILIP RANDOLPH CAMPUS HIGH SCHOOL AT CITY COLLEGE    HENRY RUBIO, Principal
135th Street & Convent Ave.    Telephone: (212 ) 926-0113
New York, New York 10031    Fax: (212) 281-2726

## SCHOOL ORGANIZATION CHART
## FALL- 2008
### Henry Rubio, Principal

### TEACHERS

| ART/MUSIC | PHYSICAL ED/HEALTH | SPECIAL EDUCATION |
|---|---|---|
| Biles,Roy –8012 | Carrow, Jonathan –4060 | Austin, Reggie-Resource Rm. - 8074 |
| Greenland, Thomas – 8001 | Giscombe, Delroy –4060 | Tetteh, Emmanuel – English - 8075 |
| Zirkelbach, John – 8002 | Lewis, Gary –4060 | Bradley, Clifton – Math - 8079 |
|  | Pichardo, Robert – 4060 | Cespedes, Rosa - Soc. St. |
| **ENGLISH** | Pruiss, Mark – 4060 | Thompson, Gloria – English - 8083 |
| Bell, Stephen – 8003 | Sanchez, German –4060 |  |
| Cepellos, Veronica- 8805 | Suncar, Jose – 4060 | **WORLD LANGUAGE** |
| Colmenares, Juan – 8004 | Weiss, Blossom –4040 | Brown, Haughton 8015 |
| Coy Bailey, Dione Coach/Coordinator– 6100 | Williams, Norman – 4060 | Caban, William 8063 |
| Fletcher, Donna – 8007 |  | Gomez, Liliana – 8037 |
| Frye, Charles – 1510 | **SCIENCE** | Harris, Briana – 8016 |
| Lowenthal, Evan – 8050 | Bahoritsch, Linda – 8044 | Saint-Fort, Lucas – 8019 |
| Margraf, Trevor 8008 | Bulahan, Catherine – 8045 | VanZwaren, Mildred – 8020 |
| Monforte, Theresa – 8009 | Davidson, Daniel – 8046 | Villeneuve, Paul Coordinator/Coach -2570 |
| Navarro, Didiel – ESL –8010 | Eagle, S.- 8047 |  |
| Reznik, Inna – 8011 | Marcucio, Jeffrey –8048 |  |
| Stallone, Collette – 8070 | McLean, Sharyon – 8049 |  |
| White, Ron - 8080 | McShall, Nicole –8053 |  |
|  | Myles, Mitizila –8051 |  |
| **MATHEMATICS** | O'Dowd, Scott |  |
| Alusick, John – 8021 | Petersen, Chris –8052 |  |
| Apostle, Greg – 8022 | Samonte, Anthony – 8054 |  |
| Evans, Teri – 8024 | Tuttle, Katherine (Coach/Coordinator) –8055 |  |
| Freese, Jay – 8025 | Vincani, Alketa - 8084 |  |
| Fullwood, William –8026 | Wang, Renhong – 8078 |  |
| Haines, Anneliese – 8039 | Wilson, William - 8056 |  |
| Jacoby, Alex - 8057 |  |  |
| Levy, Amos –8027 | **SOCIAL STUDIES** |  |
| Reisman, Jordana 8028 | Curran, Patrick – 8058 |  |
| Robinson, Marvin – 8060 | DeGregorio, Carlo – 8062 |  |
| Rogers, Robert 8061 | Friedman, Eric (Coach/Coordinator) – 6100 |  |
| Schneider, Joshua – 8030 | Gerin, Robert – 8066 |  |
| Seidman, Adam – 8031 | Hernandez, Tomas – 8067 |  |
| Surdovel, David (Coach/Coordinator) – 8033 | Kaskey, Robin – 8068 |  |
|  | Kuhr, Monte – 8069 |  |
|  | Nunez, Jose – 8071 |  |
|  | Paikin, Harry – 8073 |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Updated Jan. 22, 2009 |



