

**NYC** Department of Education

New York City Department of Education
Division of Human Resources
65 Court Street, Brooklyn, New York 11201
BE/DOP 9955A (5/87) personnel d1 (Replaces OP2378)

**ANNUAL PROFESSIONAL PERFORMANCE REVIEW AND REPORT ON PROBATIONARY SERVICE OF SCHOOL SECRETARY**

| EMPLOYEE'S FULL NAME | | LICENSE | FILE NUMBER |
|---|---|---|---|
| BASTIAN, MELISSA | | SCHOOL SECRETARY DAY | ▓▓▓ |

| EMPLOYEE'S COMPLETE HOME ADDRESS (Number and Street) | | APT.NO | EMPLOYEE ID NUMBER |
|---|---|---|---|
| ▓▓▓ | | | ▓▓▓ |

| CITY | STATE | ZIP CODE | TENURED | PROBATIONER | SUBSTITUTE |
|---|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ☒ | ☐ | |

| CURRENT SALARY RATE | FOR PROBATIONERS: Date of Appointment | Jarema Credit | N.Y.S. Tenure Credit (Max 1 year) | Date of Completion of Probation |
|---|---|---|---|---|
| $ 65,508.00 | | | ☒ | |

| ISC/CFN | SCHOOL | BOROUGH | DISTRICT |
|---|---|---|---|
| | N601-M540-A. PHILIP RANDOLPH CAMPUS | MANHATTAN | 06 |

| Printed as of | FIRST YEAR | | | | SECOND YEAR | | | | THIRD YEAR | | | | DAYS IN C.A.R. | OR BOR-ROWED DAYS | SUBSTI-TUTE SERVICE NO. OF DAYS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | | | |
| | | DAYS | HRS | MIN | | DAYS | HRS | MIN | | DAYS | HRS | MIN | | | |
| 06-21-11 | | | | | | | | | | | | | | | |
| LATENESS* Exclude from Attendance | 0 | 0 | 0 | 0 | | | | | | | | | | | |
| ABSENCE* | 5 | 0 | 0 | | | | | | | | | | 127 | | |

*NOTE: For reports on probationers, complete 1 to 3 years as applicable. For all other personnel use "First Year" to denote current year.

**SECTION 1 - REPORT BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR**

| COMMENTS (as checked, "S" indicates Satisfactory, "U" Unsatisfactory. *D-Doubtful-first year probation only, *NA-Not Applicable) | S | U | ADDITIONAL COMMENTS |
|---|---|---|---|
| **A. PERSONAL QUALITIES** | | | |
| 1. Attendance and punctuality | ☐ | ☐ | |
| 2. Personal appearance | ☐ | ☐ | |
| 3. Self-control and manners | ☐ | ☐ | |
| 4. Voice, speech and use of English | ☐ | ☐ | |
| 5. Resourcefulness and initiative | ☐ | ☐ | |
| 6. Good judgment and tact | ☐ | ☐ | |
| **B. PROFESSIONAL COMPETENCE** | | | |
| 1. Dependability and sense of responsibility | ☐ | ☐ | |
| 2. Neatness, accuracy of work and general efficiency | ☐ | ☐ | |
| 3. Promptness in completing assignments according to instructions | ☐ | ☐ | |
| 4. Proficiency in operating office machines and equipment | ☐ | ☐ | |
| 5. Stenographic skill | ☐ | ☐ | |
| 6. Ability to compose routine letters | ☐ | ☐ | |
| 7. Flexibility and adaptability to individual school needs | ☐ | ☐ | |
| 8. Cooperation with teachers and other personnel | ☐ | ☐ | |
| 9. Willingness to volunteer assistance when needed | ☐ | ☐ | |
| 10. Energy and success in self-improvement | ☐ | ☐ | |
| **C. OFFICE MANAGEMENT** | | | |
| 1. Attention to physical conditions and appearance of office and desk | ☐ | ☐ | |
| 2. Organization of routine duties | ☐ | ☐ | |
| 3. Care of equipment | ☐ | ☐ | |
| 4. Ability to organize work to meet due dates | ☐ | ☐ | |
| 5. Ability to supervise student helpers | ☐ | ☐ | |
| **D. SCHOOL AND COMMUNITY RELATIONS** | | | |
| 1. Maintenance of good relations with school personnel | ☐ | ☐ | |
| 2. Attitudes toward pupils | ☐ | ☐ | |
| 3. Ability to deal tactfully with parents, officials, and the public in person and by telephone | ☐ | ☐ | |
| 4. Willingness to render extra service to the school | ☐ | ☐ | |

**E. ADDITIONAL REMARKS** (additional sheets, signed and acknowledged may be attached): Melissa- Thank you for supporting our Assistant principals, college advisor, all students, & guidance suite... Have a wonderful summer !!!