# THE NEW YORK CITY DEPARTMENT OF EDUCATION
JOEL I. KLEIN, *Chancellor*

A. PHILIP RANDOLPH CAMPUS HIGH SCHOOL AT CITY COLLEGE
135th Street & Convent Ave.
New York, New York 10031

HENRY RUBIO, Principal
Telephone: (212 ) 926-0113
Fax: (212) 281-2726

## SCHOOL ORGANIZATION CHART
### Fall 2009 - 2010
### Henry Rubio, Principal 1050

**Assistant Principals Administration**
Gerry Menegatos, AP Organization -1600

Gilberto Garcia, AP Security IA - 3190
Mayo Pepin, AP Technology IA - 1600
Aileen Feliberty - 1050

**Assistant Principals Supervision**
Kierra Foster-Ba English/Social Studies/ESL - 4550
Rosalie David-Math/Technology - 3570
Ingrid Buntschuh – Science – 5550

| ATTENDANCE TEACHER | SPECIAL ED. COORD. | SUPPORT STAFF |
|---|---|---|
| Calcano, Daniel - 1070 | Del Orbe, Altagracia - 2510 | Batista, Elvin - 1051 |
| | | Cannon, Monica – 1091 |
| **CAFETERIA STAFF** | | Calderon, Joseph – 3191 |
| Carr, Robin – Bookkeeper -8085 | | Chevere, Nancy - 1156 |
| Contreras, Maria - 8086 | | Escobar, Maria- 1600 |
| Daniels, Belinda -8087 | | DeLaMota, Sergio - 8082 |
| Reyes, Carmen - 8088 | | Hernandez, Iris – 8122 |
| DeLaCruz, Candida - 8089 | | King, Tashima – 8123 LeGrand, |
| **Guzman, Juannys, Mgr. - 8091** | **HEALTH CLINIC** | Lewis, Michael – 8125 |
| Ramirez, Chrysti - 8013 | Bryant, Pearline – 6061 | Manrique, Tatiana- 0 |
| Reed, LaShawn -8092 | Gidwani, Sonia - 6061 | Nunez, Lourdes – 1075 Polanco, Wendy |
| | Lumm, Andrea - 6061 | Sutton, Robert - 8077 |
| **CIVIL SERVICE** | | |
| | | Verdejo, Roberto – 8129 |
| Maldonado, Ramon -3020 | | Waters, Darius – 8130 |
| Cardi, Esperanza - 1069 | **LAB SPECIALISTS** | |
| Perdomo, Amin - 1558 | Hartmann, William – 8112 | **SCHOOL BASED SUPPORT** |
| | Rosenthal, Stuart – 8113 | |
| **COLLEGE ADVISOR** | | Stein, Robert - 1093 |
| Brennan, Dennis – 1062 | **LIBRARIAN** | Roberts, Jan (Speech) - 6112 |
| | Epstein, Susan – 2170 | Coffey, Elizabeth-1067 |
| | | |
| **CUSTODIAL STAFF** Caraballo, Wilson – 1530 | **PARAPROFESSIONALS** | **SCHOOL SAFETY MAIN DESK - 1058** |
| Pradel, Jacques – 1530 | Roundtree, Sarah - 8128 | Jackson, Richard, Lvl III-8133 |
| Rodriguez, Miguel – 1530 | Phelps, Tanya - 8127 | Corbin, Margaret – 8134 |
| Sepulveda, Henry - 1530 | | Fussel, William – 8136 |
| Suarez, Anthony – 1530 | **PARENT COORDINATOR** | Jabbar, O.- 8137 |
| Tarat, Mohammed –1530 | Kinard, Malinda – 1130 | Forman, – 8138 |
| Warren, Dario -1530 | | Richards, Vincent – 8139 |
| **DEANS** | **PROGRAMMING** | Santiago, Carmen – 8140 |
| Giscombe, Delroy - 3198 | Gerin, Robert – 8064 | Santiago, Lissette – 8141 |
| Dorset, Ted – T/TH/FRI (P/T) - 3191 | Petersen, Chris – 8065 | Torres, Sandra - 8135 |
| **SECRETARIES** | **SOUND BUSINESS INSTITUTE** | William, Maria E. - 8138 |
| Bastian, Melissa – 1560 | Thompson, Charles - 1094 | |
| Wyatt, Alice – 1059 | | |
| | | |
| | | Updated 02 June 2009 |