**SECTION 2 - PERFORMANCE EVALUATION**

| OVERALL EVALUATION S, U or D (D for first year probation only) | SIGNATURE OF PRINCIPAL (if other, give title) | | ACKNOWLEDGMENT BY EMPLOYEE I have received this report on: |
|---|---|---|---|
| For the period: From 9/7/2010 to 6/30/2011 | S | ▓▓▓ DATE 06/23/2011 | SIGNATURE OF EMPLOYEE ▓▓▓ DATE 6/24/2011 |

Page 1 of 2

(Continued…Please go to page 2)

D000005

Last Name __BASTIAN_____, First Name __MELISSA_____, File ▮▮▮▮ Print Date _06-21-2011_

## SECTION 3 - TO BE COMPLETED ONLY FOR PROBATIONARY PERSONNEL

A. RECOMMENDATION BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR: To be completed and forwarded to the Superintendent or, for City District employees, to the responsible Superintendent.

1. ☐ I recommend approval for continued probationary service.

2. ☐ I recommend certification of completion of probation.

3. ☐ I recommend discontinuance of probationary service.

4. ☐ I recommend denial of certification of completion of probation.

SIGNATURE OF PRINCIPAL (if other, give title)     DATE

B. SUPERINTENDENT'S RECOMMENDATION: To be completed by Superintendent and returned to originating unit for employee's acknowledgement.

I recommend _____

SIGNATURE OF SUPERINTENDENT _____ DATE_____
(if other, give title)

C. ACKNOWLEDGEMENT BY PROBATIONARY EMPLOYEE

SIGNATURE OF EMPLOYEE_____ I RECEIVED THIS REPORT ON: DATE_____

## SECTION 4 - DOCUMENTATION

All recommendations for discontinuance or denial of certification must be accompanied by copies of substantiating documentation attached hereto, including, but not limited to, observation reports, letters, time cards or time sheets, or other relevant material.

| Item No. | Date | Description or Identification | Key |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: If space is insufficient to list all documentation, listing on additional sheets may be attached. If there are continuation sheets check here: Number of additional sheets:

### RULES AND INSTRUCTIONS

1. For Satisfactory (S), Adverse (U or D), and Continued Service/Completion of Probation for Probationers Evaluations, prepare THREE COPIES as follows:
   a. Copy #1 to employee
   b. Copy #2 to school file
   c. Copy #3 to Superintendent

2. For recommendations for Discontinuance or Denial for Probationers, prepare FIVE COPIES along with 5 SETS OF SUPPORTING DOCUMENTATION as follows:
   a. Copies #1,2 & 3 as listed in Rule 1
   b. Copy #4 to the Office of Appeals & Reviews, 65 Court Street, Room 717, Brooklyn, NY 11201
   c. Copy #5 to the Division of Human of Resources/Office of Teacher Records

3. All employees have the right to submit written comments concerning each of these evaluation reports. For an appeal of an adverse evaluation, see below:
   a. Appeal must be made in writing to the Director, Office of Appeals & Reviews, 65 Court Street, Room 717, Brooklyn, NY 11201 within 3 weeks after receipt of adverse evaluation (excluding summer vacation).

Page 2 of 2

D000006

**NYC Department of Education**

New York City Department of Education
Division of Human Resources
65 Court Street, Brooklyn, New York 11201
BE/DOP 955SA (5/87) personnel d1 (Replaces OP237B)

**ANNUAL PROFESSIONAL PERFORMANCE
REVIEW AND REPORT ON PROBATIONARY
SERVICE OF SCHOOL SECRETARY**

| EMPLOYEE'S FULL NAME | LICENSE | FILE NUMBER |
|---|---|---|
| BASTIAN, MELISSA | SCHOOL SECRETARY DAY | |

| EMPLOYEE'S COMPLETE HOME ADDRESS (Number and Street) | APT.NO | EMPLOYEE ID NUMBER |
|---|---|---|
| | 4K | |

| CITY | STATE | ZIP CODE | TENURED | PROBATIONER | SUBSTITUTE |
|---|---|---|---|---|---|
| | | | ☒ | ☐ | ☐ |

| CURRENT SALARY RATE $ 65,508.00 | FOR PROBATIONERS: Date of Appointment | Jarema Credit | N.Y.S. Tenure Credit (Max 1 year) | Date of Completion of Probation |
|---|---|---|---|---|

| ISC/CFN  SCHOOL 01-M540-A. PHILIP RANDOLPH CAMPUS HI | BOROUGH MANHATTAN | DISTRICT 06 |
|---|---|---|

| Printed as of 06-21-10 | TIMES NO. | FIRST YEAR TIME LOST | | | TIMES NO. | SECOND YEAR TIME LOST | | | TIMES NO. | THIRD YEAR TIME LOST | | | DAYS IN C.A.R. | OR SOR- ROWED DAYS | SUBSTI- TUTE SERVICE NO. OF DAYS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DAYS | HRS | MIN | | DAYS | HRS | MIN | | DAYS | HRS | MIN | | | |
| LATENESS* | 0 | 0 | 0 | | | | | | | | | | | | |
| ABSENCE* Exclude non-Attendance | 6 | 0 | 0 | | | | | | | | | | 122 | | |

*NOTE: For reports on probationers, complete 1 to 3 years as applicable.  For all other personnel use "First Year" to denote current year.