# THE NEW YORK CITY DEPARTMENT OF EDUCATION
JOEL I. KLEIN, *Chancellor*

| A. PHILIP RANDOLPH CAMPUS HIGH SCHOOL AT CITY COLLEGE | HENRY RUBIO, Principal |
|---|---|
| 135th Street & Convent Ave. | Telephone: (212) 926-0113 |
| New York, New York 10031 | Fax: (212) 281-2726 |

## SCHOOL ORGANIZATION CHART
### Fall 2009 - 2010
### Henry Rubio, Principal 1050

## TEACHERS

| ART/MUSIC | PHYSICAL ED/HEALTH | SPECIAL EDUCATION |
|---|---|---|
| Biles,Roy –8012 | Carrow, Jonathan – 8063 | Austin, Reggie-Resource Rm. - 8074 |
| Greenland, Thomas – 8001 | Giscombe, Delroy – 3198 | Tetteh, Emmanuel – English - 8075 |
| Zirkelbach, John – 8002 | Lewis, Gary – 8057 | Bradley, Clifton – Math - 8079 |
|  | Pichardo, Robert – 4360 | Cespedes, Rosa - Soc. St.- 8014 |
| **ENGLISH** | Pruiss, Mark – 8051 |  |
| **(Ms. Forrester-Ba)** | Sanchez, German – 8032 |  |
|  | Suncar, Jose – 8030 |  |
| Bell, Stephen – 8003 | Weiss, Blossom – 4040 |  |
| Cepellos, Veronica- 8805 | Williams, Norman – 8023 |  |
| Colmenares, Juan – 8004 |  | **WORLD LANGUAGE** |
| Coy Bailey, Dione Coach/Coordinator– 6100 | **SCIENCE** | **(Mr. Villenueve)** |
| Fletcher, Donna – 8007 | **(Ms. Buntschuh)** |  |
| Frye, Charles – 1510 | Afrifa, Akwasi - 1092 | Brown, Haughton 8015 |
| Lowenthal, Dr. Evan - 8050 | Bahoritsch, Linda – 8044 | Caban, William 8063 |
| Margraf, Trevor 8008 | Bulahan, Catherine – 8045 | Gomez, Liliana – 8037 |
| Monforte, Theresa – 8009 | Davidson, Daniel – 8046 | Harris, Briana – 8016 |
| Navarro, Didiel – ESL –8010 |  | Saint-Fort, Lucas – 8019 |
| Reznik, Inna – 8011 | Marcucio, Jeffrey –8048 | VanZwaren, Mildred – 8020 |
| Stallone, Collette – 8070 | McLean, Sharyon – 8049 | Villeneuve, Paul Coordinator/Coach -2570 |
| White, Ron - 8080 | McShall, Nicole –8053 |  |
|  | O'Dowd, Scott - 8017 |  |
|  | Petersen, Chris –8052 |  |
|  | Samonte, Anthony – 8054 |  |
| **MATHEMATICS** | Tuttle, Katherine (Coach/Coordinator) –8055 | **SOCIAL STUDIES** |
| **(Ms. David)** | Vincani, Alketa - 8084 | **(Ms. Forrester-Ba)** |
| Alusick, John – 8021 | Wang, Dr. Rehong - 8078 | Curran, Patrick – 8058 |
| Apostle, Greg – 8022 | Wilson, William - 8056 | DeGregorio, Carlo – 8062 |
| Dressler, Steve - 4040 |  | Friedman, Eric (Coach/Coordinator) – 8065 |
| Evans, Teri – 8024 |  | Gerin, Robert – 8066 |
| Freese, Jay – 8025 | **GUIDANCE COUNSELORS** | Hernandez, Tomas – 8067 |
| Fullwood, William –8026 | Grosvenor, Florence – 1066 | Kaskey, Robin – 8068 |
| Haines, Anneliese – 8039 | Hugh, Kanika– 1063 |  |
| Jacoby, Alex - 8057 | Kaalund, Deborah – 1065 | Nunez, Jose – 8071 |
| Levy, Amos –8027 | Sanger, Dalila – 1068 | Paikin, Harry – 8073 |
| McCullough, Marsha - 4680 |  |  |
| Reisman, Jordana 8028 |  |  |
| Robinson, Marvin – 8060 |  |  |
| Rogers, Robert 8061 |  |  |
| Seidman, Adam – 8031 |  | Updated 02 June 2009 |