## SECTION 1 - REPORT BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR

| COMMENTS (as checked, "S" indicates Satisfactory, "U" - Unsatisfactory, "D-Doubtful-first year probation only, "NA-Not Applicable") | S | U | ADDITIONAL COMMENTS |
|---|---|---|---|
| **A. PERSONAL QUALITIES** | | | |
| 1. Attendance and punctuality | ☐ | ☐ | |
| 2. Personal appearance | ☐ | ☐ | |
| 3. Self-control and manners | ☐ | ☐ | |
| 4. Voice, speech and use of English | ☐ | ☐ | |
| 5. Resourcefulness and initiative | ☐ | ☐ | |
| 6. Good judgment and tact | ☐ | ☐ | |
| **B. PROFESSIONAL COMPETENCE** | | | |
| 1. Dependability and sense of responsibility | ☐ | ☐ | |
| 2. Neatness, accuracy of work and general efficiency | ☐ | ☐ | |
| 3. Promptness in completing assignments according to instructions | ☐ | ☐ | |
| 4. Proficiency in operating office machines and equipment | ☐ | ☐ | |
| 5. Stenographic skill | ☐ | ☐ | |
| 6. Ability to compose routine letters | ☐ | ☐ | |
| 7. Flexibility and adaptability to individual school needs | ☐ | ☐ | |
| 8. Cooperation with teachers and other personnel | ☐ | ☐ | |
| 9. Willingness to volunteer assistance when needed | ☐ | ☐ | |
| 10. Energy and success in self-improvement | ☐ | ☐ | |
| **C. OFFICE MANAGEMENT** | | | |
| 1. Attention to physical conditions and appearance of office and desk | ☐ | ☐ | |
| 2. Organization of routine duties | ☐ | ☐ | |
| 3. Care of equipment | ☐ | ☐ | |
| 4. Ability to organize work to meet due dates | ☐ | ☐ | |
| 5. Ability to supervise student helpers | ☐ | ☐ | |
| **D. SCHOOL AND COMMUNITY RELATIONS** | | | |
| 1. Maintenance of good relations with school personnel | ☐ | ☐ | |
| 2. Attitudes toward pupils | ☐ | ☐ | |
| 3. Ability to deal tactfully with parents, officials, and the public in person and by telephone | ☐ | ☐ | |
| 4. Willingness to render extra service to the school | ☐ | ☐ | |
| **E. ADDITIONAL REMARKS** (additional sheets, signed and acknowledged may be attached): | | | |

## SECTION 2 - PERFORMANCE EVALUATION

| OVERALL EVALUATION  S, U, or D (D for first year probation only) For the period: From  9/8/2009  to  6/30/2010 | SIGNATURE OF PRINCIPAL (if other, give title) | ACKNOWLEDGEMENT BY EMPLOYEE (I just received this report on) |
|---|---|---|
| S | | 6/27/2010 |
| | DATE | SIGNATURE OF EMPLOYEE       DATE |

Page 1 of 2

(Continued…Please go to page 2)

D000007

Last Name BASTIAN , First Name MELISSA File▮▮▮▮ Print Date 06-21-2010

## SECTION 3 - TO BE COMPLETED ONLY FOR PROBATIONARY PERSONNEL

A. RECOMMENDATION BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR: To be completed and forwarded to the Superintendent or, for City District employees, to the responsible Superintendent.

| | | | |
|---|---|---|---|
| 1. ☐ | I recommend approval for continued probationary service. | 3. ☐ | I recommend discontinuance of probationary service. |
| 2. ☐ | I recommend certification of completion of probation. | 4. ☐ | I recommend denial of certification of completion of probation. |

SIGNATURE OF PRINCIPAL (if other, give title)                DATE

B. SUPERINTENDENT'S RECOMMENDATION: To be completed by Superintendent and returned to originating unit for employee's acknowledgement.