# A. Philip Randolph Telephone Directory
## Philip Randolph Telephone Directory

| ADMINISTRATIVE STAFF | | ROOM | EXTENSION |
|---|---|---|---|
| DEPARTMENT | NAME/CONTACT | | |
| Principal | Mr. Rubio | 105 | 1050 fax (281-2726) |
| A.P. Organization | Mr. Menegatos | 160 | 1640/ 1600 |
| A.P. Guidance | | 108A | 1120 |
| A.P. Medical Academy | Ms. Buntschuh | | 5550/5060(Lab)4360 |
| A.P. Engineering Academy | | 357 | 3570 |
| A.P. Medical Academy | Ms. Foster-Ba | 455 | 4550 |
| A.P. Engineering Academy | Ms. Feliberty | 251 | 2510 |
| A.P. Security | Mr. Garcia | 151 | 1510 |

## SUPPORT STAFF

| DEPARTMENT | CONTACT | ROOM | EXT. |
|---|---|---|---|
| ATHLETIC DIRECTOR | | 463 | 4630 |
| ATTD. COORDINATOR | Ms. Cardi | 158 | 1056 |
| CLINIC - HEALTH AIDE | Ms. Bryant | 606 | 6061 (862-2203) |
| COMPUTER COORDINATOR | Mr. Maldonado | 308/309/311 | 3080/3090/3120 |
| COSA ADVISOR/ | | 108 | 1120 |
| CUSTODIAN | Mr. John Brennan | 153 | 1530 (212 862-7434) |
| DATA PROCESSING | | 111 | 3198 |
| DUPLICATION | Ms. Chevere | 158B | 1156 |
| FOREIGN LANGUAGE DEPT | | 257 | 2570 |
| LIBRARIAN | Ms. Epstein | 217 | 2170 |
| PARENT COORDINATOR | Ms. Kinard | 158 | 1130 |
| RECORDS (STUDENT) | Ms. Bastian | 108F | 1560 |
| SBST: PSYCHOLOGIST | Ms. T. Williams | 109D | 1093 |
| SOUND BUSINESS INSTITUTE | Mr. Thompson | 109E | 1094 212-283-5545 |

| SPECIAL EDUCATION DEPT | Ms. Del Orbe | | | 108 | 1068 |
|---|---|---|---|---|---|
| SENIOR ADVISOR | Ms. McShall | | | 109G | 1049 |
| UFT CHAIR | | | | Tchr. Lounge | 212-283-4505 |
| TRANSPORTA-TION/TREASURER | Ms. Cannon | | | 109B | 1091 |
| YEAR BOOK ADVISOR | | | | 109G | 1049 |

| GUIDANCE COUNSELORS | | | DEANS | |
|---|---|---|---|---|
| Medical Academy | Ms. Burke | | | |
| Special Education | | Ms. Gartu-Medical | | |
| Humanities Academy | Ms. Hugh | Mr. Dorset | | |
| Engineering Academy | Ms. Kaalund | | | |

| SECRETARIES | | | | | |
|---|---|---|---|---|---|
| M. BASTIAN | | Records | | 109 | 1560 |
| A. WYATT | | Principal's Office | | 158A | 1050 |

| MAIN OFFICE | | | | | |
|---|---|---|---|---|---|
| Parent Association | 108 | 1069 | Staff Cafeteria | BSMT | 283-5836 |
| School Safety | 1058 | | Student Café | BSMT | 4447 Ms. Guzman |
| Switchboard | 0/1150 | | Ms. Manrique | 151 | 1510 |