I recommend _____

SIGNATURE OF SUPERINTENDENT _____ DATE_____
                                  (if other, give title)

C. ACKNOWLEDGEMENT BY PROBATIONARY EMPLOYEE

SIGNATURE OF EMPLOYEE_____ I RECEIVED THIS REPORT ON: DATE_____

## SECTION 4 - DOCUMENTATION

All recommendations for discontinuance or denial of certification must be accompanied by copies of substantiating documentation attached hereto, including, but not limited to, observation reports, letters, time cards or time sheets, or other relevant material.

| Item No. | Date | Description or identification | Key |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: If space is insufficient to list all documentation, listing on additional sheets may be attached. If there are continuation sheets check here:     Number of additional sheets:

## RULES AND INSTRUCTIONS

1. For Satisfactory (S), Adverse (U or D), and Continued Service/Completion of Probation for Probationers Evaluations, prepare THREE COPIES as follows:
   a. Copy #1 to employee
   b. Copy #2 to school file
   c. Copy #3 to Superintendent

2. For recommendations for Discontinuance or Denial for Probationers, prepare FIVE COPIES along with 5 SETS OF SUPPORTING DOCUMENTATION as follows:
   a. Copies #1,2 & 3 as listed in Rule 1
   b. Copy #4 to the Office of Appeals & Reviews, 65 Court Street, Room 717, Brooklyn, NY 11201
   c. Copy #5 to the Division of Human of Resources/Office of Teacher Records

3. All employees have the right to submit written comments concerning each of these evaluation reports. For an appeal of an adverse evaluation, see below:
   a. Appeal must be made in writing to the Director, Office of Appeals & Reviews, 65 Court Street, Room 717, Brooklyn, NY 11201 within 3 weeks after receipt of adverse evaluation (excluding summer vacation).

D000008

**NYC** New York City Department of Education
Division of Human Resources
**Department of Education**
65 Court Street, Brooklyn, New York 11201
BE/DOP 5955A (5/87) personnel d1 (Replaces OP237B)

**ANNUAL PROFESSIONAL PERFORMANCE REVIEW AND REPORT ON PROBATIONARY SERVICE OF SCHOOL SECRETARY**

| EMPLOYEE'S FULL NAME | LICENSE | FILE NUMBER |
|---|---|---|
| BASTIAN, MELISSA | SCHOOL SECRETARY DAY | ▉ |

| EMPLOYEE'S COMPLETE HOME ADDRESS (Number and Street) | APT.NO | EMPLOYEE ID NUMBER |
|---|---|---|
| ▉ | | ▉ |

| CITY | STATE | ZIP CODE | TENURED | PROBATIONER | SUBSTITUTE |
|---|---|---|---|---|---|
| ▉ | | | ☒ | ☐ | ☐ |

| CURRENT SALARY RATE $ 65,508.00 | FOR PROBATIONERS: Date of Appointment | Jarema Credit | N.Y.S. Tenure Credit (Max 1 year) | Date of Completion of Probation |
|---|---|---|---|---|

| ISC/CFN  SCHOOL | BOROUGH | DISTRICT |
|---|---|---|
| 01-M540-A. PHILIP RANDOLPH CAMPUS HI | MANHATTAN | 06 |

| Printed as of 06-12-09 | FIRST YEAR | | | | SECOND YEAR | | | | THIRD YEAR | | | | DAYS IN C.A.R. | OR BOR-ROWED DAYS | SUBSTI-TUTE SERVICE NO. OF DAYS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | | | |
| | | DAYS | HRS | MIN | | DAYS | HRS | MIN | | DAYS | HRS | MIN | | | |
| LATENESS* | 0 | 0 | 0 | | | | | | | | | | | | |
| ABSENCE* Exclude non-Attendance | 4 | 0 | 0 | | | | | | | | | | 118 | | |

*NOTE: For reports on probationers, complete 1 to 3 years as applicable. For all other personnel use "First Year" to denote current year.

## SECTION 1 - REPORT BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR

| COMMENTS (as checked, "S" indicates Satisfactory, "U" –Unsatisfactory, "D–Doubtful–first year probation only, "NA–Not Applicable) | S | U | ADDITIONAL COMMENTS |
|---|---|---|---|
| **A. PERSONAL QUALITIES** 1. Attendance and punctuality | ☐ | ☐ | |
| 2. Personal appearance | ☐ | ☐ | |
| 3. Self-control and manners | ☐ | ☐ | |
| 4. Voice, speech and use of English | ☐ | ☐ | |
| 5. Resourcefulness and initiative | ☐ | ☐ | |
| 6. Good judgment and tact | ☐ | ☐ | |
| **B. PROFESSIONAL COMPETENCE** 1. Dependability and sense of responsibility | ☐ | ☐ | |
| 2. Neatness, accuracy of work and general efficiency | ☐ | ☐ | |
| 3. Promptness in completing assignments according to instructions | ☐ | ☐ | |
| 4. Proficiency in operating office machines and equipment | ☐ | ☐ | |
| 5. Stenographic skill | ☐ | ☐ | |
| 6. Ability to compose routine letters | ☐ | ☐ | |
| 7. Flexibility and adaptability to individual school needs | ☐ | ☐ | |
| 8. Cooperation with teachers and other personnel | ☐ | ☐ | |
| 9. Willingness to volunteer assistance when needed | ☐ | ☐ | |
| 10. Energy and success in self-improvement | ☐ | ☐ | |
| **C. OFFICE MANAGEMENT** 1. Attention to physical conditions and appearance of office and desk | ☐ | ☐ | |
| 2. Organization of routine duties | ☐ | ☐ | |
| 3. Care of equipment | ☐ | ☐ | |
| 4. Ability to organize work to meet due dates | ☐ | ☐ | |
| 5. Ability to supervise student helpers | ☐ | ☐ | |
| **D. SCHOOL AND COMMUNITY RELATIONS** 1. Maintenance of good relations with school personnel | ☐ | ☐ | |
| 2. Attitudes toward pupils | ☐ | ☐ | |
| 3. Ability to deal tactfully with parents, officials, and the public in person and by telephone | ☐ | ☐ | |
| 4. Willingness to render extra service to the school | ☐ | ☐ | |