# THE NEW YORK CITY DEPARTMENT OF EDUCATION
### JOEL I. KLEIN, *Chancellor*

| | |
|---|---|
| A. PHILIP RANDOLPH CAMPUS HIGH SCHOOL AT CITY COLLEGE | Henry Rubio, Principal |
| 443 West 135th Street | Telephone: (212) 926-0113 |
| New York, New York 10031 | Fax: (212) 281-2726 |

## SCHOOL ORGANIZATION CHART (Preliminary)
### Henry Rubio, Principal -1050
### Gerry Menegatos, AP Organization -1600
### Gilberto Garcia, AP Security - 1510

| Engineering | Humanities | Medical |
|---|---|---|
| **Assistant Principals Supervision** | **Assistant Principal Supervision** | **Assistant Principals Supervision** |
| - 3570 Feliberty, Aileen - 2510 | | Buntschuh, Ingrid - 5550 Foster-Ba, Kierra - 4550 |
| **Dean** | **Dean** | **Dean** |
| Calcano, Daniel -3010 | - 1510 | Gartu Cristina-4091 |
| **Counselor** | **Counselor** | **Counselor** |
| Kaalund, Deborah -3010 | - 1064 | Burke, Sonia - 4091 |
| Ramirez, Altagracia- 3010 | Hugh, Kanika - 1069 | |
| **Teachers** | **Teachers** | **Teachers** |
| - 8015 | Barnaby, Vivienne - 8047 | Bahoritsch, Linda – 8044 |
| Bulahan, Catherine - 8045 | –8026 | Bell, Stephen – 8003 |
| Caban, William - 8063 | –8108 | – 8058 |
| – 8004 | Vincani, Alketa - 8084 | – 8062 |
| Fletcher, Donna – 8007 | - 2570 | Evans, Teri – 8024 |
| - 8065 | - 8008 | Garcia, Jorge-3198 |
| Gomez, Liliana – 8037 | | Greenland, Thomas -8001 |
| – 8067 | | – 8016 |
| – 8057 | | – 8068 |
| Kuhr, Monte – 8069 | **Grade 12** | –8027 |
| McCollough, Marsha- | | –8048 |
| McLean, Sharyon – 8049 | 8022(Engineering) | McShall, Nicole- 1049/8053 |
| Paikin, Harry – 8073 | Gerin,Robert – 8066(Engineering) | Monforte, Theresa – 8009 |
| Petersen, Chris – 8025 | – 1120(Humanities) | VanZwaren, Mildred – 8020 |
| Reisman, Jordana 8028 | Lowenthal, Evan -8050(Humanities) | Wang, Renhong – 8078 |
| Reznik, Inna –8011 (*Apperson-7059*) | | |

# THE NEW YORK CITY DEPARTMENT OF EDUCATION
JOEL I. KLEIN, *Chancellor*

A. PHILIP RANDOLPH CAMPUS HIGH SCHOOL AT CITY COLLEGE
443 West 135th Street
New York, New York 10031

Henry Rubio, Principal
Telephone: (212) 926-0113
Fax:        (212) 281-2726

| | | |
|---|---|---|
| Rogers, Robert 8061 | | *Vacancy-8080* |
| Seidman, Adam – 8031 | | |
| Stena, Joyce - 8088 | | |
| Wilson, William - 8056 | | |
| | | |
| | | **Dean** |
| | | Dorset, Ted - 6100 |