E. ADDITIONAL REMARKS (additional sheets, signed and acknowledged may be attached):

## SECTION 2 - PERFORMANCE EVALUATION

| OVERALL EVALUATION, S, U, or D (D for first year probation only) | SIGNATURE OF PRINCIPAL (If other, give title) | DATE | ACKNOWLEDGEMENT BY EMPLOYEE I have received this report on: | |
|---|---|---|---|---|
| S | | 06/22/09 | | 6/23/2009 |
| For the period: From 8/28/2008 to 6/30/2009 | | DATE | SIGNATURE OF EMPLOYEE | DATE |

D000009

## SECTION 3 - TO BE COMPLETED ONLY FOR PROBATIONARY PERSONNEL

A. RECOMMENDATION BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR: To be completed and forwarded to the Superintendent or, for City District employees, to the responsible Superintendent.

| | |
|---|---|
| 1. ☐ I recommend approval for continued probationary service. | 3. ☐ I recommend discontinuance of probationary service. |
| 2. ☐ I recommend certification of completion of probation. | 4. ☐ I recommend denial of certification of completion of probation. |

SIGNATURE OF PRINCIPAL (if other, give title)           DATE

B. SUPERINTENDENT'S RECOMMENDATION: To be completed by Superintendent and returned to originating unit for employee's acknowledgement.

I recommend _____

SIGNATURE OF SUPERINTENDENT _____ DATE_____
(if other, give title)

C. ACKNOWLEDGEMENT BY PROBATIONARY EMPLOYEE

SIGNATURE OF EMPLOYEE_____ I RECEIVED THIS REPORT ON: DATE_____

## SECTION 4 - DOCUMENTATION

All recommendations for discontinuance or denial of certification must be accompanied by copies of substantiating documentation attached hereto, including, but not limited to, observation reports, letters, time cards or time sheets, or other relevant material.

| Item No. | Date | Description or Identification | Key |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: If space is insufficient to list all documentation, listing on additional sheets may be attached. If there are continuation sheets check here: _____ Number of additional sheets: _____

## RULES AND INSTRUCTIONS

1. For Satisfactory (S), Adverse (U or D), and Continued Service/Completion of Probation for Probationers Evaluations, prepare THREE COPIES as follows:
   a. Copy #1 to employee
   b. Copy #2 to school file
   c. Copy #3 to Superintendent

2. For recommendations for Discontinuance or Denial for Probationers, prepare FIVE COPIES along with 5 SETS OF SUPPORTING DOCUMENTATION as follows:
   a. Copies #1,2 & 3 as listed in Rule 1
   b. Copy #4 to the Office of Appeals & Reviews, 65 Court Street, Room 717, Brooklyn, NY 11201
   c. Copy #5 to the Division of Human of Resources/Office of Teacher Records

3. All employees have the right to submit written comments concerning each of these evaluation reports. For an appeal of an adverse evaluation, see below:
   a. Appeal must be made in writing to the Director, Office of Appeals & Reviews, 65 Court Street, Room 717, Brooklyn, NY 11201 within 3 weeks after receipt of adverse evaluation (excluding summer vacation).