| School Wide Staff | | |
|---|---|---|
| **Physical Education** | **Special Needs** | **Music/Art** |
| – 4380 | Austin, Reggie - 8074 | Biles,Roy –8012(Engineering) |
| – 4630 | Bradley, Clifton - 8079 | –8002(Humanities) |
| – 8051 | Cespedes, Rosa - 8014 | |
| – 8032 | Del Orbe, Altagracia – 1068 Coordinator | |
| Suncar, Jose – 8030 | Grosvenor, Florence – 1066 | |
| Weiss, Blossom – 4040 | Navarro, Didiel – ESL –8010 | |
| Williams, Norman – 8081 | Runcie, Bertie - 8047 | |
| | Thompson, Gloria - 8083 | |
| | | |

| CAFETERIA STAFF | CLINIC | ATR Staff |
|---|---|---|
| Carr, Robin – Bookkeeper - 8085 | Bryant, Pearline – 6061 | |
| Contreras, Maria - 8086 | Gidwani, Sonia - 6061 | |
| Daniels, Belinda -8087 | Lumm, Andrea - 6061 | |
| DeLaCruz, Candida - 8089 | | |
| Guzman, Juannys, Mgr. -8091 | | |
| Ramirez, Chrysti - 8013 | | |
| Reed, LaShawn -8092 | | |
| Reyes, Carmen - 8088 | | |
| | | |

| LAB SPECIALISTS | LIBRARIAN | PARAPROFESSIONALS |
|---|---|---|
| Hartmann, William – 5060 | Epstein, Susan – 2170 | DeLaCruz, Glenda-0 |
| Rosenthal, Stuart – 5080/8113 | | Phelps, Tanya - 8127 |
| | | Rosa, Iris - 1600 |
| | | Roundtree, Sarah -  8128 |
| | | Soffa, Stephen - 8126 |
| | | Tejada, Majorie - 8137 |
| PROGRAMMING | SCHOOL BASED SUPPORT | SECRETARIES |
| Garcia, Jorge – 3198 | Williams, Tamara (Psychologist ) - 1093 | Bastian, Melissa – 1560 |

A. PHILIP RANDOLPH CAMPUS HIGH SCHOOL AT CITY COLLEGE     Henry Rubio, Principal
443 West 135th Street     Telephone:   (212) 926-0113
New York, New York 10031     Fax:      (212) 281-2726

| - 8025 | Roberts, Jan (Speech) - 6112 | Wyatt, Alice – 1059 |
| | -1067 | |
| | | |
| SCHOOL SAFETY MAIN DESK - 1058 | SUPPORT STAFF | SOUND BUSINESS INSTITUTE |
| Brown , Level III-8133 | Batista, Elvin - 1051 | Thompson, Charles - 1094 |
| Forman, – 8138 | Calderon, Joseph, 4th floor  (4091) | |
| – 8139 | Cannon, Monica – 1091 | |
| Santiago, Lissette – 8141 | Cardi, Esperanza - 1056 | |
| Torres, Sandra - 8135 | Casado, Victor 2nd fl- (8134) | |
| William, Maria E. - 8138 | Chevere, Nancy - 1156 | |
| | Courtney, Magnus 1st fl- (8017) | |
| | - 8082 | |
| | Grullon, Huascar 3rd fl- 8112 | |
| | Hernandez, Iris – 8122 | |
| | Kinard, Malinda – 1130 | |
| | King, Tashima – 8123/1063 | |
| | Lewis, Michael – 8125 | |
| | Maldonado, Ramon -3020 | |
| | Manrique, Tatiana- 1510 | |
| | Nunez, Lourdes - 1075 | |
| | Perdomo, Amin - 1558 | |
| | Sutton, Robert 5th/6th fl-(8077) | |
| | Verdejo, Roberto – 8129 | |
| | – 8130 | |




# A. Philip Randolph Campus High School

*David Fanning, Principal*

443 West 135 Street   Manhattan, New York   10031 Telephone: (212) 926 - 0113   Fax: (212) 281 - 2726   www.aprandolph.net