D000010



**NEW YORK CITY DEPARTMENT OF EDUCATION**
DIVISION OF HUMAN RESOURCES
OFFICE OF APPEALS AND REVIEWS
65 Court Street, Brooklyn, New York 11201
BE/DOP 9955A (5/87) personnel d1 (Replaces OP 237B)

**ANNUAL PROFESSIONAL PERFORMANCE
REVIEW AND REPORT ON PROBATIONARY
SERVICE OF SCHOOL SECRETARY**

| EMPLOYEE'S FULL NAME | LICENSE | FILE NUMBER |
|---|---|---|
| Bastian Melissa | School Secretary | |

| | APT NO | SOCIAL SECURITY NUMBER |
|---|---|---|
| EMPLOYEE'S COMPLETE HOME ADDRESS (Number and Street) | | |

| CITY | STATE | ZIP CODE | TENURED | PROBATIONER | SUBSTITUTE |
|---|---|---|---|---|---|
| | | | X | | |

| CURRENT SALARY RATE | FOR PROBATIONERS: Date of Appointment | Date of Completion of Probation |
|---|---|---|
| $ 62,325.00 | (Jarema Credit does not apply) | |

| SCHOOL | BOROUGH | DISTRICT |
|---|---|---|
| A. Philip Randolph H.S. | Manhattan | 6 |

| | FIRST YEAR | | | SECOND YEAR | | | THIRD YEAR | | | DAYS IN C.A.R. | OR BORROWED DAYS | SUBSTITUTE SERVICE NO. OF DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIMES NO. | TIME LOST DAYS | HRS. MIN. | TIMES NO. | TIME LOST DAYS | HRS. MIN. | TIMES NO. | TIME LOST DAYS | HRS. MIN. | | | |
| LATENESS* | | | | | | | | | | 102 | | |
| ABSENCE* Exclude Non-Attendance | 2 | 2 | | | | | | | | | | |

\* NOTE: For reports on probationers complete 1 to 3 years as applicable. For all other personnel use "First Year" to denote current year.

## SECTION 1 - REPORT BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR:

| COMMENTS (as checked. "NA" indicates "Not Applicable.") | SATIS-FACTORY | UNSATIS-FACTORY | ADDITIONAL COMMENTS |
|---|---|---|---|
| **A.  PERSONAL QUALITIES** | | | |
| 1.  Attendance and punctuality | | | |
| 2.  Personal appearance | | | |
| 3.  Self-control and manners | | | |
| 4.  Voice, speech, and use of English | | | |
| 5.  Resourcefulness and initiative | | | |
| 6.  Good judgment and tact | | | |
| **B.  PROFESSIONAL COMPETENCE** | | | |
| 1.  Dependability and sense of responsibility | | | |
| 2.  Neatness, accuracy of work and general efficiency | | | |
| 3.  Promptness in completing assignments according to instructions | | | |
| 4.  Proficiency in operating office machines and equipment | | | |
| 5.  Stenographic skill | | | |
| 6.  Ability to compose routine letters | | | |
| 7.  Flexibility and adaptability to individual school needs | | | |
| 8.  Cooperation with teachers and other personnel | | | |
| 9.  Willingness to volunteer assistance when needed | | | |
| 10.  Energy and success in self-improvement | | | |
| **C.  OFFICE MANAGEMENT** | | | |
| 1.  Attention to physical conditions and appearance of office and desk | | | |
| 2.  Organization of routine duties | | | |
| 3.  Care of equipment | | | |
| 4.  Ability to organize work to meet due dates | | | |
| 5.  Ability to supervise student helpers | | | |
| **D.  SCHOOL AND COMMUNITY RELATIONS** | | | |
| 1.  Maintenance of good relations with school personnel | | | |
| 2.  Attitudes toward pupils | | | |
| 3.  Ability to deal tactfully with parents, officials, and the public in person and by telephone | | | |
| 4.  Willingness to render extra service to the school | | | |

**E.  ADDITIONAL REMARKS** (additional sheets, signed and acknowledged may be attached):

Thank you for your service. I look forward to your continuous support with our assistant principals. HAVE A wonderful summer.

## SECTION 2 - PERFORMANCE EVALUATION

| OVERALL EVALUATION  S, U, or D (D for first year probation only) | SIGNATURE OF PRINCIPAL (If other - give title) | ACKNOWLEDGMENT BY EMPLOYEE I have received this report on |
|---|---|---|
| S | | 6/30/2008 |
| For the period: From 8/30/07 to 6/30/08 | 06/30/08  DATE | DATE  SIGNATURE OF EMPLOYEE |

*(Complete Reverse Side for Probationary Personnel Only)*

25-3200.00.8  (600 pkgs)

D000019

**SECTION 3. - TO BE COMPLETED ONLY FOR PROBATIONARY PERSONNEL**

**A.** RECOMMENDATION BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR: To be completed and forwarded to the Community Superintendent or, for City District employees, to the responsible Superintendent.

1. ☐ I recommend approval for continued probationary service.      2. ☐ I recommend discontinuance of probationary service.

    ☐ I recommend certification of completion of probation.     ☐ I recommend denial of certification of completion of probation.

SIGNATURE OF PRINCIPAL (If other, give title)        DATE

**B.** SUPERINTENDENT'S RECOMMENDATION: To be completed by Community or responsible Superintendent and returned to originating unit for employee's acknowledgement.