## STAFF DIRECTORY
## 2011-2012

### ADMINISTRATION

| Name | Department | Room# | Ext.# |
|------|-----------|-------|-------|
| Fanning, David | Principal | 105 | 1050 |
| Garcia, Eunice | AP of Organization, Special Education | Main | 1640 |
| Buntschuh, Ingrid | AP Science, LOTE, Medical and Engineering Academies | 555 | 5550 |
| Calcano, Daniel | AP Guidance, Phys. Ed., Athletic Director | 104 | 1063 |
| Foster-Ba, Kierra | AP English, Social Studies, Music, Art, ESL, and Humanities Academy | 455 | 4550 |
| Pekow, Rhonda | AP Security, Math | 108A | 1120 |

### STAFF

| Name | Department | Room# | Ext.# |
|------|-----------|-------|-------|
| Bastian, Melissa | Secretary- Pupil Accounting, Student Records | 108 | 1068 |
| Bryant, Pearline | Health Aide | 606 | 6061 |
| Burgos, Josephine | Dean – Save Room Coordinator | 321A | TBA |
| Burke, Sonia | Counselor/Medical Academy | 409 | 4091 |
| Cannon, Monica | Metro cards | 109 | 1091 |
| Cardi, Esperanza | Attendance | 158-2 | 1056 |
| Del Orbe, Altagracia | Special Education Transition Coordinator | 610 | 6100 |
| Dodes, Michael | Librarian | 217 | 2170 |
| Frederick, Mark | Substance Abuse Prevention & Intervention Specialist | 108G | 1062 |
| Garcia, Jorge | Programmer | 111 | 3198 |
| Gilmore, Lamar | Clinic/ Social Worker | 109A | 6111 |
| Grosvenor, Florence | Counselor- Special Education/Medical Freshmen | 609 | 6112 |
| Hugh, Kanika | College Advisor-12th Grade Humanities, Seniors | 357 | 3570 |
| Kaalund, Deborah | Counselor Humanities Academy/Engineering Seniors | 257 | 2570 |
| Maldonado, Ramon | Computer Technician | 321 | 3210 |
| McLean, Shayron | Dean | 412 | 4121 |
| McShall, Nicole | Dean/UFT Chapter Leader | 412 | 4121 |
| Murphy, Thomas | Attendance Teacher | 109 | 1090 |
| Noriega, Erika | Family Worker/School Based Support Team | 108 | 1067 |
| NYPD School Safety | School Safety | Main | 1058 |
| Powell, Tammy | Clinic/NP | 606 | 6061 |
| Ramirez, Altragracia | Counselor/Engineering Academy | 257 | 2570 |
| Rivera, Victor | Dean | 251 | 2510 |
| Roberts, Jan | Speech/School Based Support Team | 611 | 6112 |
| Sukhai, Gavin | Supervising Computer Technician/Facilities | 108E | 1066 |
| Thompson, Charles | SBI/CCPI | 109 | 1094 |
| Williams, Tamara | Psychologist/School Based Support Team | 108 | 1065 |
| Wyatt, Alice | Secretary - Payroll, Purchasing | 105 | 1059 |



# A. Philip Randolph Campus High School

*David Fanning, Principal*

443 West 135 Street   Manhattan, New York  10031 Telephone: (212) 926 - 0113   Fax: (212) 281 - 2726   www.aprandolph.net