I recommend _____

Date _____ Signature of Superintendent _____
                    (If other, give title)

**C.** ACKNOWLEDGEMENT BY PROBATIONARY EMPLOYEE

I have received this report on:

Date:           Signature of Employee

## SECTION 4. - DOCUMENTATION

All recommendations for discontinuance or denial of certification must be accompanied by copies of substantiating documentation attached hereto, including, but not limited to, observation reports, letters, time cards or time sheets, or other relevant material.

| Item No. | Date | Description or Identification | Key |
|----------|------|-------------------------------|-----|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

NOTE: If space is insufficient to list all documentation, listing on additional sheets may be attached. If there are such continuation sheets, check here ☐. Number of additional sheets: _____

### RULES AND INSTRUCTIONS

1. For "Satisfactory" evaluations, prepare two copies: Copy 1 for the employee, copy 2 for the school file.

2. For adverse evaluations (U or D), prepare four copies for distribution as follows: Copy 1 for employee, copy 2 for school file, copy 3 to the appropriate superintendent and copy 4 to the Bureau of Teacher Records, 65 Court St., Brooklyn, N.Y. 11201.

3. For recommendations for continued service or completion of probation for probationers, prepare three copies of report for distribution as follows: Copy 1 for superintendent, copy 2 for originating school and copy 3 for the employee.

4. For recommendations for discontinuance or denial of certification for probationers, prepare *eight copies* of report and *seven complete sets* of documentation as listed in 'Section 4' of this form for distribution as follows: Copies 1, 2 and 3 (with documentation attached) as listed in Rule 3; Copy 4 (without documentation) to the Bureau of Teacher Records; Copies 5, 6, 7 and 8 (with documentation attached to the Office of Appeals and Reviews, 65 Court Street - Room 717, Brooklyn, N. Y. 11201.

5. **Appeals:** An appeal from adverse evaluation (U or D) must be made in writing by the employee and forwarded to the Executive Director of the Division of Personnel for the attention of the Director, Office of Appeals and Reviews within three weeks after receipt of such adverse evaluation (exclusive of the summer vacation).

6. All personnel are hereby advised of their right to submit written comments concerning:
    a) each observation report on their performance
    b) evaluation reports

25-3200.00.8 (200 units) 11/01

D000020



**NEW YORK CITY BOARD OF EDUCATION**
DIVISION OF PERSONNEL
OFFICE OF APPEALS AND REVIEWS
65 Court Street, Brooklyn, New York 11201
BE/DOP 9955A (5/87) personnel d1 (Replaces OP 237B)

**ANNUAL PROFESSIONAL PERFORMANCE
REVIEW AND REPORT ON PROBATIONARY
SERVICE OF SCHOOL SECRETARY**

| EMPLOYEE'S FULL NAME | | | LICENSE | | | FILE NUMBER |
|---|---|---|---|---|---|---|
| E\ M BASTIAN | | | | APT. NO. | SOCIAL SECURITY NUMBER | |
| C\ ██████████ | | | STATE | ZIP CODE | TENURED | PROBATIONER | SUBSTITUTE |
| C\ $ | | Date of Appointment (Jarema Credit does not apply) | | | Date of Completion of Probation | |
| SCHOOL | | | BOROUGH | | DISTRICT | |

| | FIRST YEAR | | | | SECOND YEAR | | | | THIRD YEAR | | | | DAYS IN C.A.R. | OR BOR-ROWED DAYS | SUBSTI-TUTE SERVICE NO. OF DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | | | |
| | | DAYS | HRS. | MIN. | | DAYS | HRS. | MIN. | | DAYS | HRS. | MIN. | | | |
| LATENESS* | | | | | | | | | | | | | 97 | | |
| ABSENCE* Exclude Non-Attendance | \ | \ | | | | | | | | | | | | | |

* NOTE: For reports on probationers complete 1 to 3 years as applicable. For all other personnel use "First Year" to denote current year.