## FACULTY

| Name | Department | Name | Department |
|---|---|---|---|
| Austin, Reginald | Special Education | Lewis, Michael | School Aide |
| Bahoritsch, Linda | Science | Lowenthal, Evan | English |
| Barnaby, Viviene | Social Studies | McCarthy, Michael | Social Studies |
| Bell, Stephen | English | Monforte, Theresa | English |
| Biles, Leroy | Art | Muraca, Francesca | English |
| Bradley, Clifton | Special Education | Navarro, Didiel | Special Education |
| Broadie, Kim | Social Studies | Nunez, Lourdes | School Aide |
| Brown, Haughton | Foreign Language | Perdomo, Amin | Community Associate |
| Bulahan, Catherine | Science | Perez, Maria | School Aide |
| Burgos, Josephine | English | Pesce, Marisa | Math |
| Caban, William | Foreign Language | Phelps, Tanya | Paraprofessional |
| Cannon, Monica | School Aide | Polanco, Wendy | School Aide |
| Cardi, Esperanza | Community Associate | Poon ,Risa | Math |
| Cespedes, Rosa | Special Education | Pruiss, Mark | Physical Education |
| Chevere, Nancy | School Aide | Reisman, Jordana | Math |
| Colmenares, Juan | English | Reznik, Inna | English |
| Courtney, Magnus | Community Associate | Rivera, Victor | Social Studies |
| Cruz, Cindy | Science | Rodarte, Cesar | Social Studies |
| Cunningham, Casondria | Special Education | Rogers, Robert | Math |
| Del Orbe, Altagracia | Special Education | Rosa, Iris | Paraprofessional |
| DeLaCruz, Glenda | Paraprofessional | Ross, Brandy | Science |
| DeLaMota, Sergio | School Aide | Runcie, Bertie | Special Education |
| Dermott, Scott | Social Studies | Sabastin, Suman | Math |
| Evans, Terri | Math | Santiago, Gilbert | Paraprofessional |
| Farber, Lauren | English | Seidman, Adam | Math |
| Fraser, Latisha | Special Education | Singh, Jaspreet | Math |
| Gartu, Christina | Science | Stena, Joyce | Science |
| Gerin, Robert | Social Studies | Suncar, Jose | Physical Education |
| Gomez, Liliana | Foreign Language | Tejada, Marjorie | Paraprofessional |
| Gonzalez, Lisette | Mathematics | Then, Dayanett | Math |
| Gonzales, Mary Jane | Science | Thompson, Gloria | Special Education |
| Greenland, Thomas | Music | Urena, Natanael | Social Studies |
| Griffin, Chane | Paraprofessional | Van Zwaren, Mildred | Foreign Language |
| Grullon, Huascar | Community Associate | Verdejo, Robert | School Aide |
| Guilamo, Emely | Paraprofessional | Vincani, Alketa | Science |
| Hernandez, Iris | School Aide | Weiss, Blossom | Physical Education |
| Hogue, Chantise | Social Studies | Williams, Norman | Physical Education |
| Karaivanov, Kristina | English | Wilson, William | Science |
| Kaye, Shoshana | Music | | |
| King, Tashima | School Aide | | |
| Kompanal, Siji | Lab Technician | | |
| Lacera, Ruth | Foreign Language/COSA | | |
| LeGrande, Alexander | Paraprofessional | | |

# Exhibit 3



Skip To Content

**Office of Teaching Initiatives**

[                                    ]  Search OTI

· Teaching in NY      · Educator Resources      · Certification      · Fingerprinting      · TEACH System      · Public Resources      · Index A-Z

When searching for a certificate holder you must enter at least a last name or a first name. In order to narrow your search results it is recommended that you provide both first and the last names. Please do not include prefixes or suffixes as part of the name. Please note, teacher certification records were computerized in 1983. Anyone certified prior to this year (1982 or earlier) may not appear in this search.

First Name: [sonia]      Last Name: [burke]      Middle Initial:

[                    ]      Submit

| Select | First Name | Last Name | MI | City | State |
|--------|-----------|-----------|-----|------|-------|
| ○ | SONIA | BURKE | E | BROOKLYN | NY |
| ◉ | SONIA | BURKE | A | NEW YORK | NY |

View Detail

| Certificate Title | Issue / Effective Date | Expiration Date | Status |
|-------------------|------------------------|-----------------|--------|
| Bilingual Education (Pps/Admin) Permanent Extension | 09/01/2004 | | ISSUED |
| School Counselor Permanent Certificate | 02/01/1998 | | ISSUED |

Contact | Related Links | FAQ
University of the State of New York - New York State Education Department
Contact NYSED  |  Index A - Z  |  Terms of Use