## SECTION 1 - REPORT BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR:

| COMMENTS (as checked. "NA" indicates "Not Applicable.") | SATIS-FACTORY | UNSATIS-FACTORY | ADDITIONAL COMMENTS |
|---|---|---|---|
| **A. PERSONAL QUALITIES** | | | |
| 1. Attendance and punctuality | | | |
| 2. Personal appearance | | | |
| 3. Self-control and manners | | | |
| 4. Voice, speech, and use of English | | | |
| 5. Resourcefulness and initiative | | | |
| 6. Good judgment and tact | | | |
| **B. PROFESSIONAL COMPETENCE** | | | |
| 1. Dependability and sense of responsibility | | | |
| 2. Neatness, accuracy of work and general efficiency | | | |
| 3. Promptness in completing assignments according to instructions | | | |
| 4. Proficiency in operating office machines and equipment | | | |
| 5. Stenographic skill | | | |
| 6. Ability to compose routine letters | | | |
| 7. Flexibiltiy and adaptability to individual school needs | | | |
| 8. Cooperation with teachers and other personnel | | | |
| 9. Willingness to volunteer assistance when needed | | | |
| 10. Energy and success in self-improvement | | | |
| **C. OFFICE MANAGEMENT** | | | |
| 1. Attention to physical conditions and appearance of office and desk | | | |
| 2. Organization of routine duties | | | |
| 3. Care of equipment | | | |
| 4. Ability to organize work to meet due dates | | | |
| 5. Ability to supervise student helpers | | | |
| **D. SCHOOL AND COMMUNITY RELATIONS** | | | |
| 1. Maintenance of good relations with school personnel | | | |
| 2. Attitudes toward pupils | | | |
| 3. Ability to deal tactfully with parents, officials, and the public in person and by telephone | | | |
| 4. Willingness to render extra service to the school | | | |

E. ADDITIONAL REMARKS (additional sheets, signed and acknowledged may be attached):

Thank you for all your dedication & support in the college office!
We hope to provide you with opportunities to learn payroll
& purchasing for your professional growth.

## SECTION 2 - PERFORMANCE EVALUATION

| OVERALL EVALUATION S, U, or D (D for first year probation only) | SIGNATURE OF PRINCIPAL (If other - give title) | ACKNOWLEDGMENT BY EMPLOYEE I have received this report/by |
|---|---|---|
| S | | |
| For the period: From 8/31/06 to 6/29/07 | [signature] 06/22/07 DATE | 6/29/07 DATE [signature] SIGNATURE OF EMPLOYEE |

*(Complete Reverse Side for Probationary Personnel Only)*

D000021

## SECTION 3. - TO BE COMPLETED ONLY FOR PROBATIONARY PERSONNEL

**A.** RECOMMENDATION BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR: To be completed and forwarded to the Community Superintendent or, for City District employees, to the responsible Superintendent.

1. ☐ I recommend approval for continued probationary service.

   ☐ I recommend certification of completion of probation.

2. ☐ I recommend discontinuance of probationary service.

   ☐ I recommend denial of certification of completion of probation.

SIGNATURE OF PRINCIPAL (If other, give title)          DATE

**B.** SUPERINTENDENT'S RECOMMENDATION: To be completed by Community or responsible Superintendent and returned to originating unit for employee's acknowledgement.

I recommend _____

Date _____ Signature of Superintendent _____
               (If other, give title)

**C.** ACKNOWLEDGEMENT BY PROBATIONARY EMPLOYEE

I have received this report on:

Date:           Signature of Employee

## SECTION 4. - DOCUMENTATION

All recommendations for discontinuance or denial of certification must be accompanied by copies of substantiating documentation attached hereto, including, but not limited to, observation reports, letters, time cards or time sheets, or other relevant material.

| Item No. | Date | Description or Identification | Key |
|----------|------|-------------------------------|-----|
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |
|          |      |                               |     |

NOTE: If space is insufficient to list all documentation, listing on additional sheets may be attached. If there are such continuation sheets, check here ☐. Number of additional sheets:

### RULES AND INSTRUCTIONS

1. For "Satisfactory" evaluations, prepare two copies: Copy 1 for the employee, copy 2 for the school file.

2. For adverse evaluations (U or D), prepare four copies for distribution as follows: Copy 1 for employee, copy 2 for school file, copy 3 to the appropriate superintendent and copy 4 to the Bureau of Teacher Records, 65 Court St., Brooklyn, N.Y. 11201.

3. For recommendations for continued service or completion of probation for probationers, prepare three copies of report for distribution as follows: Copy 1 for superintendent, copy 2 for originating school and copy 3 for the employee.

4. For recommendations for discontinuance or denial for probationers, prepare *eight copies* of report and *seven complete sets* of documentation as listed in 'Section 4' of this form for distribution as follows: Copies 1, 2 and 3 (with documentation attached) as listed in Rule 3; Copy 4 (without documentation) to the Bureau of Teacher Records; Copies 5, 6, 7 and 8 (with documentation attached to the Office of Appeals and Reviews, 65 Court Street - Room 717, Brooklyn, N. Y. 11201.

5. Appeals: An appeal from adverse evaluation (U or D) must be made in writing by the employee and forwarded to the Executive Director of the Division of Personnel for the attention of the Director, Office of Appeals and Reviews within three weeks after receipt of such adverse evaluation (exclusive of the summer vacation).

6. All personnel are hereby advised of their right to submit written comments concerning:
   a) each observation report on their performance
   b) evaluation reports

25-3200.00.8 (1000 pkgs) 10/89

D000022